# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

GARY AND BETHANNE TILLOTSON, As Parents of SEAN C. TILLOTSON, and BETHANNE TILLOTSON, AS Administratrix for the ESTATE OF SEAN C. TILLOTSON,

Plaintiffs

V. Civil Action No. 16-296-LM

DARTMOUTH-HITCHCOCK MEDICAL CENTER,

Defendants.

VIDEOTAPED DEPOSITION OF
STEPHANIE P.F. YEN, M.D.

Taken at Lebanon, New Hampshire, on January 31, 2017, before Cynthia Foster, LCR No. 14, a Licensed Court Reporter within and for the State of New Hampshire.



APPEARANCES:

Bruce W. Felmly, Esquire
Nicholas F. Casolaro, Esquire
McLane Middleton, Professional Association
900 Elm Street, P.O. Box 326
Manchester, New Hampshire, 03105-0326, on behalf of the Plaintiffs, Gary and Bethanne Tillotson, as Parents of Sean C. Tillotson, and Bethanne Tillotson, as Administratrix for the Estate of Sean C. Tillotson.

Kaveh S. Shahi, Esquire
Cleary, Shahi & Aicher, P.C.
P.O. Box 6740
110 Merchants Row, 3rd Floor
Rutland, Vermont, 05702-6740, on behalf of the Defendant, Dartmouth-Hitchcock Medical Center.

Also present: Stephanie Stone, Claim Manager



INDEX

Direct Examination by Mr. Felmly 6

EXHIBITS

1 Curriculum Vitae 12
2 Stephanie Yen, M.D., from Dartmouth-Hitchcock Website 22
3 Physician and Physician Assistant License Match Results for Stephanie P. Yen, M.D. 23
4 Defendant Dartmouth-Hitchcock Medical Center's Answer to Plaintiffs' First Set of Interrogatories 27
5 Dartmouth-Hitchcock Medical Center's Answers to Plaintiffs' First Request for Production of Documents 27
6 Dartmouth-Hitchcock Medical Center Department of Radiology Residency Program Supervision Policy, DHMC 12 - 19 57
7 Radiology Reporting of Critical and Unexpected Exam Results Policy, DHMC 20 - 24 80
8 Medical Records of Sean Tillotson 85
9 Exam Audit Trail, DHMC 25-72 108
10 Renal Imaging Guidelines, DHMC 258 141
11 Oxford American Handbook of Radiology, Chapter 5, Ultrasound, by Stephanie P. Yen, M.D. 144
12 Preliminary and final reports, DHMC 255-257 150
13 Notebook of Ultrasound Images/Reports Received from DHMC of Sean C. Tillotson 159
14 Autopsy Report of Sean Tillotson, PL 404-411 172
15 Ultrasound image 15/36, 5/1/2014 208
16 Ultrasound image 14/36, 5/1/2014 208
17 Ultrasound image 9/36, 5/1/2014 208
18 Ultrasound image 10/23, 3/1/2006 208
19 E Audit Report, DHMC 96-254 234



INSTRUCTIONS NOT TO ANSWER

Page 29 - Line 2
30 - Line 19
62 - Line 23
76 - Line 6
76 - Line 23
78 - Line 18
231 - Line 5

REQUESTS

Page 40 - Line 10 - Dr. Girard's evaluations
81 - Line 2 - Up-to-Date Radiology Reporting of Critical and Unexpected Exam Results Policy
182 - Line 10 - Images relating to Sean Tillotson

STIPULATION

It is agreed that the deposition shall be taken in the first instance in stenotype and when transcribed may be used for all purposes for which depositions are competent under New Hampshire practice.

Notice, filing, caption and all other formalities are waived. All objections except as to form are reserved and may be taken in court at trial.

It is further agreed that if the deposition is not signed within thirty (30) days after submission to counsel, the signature of the deponent is waived.

It is further agreed that exhibits may be retained by counsel until the time of trial.



VIDEOGRAPHER: The time is 9:48 and we are on the record.

MR. FELMLY: Good morning. My name is Bruce Felmly. I'm an attorney with McLane Middleton, Professional Association. I'm here with Nicholas Casolaro, my associate. We are Counsel for the Plaintiff in an action entitled Gary and Bethanne Tillotson as parents of Sean Tillotson and Bethanne Tillotson as Administratrix for the Estate of Sean Tillotson.

The date is January 31, 2017. We are at the facilities at Dartmouth-Hitchcock Medical Center in Lebanon, New Hampshire, and we're here to take the deposition of Dr. Stephanie Yen as a witness in this case. Dr. Yen is seated with me to my left, and I'll let Counsel for Dartmouth-Hitchcock introduce himself and his colleague.

MR. SHAHI: Good morning. This is Kaveh Shahi of Cleary, Shahi & Aicher. I'm here with Stephanie Stone and represent Dartmouth-Hitchcock Medical Center.

EXAMINATION BY MR. FELMLY:



Q Good morning.
A Morning.
Q As you heard we're here for your deposition and just to go over a couple of the understandings and rules on that, Counsel have agreed that the usual New Hampshire stipulations will apply which in summary means that all objections other than those to form, and that includes privilege, by the way, are preserved until the time of trial.
We also have agreed that you'll have an opportunity to review a transcript that will get printed of your deposition subsequent by the stenographer, and if you have any corrections or typographical changes or need that type of correction, you would have the opportunity to do that.
Your testimony is going to be taken under oath so I am a New Hampshire Justice of the Peace. Can I ask you to raise your right hand and I'll swear you in?
A Okay.
Q Do you swear the testimony you're about to give



in this deposition will be the truth, the whole truth and nothing but the truth, so help you God?
A I do.
Q Let me start by asking you to identify yourself for the record, both by name and business address, please.
A I'm Stephanie P.F. Yen. I work at Dartmouth-Hitchcock Medical Center, One Medical Center Drive, Lebanon, New Hampshire.
Q Let me just go over a couple of the ground rules for depositions and maybe I should ask you at the first. Have you been deposed previously?
A No.
Q Have you had the occasion to testify as a witness in a court trial?
A No.
Q So this is really your first, if we call it, opportunity to be a witness in the case; is that right?
A Yes.
Q Let me just mention a couple things. I'm sure I'll repeat some things that your experienced

counsel may have mentioned, but it won't take very long.

My job is to ask questions that you can understand and to try to present them in as clear a fashion as you can, and your job, obviously, is to try to answer those questions. If your counsel interposes an objection, most often when lawyers like Kaveh and I do that, it's to protect the record on some point and you're going to go ahead and answer that question.

If for some reason he indicates you shouldn't answer, he'll make that clear to you, but most of time you pause, we make the objection and then we'll go on with the answer.

If you don't understand a question or if my terminology is wrong or some ambiguity about it, bring that to my attention because we really need you to be giving your best understanding and that means you need to understand what I'm saying, and I may use incorrect medical terminology or mispronounce it, and you can correct that.



In nonrecorded or nontranscribed testimony or conversation, we tend, everybody does this, we tend to use um-hums and various pauses. They don't spell out real good in a record. So sometimes you might nod your head as a response or say um-hum. I may say is that a yes or a no. Don't take any offense at that. I'm just trying to get a record that we can all understand what your narrative answer was. And, again, I do that as often as you will do so we'll get through that.

This is not an endurance contest. If you need a break or come to a time for a break and we will have breaks, we're going to go a while today, but we will have breaks, and if you for some reason need a break, just mention it to me and we'll accommodate that. The only thing I would ask is that if we have a question pending I'd ask that you finish that before we take the break.

We are on a video feed here and this is being video recorded so there will be both a stenographic record and a video. There's no



mystery about that. I thought particularly where we might be looking at some images of ultrasounds and the like it might be helpful to be able to tie your oral testimony that will be written down to the actual video and the videographer can zoom in on imagery. So we'll see how often we use that today, but that's really the purpose.

And all of that understood to you and acceptable?

A Yes.
Q No problems with any of that?
A No.
Q Okay. Thank you. Let me start by spending a little bit of time with you on your background, and what I've got, and, Cindy, our stenographer, I'm assuming you've got some stickers there.

COURT REPORTER: I do.

Q You're way down that end, but we'll be asking you to put on this first sticker.

COURT REPORTER: Okay.

Q And if you'll give one of these to Mr. Shahi, Nick, that will be helpful.



This is a curriculum vitae that was provided to us, and we'll be providing you the one with the sticker as soon as Cindy does that, but she'll have to wait for me to stop talking.

(Exhibit 1 marked for identification)

Q Is this reasonably up to date, as far as you know?
A Yes.
Q And, obviously, it indicates under work that you're at the Department of Radiology at Dartmouth-Hitchcock Medical Center, describes your birth date as April 11th, 1966, and it seems to indicate, and I'm trying to take you through this quickly but correct me if I get any of this wrong, that you've been here at Dartmouth-Hitchcock Medical Center in the Department of Radiology working there since October of 2004. Is that --
A That's correct.
Q And prior to that you were in a radiology practice in Nashville, Tennessee; is that right?
A That's correct.
Q Your post-medical school and post-graduate

training took you, these are sort of working backwards, but you were in St. Louis, Missouri, at the Barnes-Jewish Hospital/Mallinckrodt Institute of Radiology, and that was like '97 through '98?
A Yes.
Q And then you were at Duke in a residency in diagnostic radiology from '93 to '97?
A Um-um.
Q That's a yes?
A Yeah, that's a yes.
Q And then prior to that you had an internal medicine internship at Beth Israel Hospital in Boston in '92 and '93; is that correct?
A Yes.
Q Let me just ask you. Was the internal medicine internship a way station on the road to becoming a radiologist or were you at that time focusing in perhaps a different direction in terms of internal medicine and then made the decision?
A It is required as part of the diagnostic radiology residency. You do one year of internship and then you do four years of



residency.
Q Okay. So it was your intention, I assume, as you came out of medical school to aim towards a position and a career in radiology?
A Yes.
Q Okay. Going over on to page 2, we're not going to cover all of this but hit the high points here. You went to the Duke University School of Medicine and received your Doctor of Medicine there and that was apparently graduating in 1992?
A That's correct.
Q And prior to that, and found your roots back here and you started with a bachelor of arts as an undergraduate at Dartmouth College?
A That's correct.
Q You're licensed in both the State of Vermont and the State of New Hampshire, and you have inactive licenses from your tenure in other states, particularly Tennessee and North Carolina?
A That's correct.
Q In terms of your board certification, if I



understand this correctly, you're board certified in radiology with I guess special competency or certificates in diagnostic radiology and diagnostic radiology with special competency in nuclear radiology.
A I am board certified in diagnostic radiology. I had a ten-year life, ten-year certificate in special competency in nuclear radiology which I elected not to renew in 2008, and I am board certified in nuclear medicine, initially certified in 1998, recertified in 2008 and plan to recertify in 2018.
Q And is the nuclear medicine component in your credentials, is that the use of radiology in, say, actively treating lesions or tumors or things or is it more in the diagnostic array, and I may not have said that well, but I think you may not what I'm driving at.
A Nuclear medicine uses radioactivity to both diagnose and treat. At Dartmouth I use, I do mostly diagnostic in terms of interpretation of images, but we do treat patients with thyroid disease with radioactivity, particularly Graves'



disease, in particular. The thyroid cancers are more often treated by the radiation oncologists, but in any other practice, in other practices, radiologists may also be using it as part of nuclear medicine to treat patients with thyroid cancer as well.
Q And as part of your practice and position here at Dartmouth-Hitchcock Medical Center, it appears you also have an academic appointment with the Medical School; is that right?
A That is correct.
Q And that is in both radiology as well as in obstetrics and gynecology?
A That's correct.
Q And I'm assuming the obstetrics and gynecology is because of the interface of radiological procedures with that discipline?
A It is actually through my work in ultrasound.
Q You are a staff radiologist in the Department of Diagnostic Radiology at Dartmouth-Hitchcock Medical Center and have been so since you came here in October of '04.
A Correct.

17

Q And then you also consult on the staff at a number of Regional Hospitals, both in, mostly in New Hampshire but also in Brattleboro, Vermont?
A These are outreach hospitals that we read for remotely.
Q Your resume describes a number of society memberships, professional organizations. Let me focus particularly on the American Institute of Ultrasound in Medicine. Is that an association or a group that you have any particular either officerships or any leadership positions with?
A I'm a member. I'm not, I do not have an officer appointment.
Q And in terms of that association, what's the extent of your participation or how active would you describe yourself to be?
A I am a member. So I receive the journals that are produced by the IAUM, and those journals contain continuous medical education credits that I need to do for ultrasound in particular which is 30 credits over three years. So I primarily use the journal for the credits for ultrasound.

18

Q Are there other of your professional societies where you are more active than perhaps receiving the publications that come with membership and either attend meetings or --
A Yes.
Q -- participate as a leader, and, if so, what are those?
A Yes. As part of the Association of University Radiologists, I am on the Bylaws Committees which is indicated in my CV. As part of the American College of Radiology, I am on the, just recently joined the Practice Parameters and Technical Standards for Nuclear Medicine. I'm also on the APDR, Association of Program Directors in Radiology, and also part of the American College of Radiology as part of their RadExam team as one of the editors and also question writers. And also I've been a member of the ACR Youth in Medicine Panel which is producing the Continous Professional Improvement in Nuclear Radiology modules for the last couple of years. I've done it three years now.
Q Let me just -- my wife says I'm one of the

19

fastest talkers that she's ever met, but she hasn't met you, and you're a fast talker, and that will make Cindy's job a lot easier if you could just slow down.
A Okay.
Q The video actually will catch you perfectly.
A All right.
Q But let's both try to talk a little bit slower, okay?
A Okay.
Q Does any of your work with respect to the societies and the boards and the committees you've described in a very centered or specific way deal with the kind of ultrasound issues involved in Sean Tillotson's kidney or the examination of it which took place as you know over a number of years and then specifically on May 1?
In other words, is there any particular relationship within your work there that as you think about it was very centered on some of the things we're going to be talking about today?
A So if I understand you correctly, you're asking

20

me if any of my committee work that I'm doing has any bearing on the case that I'm currently in.
Q Right.
A No.
Q Okay. And if you think about it, don't, you know, if something comes up, don't be reluctant to mention it, but I just was curious.
In terms of honors and awards, it looks like you were honored in the Dartmouth-Hitchcock Radiology Group with a Medical Student Teaching Award in 2016, and tell me a little bit about what that entails or how you get that. It sounds like a good award.
A We as part of the radiology elective offered to the medical students we offer this elective 4 to 6 times through the year. After each elective, at the end of the year the students vote as to which faculty member they think gave them the best teaching during those electives, and I just happened to win this past year which is the, is very special to me. An award that you get from the students.

Q Are they drawing on lecture-type procedures or proceedings you might have given or are they talking about the sort of clinical oversight that I'm sure on a daily basis you're interacting with people in the hospital setting?
A It's a combination of both. We give didactic lectures to the medical students as well as interacting with them when they actually are with us on the subspecialty rotations that we are covering.
Q And as your academic appointment is looked at and you think of the job that is the teaching component of what you do professionally, how does that roughly break down between the clinical program where you're mentoring or overseeing residents and others as they interact with patients versus the didactic, more formal classroom procedures?
A I probably give, I'd have to estimate here, 4 to 6 lectures during the year. Probably, that's probably to the medical students and also give didactic lectures to the residents which is probably on the order of four per year. You



know, we teach every day while we are interacting with the residents or the medical students at the work station, and then I do mentor the residents. I am the Program Director currently of the residency program. I have some nonclinical time currently which is two days or four half-days during the week designated for me to do my job as the Program Director.
Q Let me just show you a couple of other things. Exhibit 2, Nick.
This is taken off, obviously, the website and just again describes you professionally in your affiliation with Dartmouth-Hitchcock, and it looks like you although without the glasses.
A That's correct.
(Exhibit 2 marked for identification)
Q Okay. I'm not going to ask you much about that. And then Exhibit 3 is a breakdown that, again, we took off the internet which seems to be licensure information that would relate to you. It's very small print, and I had to do the same thing to see it, but does that look like it conforms to your understanding of your licensure



status?
A Yes.
Q So that will be number 3.
(Exhibit 3 marked for identification)
Q One of the processes that is part of the litigation work that your counsel and we do is to prepare and serve on the other side what are called Interrogatories and Requests for Production, and these are written communications that ask questions and ask for written answers and then in the case of Requests for Productions we ask for various documents or other things to be produced. And what I'm showing you are Dartmouth-Hitchcock Medical Center's Answers to Plaintiff's Interrogatories that we served on Dartmouth-Hitchcock.
My question, my first question to you is have you seen or reviewed these materials?
A This is the first time I've seen this --
Q Okay.
A -- document.
Q So just taking that a step further, I'll represent to you these were served last fall,



and they were then answered by Dartmouth-Hitchcock Medical Center in early January. They ask very specific questions about you as well as others, including Dr. Girard, and it asks questions about professional background and information about you. In that process, you did not receive or have the opportunity to review these questions to attempt to try to help answer them?
A May I look at the document?
Q Sure.
A I don't believe I was.
Q The part in bold is the answer of the hospital and there are various objections to things that are provided, but I'm really trying to get an understanding of your, the prior, either exposure or participation in this process.
A All right. So question number 11 where it says please identify and describe in complete details of all DHMC training provided to medical students, interns, residents, fellows, physicians, radiologists and radiology technicians that provide protocols for

interpretation of radiology films/studies included but not limited to ultrasounds on page 6. I was asked that question by counsel, and --
Q Is that your response or somebody else's response? So I know the question was presented to you in that format. Did you write up an answer?
A This is what I wrote up, yes.
Q So the answer to?
A Question 11.
Q Question 11 you believe is consistent with what you prepared?
A Yes.
Q Okay.
A Question number 12 regarding please state whether DHMC Hitchcock has or intends to develop written policies or procedures for managing critical, unexpected or abnormal results of tests, diagnostic procedures including but limited to ultrasounds. If so, please attach a copy of such policies or procedures as may exist.
I referred counsel to the Vice Chair.



MR. SHAHI: So any discussions with counsel are privileged, yes.
A Okay. I do remember seeing this question.
Q Without describing the content of interaction with lawyers, either Mr. Shahi or anybody working with him as counsel, do I understand you to say you directed that process to where they could find the answer?
A Yes.
Q Of the, so there's two now that both number 12 and 11 you've indicated you had some participation in an aspect of the response. Any others that you've seen here where you believe you were a participant in answering or actually directly trying to respond to the questions?
A I have nothing further to add.
Q Okay. The answers were signed under oath on behalf of Dartmouth-Hitchcock Medical Center by a paralegal named Kimberly Fleury. Do you know Kimberly Fleury?
A I don't recall Kimberly Fleury.
Q And do I understand from your answer that you don't have a memory of discussing with Kimberly



Fleury Answers to these Interrogatories?
A That is correct.
(Exhibit 4 marked for identification)
Q Okay. The companion document, if you will, that I was referencing earlier is the Response by Dartmouth-Hitchcock Medical Center to Plaintiff's Request for Production of Documents. And I'll let Cindy mark that as our next exhibit.
(Exhibit 5 marked for identification)
Q This is a series of Requests to Produce various communications and documents and things which the bold portion of the printing is the response by Dartmouth-Hitchcock back to us.
And pretty much the same question to you, madam, do you have a recollection of physically seeing or reviewing this document before?
MR. SHAHI: Again, Stephanie, you're not to discuss any of the conversations that you've had with counsel that may have touched on the issues or questions raised in those documents.
Q So that's not my question though.
My question is have you seen this document



before in this format?
A I have not seen this document.
Q Okay. Please tell me, and, again, I don't need substantive communications to counsel for this, but in a generic general description, do you know if you participated in the response or the acquisition of the documents that were sought here?
MR. SHAHI: And, again, if you did that pursuant to work with counsel, that response would be privileged. So if it was done outside of your interaction with counsel, you can answer it.
MR. FELMLY: Well, I'm going to take the position it's not privileged if she goes and gets a document and gives it to you. That's not --
MR. SHAHI: I think that falls within the privilege and the work product.
MR. FELMLY: Well, we'll pursue that.
Q Let's first find out whether any of that exists.
Did you at any time at counsel's request go and obtain various documents that are covered on

this exhibit?
MR. SHAHI: Again, I'm going to instruct her not to answer that question.
Q What did you do, if anything, with respect to pursuing documents here if you can describe it within the parameters of the objection that Counsel has made. I'll take the objection up with the Court.
MR. SHAHI: In other words, outside of what instructions or exchanges you might have had with counsel, did you look for any documents?
A No.
MR. FELMLY: And I think I am entitled to ask this question.
Q Did you have discussions with Mr. Shahi or counsel about responding to this document? Don't tell me what was said but did that happen? Do you remember that happening?
MR. SHAHI: Well, again --
MR. FELMLY: The fact that there were communications is not privileged.
MR. SHAHI: Yes, but you're referring to a specific document. That's my concern.



MR. FELMLY: It doesn't matter what document it is. I'm just asking.
Q Did you have communications with counsel?
A Regarding topics included in this document?
Q Well, with respect to this document. Yes. The substantive materials in the document?
MR. SHAHI: Again, I'm going to generally let her answer regarding topics covered by the document as opposed to specific documents, specific questions.
A So there are certain topics that we have covered in conversation.
Q Okay. So without regard to instructions of counsel or discussions about the document or attorney/client advice or anything related to that, tell me what you've done in terms of accommodating or acquiring documents. What have been your activities?
MR. SHAHI: Again, I'm going to instruct her not to answer that because I think that reflects on instructions from counsel.
MR. FELMLY: And if I keep trying to figure out how to ask that in a way you won't object, I



have the feeling I'm not going to be successful.
MR. SHAHI: I agree. I think there's another way of approaching this same subject matter that doesn't involve --
MR. FELMLY: What is that?
MR. SHAHI: It's not my place to instruct counsel, but the witness can certainly be asked as you already have whether she has seen certain documents.
MR. FELMLY: I think I'm able to ask the witness what she has done in terms of acquiring documents or looking for documents or finding them. I didn't attach it to any instruction of counsel or anything about that. It's just simply human endeavor. And I've asked that and you've told her she can't answer that.
MR. SHAHI: To the extent she did those activities as a consequence of discussions with me.
Q Without waiving my intention to pursue his objection and seek enforcement of that, outside of those things that Mr. Shahi is telling you you can't speak about, did you do any other



acquisition or searching for documents?
A Could you clarify the question in terms of what you mean by searching for documents?
Q Did you go, as a result of trying to respond to discovery in this case, did you go into records or into computers or into --
A No. Well, no.
MR. SHAHI: So that question also, so whether it's this discovery or whether our work together in general, it's all those gets carved out. But did you outside of this litigation essentially look for documents.
A In response to Mr. Shahi's question is no.
Q Okay.
MR. FELMLY: And you understand I'm not waiving in any way my right to pursue this further?
MR. SHAHI: Of course.
Q So we'll leave that there for the moment and we'll take that up. We've got this marked, do we? Yes.
Let me talk with you for a few minutes about the residency program. You are currently

the Program Director of the Radiology Residents Program?
A That's correct.
Q What are the basic responsibilities and duties of that position?
A We have a, currently we have 19 but we have 20 radiology residents. There are five per year. Residency is A four-year program so there's five residents the first year all the way up to five residents the fourth year. We have specific requirements as deemed by the Accreditation Council for Graduate Medical Education in Radiology that we need to fulfill in terms of number of hours required by residents in certain specialties, not all. They need to reach certain required minimum readings and certain specialties in terms of number of ultrasounds, for example, number of chest xrays, number of CAT scans by the end of their fourth year so I monitor those numbers closely.
I work closely with the Vice Chair of Education and Radiology to develop a didactic program for our residents that will allow them



to acquire the necessary knowledge to graduate from a program and become a competent radiologist outside of once they finish their residency program.
I meet with the residents once a month as a group. I also meet with them individually quarterly if they're first year and every six months if they're second to fourth year to monitor their progress. We need to evaluate the residents every six months in terms of how well they are progressing through the residency program and fulfill and complete evaluations for them.
I also review all the evaluations by the faculty of the residents that are submitted to me following the residents' rotations when they complete a clinical rotation. Those are just some of my responsibilities.
Q In the spring of 2014, when Sean Tillotson had his May 1 ultrasound, at that time were you the Associate or Assistant Program Director for the residency?
A I was the Associate Program Director.



Q And had been that since what, 2011?
A Since 2012.
Q When you were describing how you monitor and, I guess, oversight the number of various types of radiological exams that the residents are given, would that include the number of ultrasonic studies that they've conducted?
A There's specific codes that are used to code each exam, and the Radiology Residency Committee has designated certain codes for each clinical subspecialty in radiology that the resident needs to meet. So for ultrasound, it's ultrasound abdomen and pelvis. It's not every single ultrasound but sort of the basic ultrasounds so not to penalize other programs that may not do more sophisticated ultrasounds that are done at certain academic institutions, but yes, and the number for the forth year is 350 ultrasounds need to be read by a resident when they complete their residency. Our residents have no trouble reaching those case log numbers.
Q So the type of ultrasound that was conducted on



the evening of May 1 for Sean Tillotson would that be an abdominal and pelvic ultrasound?
A That would be a renal ultrasound. Actually, it's coded as a retroperitoneal ultrasound. The retroperitoneum has several organs in it so that's why it's sort of more general, but it's not a complete abdominal ultrasound in the sense that it only examines the kidneys and the bladder.
Q Is there a numerical standard or requirement as to how many experiences with those retroperitoneal ultrasounds the resident needs to have completed?
A Not specifically, but more than likely, I would have to check with the CPT code, it's probably lumped in with the abdomen/pelvis ultrasound case log total of 350 over a course of four years.
Q Is there a way through the code numbers to actually differentiate between those abdominal ultrasounds that are the renal retroperitoneal versus ones that are different?
A Yes.

Q Do you happen to know what the code is?
A I do not know the code number.
Q But it's identifiable?
A Yes, it is.
Q So you would be able to determine or the hospital would be able to determine for a given resident the number of renal retroperitoneal ultrasounds they had experienced at any given time?
A Yes.
Q You also indicated that there's an evaluation procedure that these doctors in training go through, the residents go through. And who administers that process or who has oversight over the evaluations?
A The evaluation is done by what we call the clinical competency committee. It's a Committee formed by the Program Director so that's me. We have 8 members of that Committee. They're selected at my discretion, and I try to designate those that are actively involved in the education of the residents, sort of a smattering so I can get a variation of all the



subspecialties that are represented in radiology.
Q So in May of 2014, the resident or one of the residents, at least, that was involved with Sean Tillotson's ultrasound on May 1 is Dr. Brian Girard, correct?
A Correct.
Q And at that point, where was he in terms of tenure in his residency?
A He was finishing up his second year of residency.
Q And then would have what, two more years?
A Yes.
Q And do you know when he completed his residency, if he has, at Dartmouth-Hitchcock Medical Center?
A He graduated June of 2016.
Q And do I understand he's in New Haven now?
A I believe he is doing a neuroradiology fellowship at Yale.
Q Is that commonly a more than one year program or don't you know?
A I think it's specific to the fellowship. You



can do neuroradiology for one or two years. There certain programs that you can do two, certain programs you can do one.
Q Was he somebody that you as he was going through his residency here had a significant amount of oversight or ability to evaluate his work?
A I'm sorry. I don't understand the question.
Q With respect to Dr. Girard, how would you describe the extent of your familiarity with him with the quality of his work while he was here?
A Dr. Girard's work was stellar, and he was one of our top residents. He was Chief Resident his last year which is an honor bestowed by both the residents and also the faculty. It's usually given to residents who show superior leadership and also quality of exam.
Dr. Girard was a physician assistant in IR, interventional radiology, for several years before he joined the residency program. So when he came into the program he already was fairly savvy in a lot of the procedural skills that our residents actually start off with none.
Q When he was a physician's assistant, had he



already gotten his M.D. degree?
A I believe, I am not positive on that if he was a -- he's a Doctor of Osteopathy so I'm not sure if he had his DO degree before he was a PA.
Q And with respect to the residents and particularly Dr. Girard, there would be in the records of Dartmouth-Hitchcock a body of his evaluations that were performed on him?
A Yes.
MR. FELMLY: I'd like to request, Kaveh, and I'll follow this up in a letter, Dr. Girard's evaluative work on his period of residency.
Q In terms of his, being his first Assistant Program Director and then later his Program Director, did you ever have any criticisms of his work?
A None.
Q Do you have any significant examples or do you recall any significant criticisms made by other clinicians?
A None.
Q So the total number of residents in the

radiology residency program is about 20?
A Yes.
Q And they're spread into five per year for four years?
A That is correct.
Q In the materials that we've been provided which are called audit trails, there's reference to what I believe are several other residents as having been involved in Sean Tillotson's case. There's a John Towle. Is he known to you?
A Yes. He was a resident in the same year as Dr. Girard. He graduated this past June 2016.
Q And then there is a Justin Lewis. Does that name come to you?
A Justin Lewis was a resident with our program. Then he stayed on to do a fellowship with us as well, and then he became staff for a year.
Q Now, I did not note, I'm not saying it's not there, I just didn't note it, in the Sean Tillotson medical record that was provided us either Towle or Lewis being reflected as participants or providers. I do note in the audit trial it shows interaction with certain



examinations including the May 1, 2014. Do you know what in a general sense their role or participation, if any, was in Sean Tillotson's care or review of his radiology?
A So I reviewed, I was the ultrasound attending on May 2nd where I would review any studies that were done overnight by an ultrasound since I was ultrasound attending. I cannot recall at this time. It's possible and likely probable that both Dr. Towle and Dr. Lewis were my residents on the service on ultrasound that morning. As we are a teaching hospital, the images that I review are probably reviewed by them as well, and that is probably how, that's probably their only participation in the case.
Q Do you have a recollection on that morning of the second of actually interacting with them or conversing with them about Sean Tillotson's case?
A I cannot recall.
Q But you seem to be telling me that the nature of the kind of teaching and instruction and work that you do with residents would not uncommonly



have you speaking with or bouncing things off of them as part of the --
A Well, we would definitely be -- I'm sorry to interrupt you. We would definitely be reviewing the cases that were done overnight together. That is practice, that would have been the practice in 2014, yes.
Q So would that be a, almost a standard practice with respect to you coming on a morning shift and knowing that there were ultrasounds done the night before, that you would gather the resident team and that you would --
A Yes.
Q -- look at the images together?
A In 2014. Our paradigm has changed now since that time. But yes.
Q And how is the paradigm different today?
A We now have attending radiologists on call throughout 24/7. Somewhat mandated by the hospital to provide, to optimize patient care and get finalized reports done sooner. So now there was a staff radiologist on in the middle of the night that is read by the residents on



call with the staff radiologist present at the hospital as well. So in the morning, so there would be no leftover ultrasounds for me to have to look at if I'm the ultrasound attending the following morning unless there was a complex one that needed a second opinion.
Q On the evening of May 1, 2014, when Sean Tillotson's retroperitoneal renal ultrasound was conducted or taken, do I understand you are not present in the hospital?
A That is correct.
Q You would be at home?
A Yes.
Q Mr. Girard or at that time Dr. Girard, the resident, would be providing the radiological interpretations within the hospital? He would be the one that was physically there?
A That is correct.
Q And if I understand what you're saying is the next morning in that paradigm or protocol you would be coming into the hospital and be physically present in that area of the hospital and would review and assess the ultrasonic

images that were taken the evening before?
A Yes.
Q And I suppose, depending on the availability of your residents, that would be when you would commonly have your resident team or some of them join in with you in reviewing those in part for teaching benefits for them?
A It was, yes, for teaching benefits, yes.
Q So big picture here in terms of how this process works, it appears from the records and particularly the audit log, that while you are not physically in the hospital on the evening of May 1 when the examination was conducted, that you actually do have some observation or review of those images and the clinical information related to them while you are at home. Is that true?
A That is true. It is my nature since I knew that I was going to be reviewing images done by Dr. Girard that night, to prepare me better for the morning, I did look at the images that were done that evening by Dr. Girard even though I was not physically present at the hospital. That is my



standard of practice at the time.
Q And just in terms of the way that's conducted, is this done on a laptop?
A Yes. So that I don't have diagnostic monitors at home. I'm doing it off my laptop.
Q And in terms of the term diagnostic monitors, are they, do they have a sharper or a more precise resolution than the optics in a laptop?
A Yes.
Q Do you have a recollection of the events or the evening of May 1, 2014, and actually looking at these images?
A As the audit trail indicates, I did look at the images. What I remember looking at the images I don't recall at the time. But I do remember looking, I looked at them.
Q Well, we know from the way in which the audit trail keeps track of people who access the records and the time and on all of that, if those records are accurate you did access them.
A Yes.
Q I'm really asking a little bit of a different question. Leaving aside the fact that the



record seems to document that and we're not disputing that you did, I'm wondering if this particular case, Sean Tillotson, this 17-year-old boy who was in for an ultrasound, is something you actually remember thinking back to that evening.
Do you remember a kid being in for an ultrasound and he had some bleeding in his urine and you were at home and you got some of those images? Even in the most general sense or -- because I realize you saw thousands of patients.
A I remember looking at the images. Whether I remember the history associated with the images, I do not remember. I do not remember a name attached to the images. All I remember, I was purely looking at the images to see what I was probably going to say the next morning in terms of the case.
Q Do you have on that evening when you're at home examining images on the laptop any communication with Dr. Girard?
A I don't believe Dr. Girard, I do not believe that Dr. Girard and I communicated. I know I



did not get paged. I do not remember telephoning him or he phoning me regarding these images.
Q And if that had occurred, if he had a question or he wanted to speak to you as an attending at home, I'm assuming, number one, that that's available to him. He can initiate that kind of contact?
A Of course.
Q And if that happened, would that be reflected in some way in the audit trail or the documentation? In other words, would we be able to identify oh, there was a conversation or telephone call or something between Dr. Yen and Dr. Girard?
A Unless he put it in his report which I understand he did not, no, there would be no way to determine if we had spoke that evening or not.
Q Do you have any recollection on that evening of speaking or communicating directly with anyone else, taking Dr. Girard out of the picture?
A No.

Q And do you think it's likely you did not?
A I'm almost positive I did not speak to Dr. Girard at that evening.
Q Do you have -- going now to the next morning, do you know whether or not you had any conversation, direct communication with Dr. Girard on the morning of May 2nd?
A I can't remember positively, but it would have been my practice as it is with our residents that they would come by ultrasound to review cases with us. So it is likely I did, but I cannot recall specifically at this time.
Q And certainly can't remember any particular substance that he communicated to you?
A That's correct.
Q And how about Drs. Towel and Lewis. And, again, I'm representing to you the audit trail reflects that they observed images, and you've told me the context in which that occurs.
Do you have any recollection of any communication with them specific to content or what they might have said to you or you might have said to them?



A No. I cannot recall our conversation. I can't even recall specifically if they were actually in the ultrasound reading room. I'm assuming they were if they actually reviewed the images.
Q On May 2nd in the morning, one way for them to review the images, it sounds like, is to go to an ultrasonic location or a room where diagnostic work is done on these images, and I don't know what that room is called, but what is that?
A Ultrasound reading room. That's where we are.
Q Okay. And that would have diagnostic quality monitors available?
A That is correct.
Q And that is a place where under this procedure you've described you sometimes meet with colleagues such as your residents and you jointly look at films?
A It's the residents who are assigned to the ultrasound rotation.
Q And at that time in May of 2014, of the 20 or so residents in the entire program, do you recall who were the residents assigned to the



ultrasound rotation?
A I cannot recall. No.
Q Is it likely that it was Girard that was included in that since he was working on an ultrasound that night?
A Well, Dr. Girard would have been coming off of call so he would not be staying on the rotation. So it is likely it was Dr. Towle and Dr. Lewis as you mentioned if they had looked at the images that morning about the same time I did.
Q What's the duration of that rotation?
A It is dependent on the resident. As a first year resident, they do two four-week rotations through ultrasound. Also as a second year, but as you became, become more senior, particularly as a senior, you may do two two-week ultrasound rotations. You may do more depending on what your specialty you're thinking of going into.
So on the average, I would say four weeks for your first year and second year or 8 weeks during your first year, four years during your second year, and you do four weeks total during your third year, but that may be broken up into



two two-week blocks. And then your third year is dependent on terms of what you, they probably do a total of four weeks, but that may be split up as well.
Q In terms of John Towle, Dr. Towle, how far along in his residency was he at that time?
A So he is the same year as Brian so he would be finishing up his second year, and I, in all honesty for Dr. Lewis, I would, I can't remember exactly when he graduated from our program, but I would assume he probably would have been third or fourth year or he may have been a fellow actually at that time.
Q And with respect to Dr. Towle and Lewis, in terms of your observations and assessment of their level of skill or competence, how would you describe that based on your work with them?
A They are both excellent, they were both excellent residents, and Dr. Lewis was an excellent body fellow.
Q What's a body fellow?
A They specialize in abdominal imaging. Their fellowship is geared towards CAT scans.

Ultrasound, they spend time at ultrasound. Sometimes mammography. It's sort of tailored to their interests in body imaging. MRI as well.
Q Again, in terms of the hierarchy of responsibilities here where you're coming on in the morning on May 2nd and you're going to review Sean Tillotson's images, are you the attending who is then responsible for that patient?
A I'm responsible for interpreting the images.
Q From a radiologic assessment point of view?
A Correct.
Q You're responsible.
A From a radiology standpoint, at that -- in 2014 in May, the attending on ultrasound that morning is responsible for interpreting any overnight ultrasounds that were done by the resident that have been issued a preliminary report. My responsibility as that attending on that morning was to finalize the interpretation.
Q Okay. And just to belabor that a bit because these are highly trained individuals and have been in your program for a couple of years and



they're residents and already doctors, if they are, if an assessment of theirs is erroneous or wrong or outside acceptable standards, as that attending, are you responsible to catch and correct and be responsible for that, perhaps erroneous, decision?
A If there was a mistake in interpretation, and I see that they made a mistake, then it is the responsibility of the attending radiologist to point that out to the resident and to make the corrections to the preliminary report in the final report.
Q I guess another way of saying it, your job is to review the diagnostic assessment they have made and to confirm that it's accurate.
A Yes.
Q And if it turns out that you missed that, one that's inaccurate and you don't catch that, in the setting of responsibility, are you responsible?
A So you're asking me if I mistakenly did not catch an error or a misinterpretation by the resident, am I ultimately responsible?



Q Yes.
A For that? It's a little bit specific in terms of what we're talking about because ultrasound is based on the images provided that were captured by the resident. So, actually, the combination of both the resident and the attending, that's why we specifically meet with the residents the next day for ultrasounds that are done in the middle of the night since the attending is not physically present to get their opinions since much of it is also based on the images they have captured.
So I personally think it's a combination of both the resident and the faculty to render the report accurate, but, ultimately, yes, I mean, it's the attending radiologist whose name goes on that report as the bottom line.
Q So we've been provided two sets of supervision policies and I don't, I haven't, I have not word-searched them to find out whether there are revisions here, but we don't have to because I'm only focusing on a couple of sentences.
One of them is a policy and this is going



to be, Nick, Exhibit 6. One is July of 2011. And another one is July of 2016. And I'm assuming these are documents you're familiar with?
A Yes.
Q And other than simply reading the title back to me, what are these documents?
A These are the supervision policies that we put in force for the radiology residency program at Dartmouth.
Q And as the Program Director or prior to that, the Associate Program Director, would these be guidelines or standards that would have been part of your day-to-day direction of this residency program?
A Yes. In particular, where it says per the ACGME. These are specific --
(Court reporter interruption)
A So ACGME means the Accreditation Council for Graduate Medical Education. These are mandated policies per that that we need to follow.
Q So let's let Cindy mark these.
MR. SHAHI: I'm sure she'll appreciate

having her hands free to do that.
(Exhibit 6 marked for identification)
Q So why don't you take those, and really we're going to be fairly focused on this.
Let me take you to the third page which is called General Responsibility of Supervising Physicians.
MR. KAVEH: Which exhibit is that?
MR. FELMLY: It's number 6, I think, is the number that was put on, Kaveh.
Q So it's on page 3, and paragraph 5. And that first paragraph says, "Supervising physicians are ultimately responsible for all imagery studies and procedures. For imaging studies, all reports should be reviewed for accuracy. For invasive procedures, supervising physician should be present during all key portions."
So the kind of examination that Sean Tillotson would not have been an invasive procedure?
A That is correct.
Q So the imaging study guidelines is what would be applicable; namely, that they should be reviewed



after the fact for accuracy.
A Correct.
Q And when they talk about supervising physicians, is that a term that would be applicable to you in the context you were describing your interaction with this resident on the evening of May 1 where you're at home and he's there, and then on the morning of May 2 where you're reviewing studies that he performed?
A So if you go to the paragraph just in section 4 where it says residents may perform noninvasive exams such as ultrasound -- that is the question -- and fluoroscopic exams on call without direct faculty supervision.
So while I am there, and I believe I may have been on call, it could have been a different physician that was actually on call for ultrasound so it may not even have been me. So if it was a different physician on call for ultrasound they, Dr. Girard would have contacted them if there was a question about ultrasound done overnight. But since I am the interpreting attending radiologist that morning, May 2nd, so



yes, I am that supervising physician for that morning.
Q Okay. Let me go back to something you said. I was assuming from what you said earlier that the fact that we know while at home you reviewed online images relating to that procedure, that that, I took that to mean that you were the person in designated sort of offsite supervision rather than somebody else that might be down at the hospital --
A There is nobody at the hospital.
Q Okay.
A So that's clear. There was no faculty at 2014, May 2014, when the ultrasound was performed, there was no in-house radiologist.
Q Okay. But is there, is the fact that you reviewed them that night tell us that you were the person, to use my term "on call" if you will?
A I believe I was on call that week. I am not sure. But even if I weren't on call, say I wasn't on call, I would have reviewed the images because I knew I was going to be interpreting



them in the morning with Dr. Girard.
Q In any case, knowing that you were absolutely there reviewing these images on the morning of May 2, you recognize and agree that you would be the supervising physician reviewing these reports and images for accuracy on that day?
A May 2nd, yes.
Q And that means ultimately responsible for them?
A Yes.
Q I bounce around a little bit when I realize I haven't covered everything. So excuse me. It's not intentional. It's distracting, but it's not intentional.
Have you ever had any either hospital-based or state-based discipline in the medical licensing area involving your medical license?
MR. SHAHI: Don't answer that question. That's privileged.
MR. FELMLY: Whether she's ever had a medical licensure discipline against her?
MR. SHAHI: If it's a step that was taken -- you mean at public, that becomes public at some point?

MR. FELMLY: I'm not asking has somebody made a claim that may have been dismissed.

MR. SHAHI: Okay.

MR. FELMLY: I'm saying has the licensing structure and organization in the state or in the hospital for purposes of privilege made any adverse finding or determination against you?

MR. SHAHI: I'm going to allow that question only to the extent that there were charges brought against you in a public setting.

A No.

Q In terms of this deposition that we're taking here which is your first deposition ever, and other than speaking with Attorney Shahi as counsel, what else did you do to prepare for our interaction today in the deposition?

A I reviewed the images, both in the presence of counsel. I also reviewed them last night to refresh my memory one more time before the deposition. I reviewed both my report and Dr. Girard's report. And I perused the Complaint.

Q In terms of the review of the images and I'll represent to you we brought this lawsuit back in



late June of 2016 so it's been pending a while, do you recall when you first looked at for a review purpose Sean Tillotson's images, was that something that only happened in the last couple of weeks or did you do that when you learned that there was this lawsuit had been brought?

MR. SHAHI: Again, I'm going to instruct you not to answer that relative to if you looked at the images after the lawsuit was brought relative to your work with us. I'm going to ask her not to answer that question.

A I did not review the images before the lawsuit was brought.

Q After the lawsuit was brought, you have reviewed the images?

A You.

MR. SHAHI: You can answer that.

A In the presence of counsel until last night when I reviewed these myself.

Q And when after the lawsuit was brought, do you believe? Just tell me the date when, timing, when do you think that first happened?

MR. SHAHI: Again, I'm going to instruct



you not to answer that question.

MR. FELMLY: What would be the basis for that instruction?

MR. SHAHI: I think it reflects on the attorney/client communication and work product.

MR. FELMLY: Anything else you want to add?

MR. SHAHI: That's --

MR. FELMLY: I mean, Kaveh, I'm not going to debate these things here, but on the work product and communications with counsel, the fact or the timing of communication with counsel is not protected. The content is. I'm not asking her what he said to you or what you said to him. I'm just saying when did this happen.

MR. SHAHI: I think that it chills the privilege if you start dissecting the timing and the preparation and the course of litigation, and, besides, I don't see any relevance at all to trying to ask her what date she first met with counsel which is essentially what you're asking.

Q When we talk about reviewing the images, are you talking about the May 1 ultrasounds or some of



the historic images from prior ultrasounds or studies that were done for Sean? Have you reviewed those?

MR. SHAHI: You can answer that.

A Yes. I reviewed some of the images prior to the May 1st ultrasound.

Q And we would know because of the way the audit trail documentation works, it identifies with respect to the accession number that is on or related to various images when a provider interacts with that particular image. I didn't say that very well, but does it tell us that information?

A It will, yes. If it's done through our PACS system, our archiving, our radiology system then yes. It will identify who has looked at the images.

Q So when I went back through that audit trail, and, obviously, I see the information on May 2nd where you're there in the hospital reviewing it, but if I look at other accession numbers for the images that were taken, say, in 2012 and 2010, I will see entries reflecting your examination of

those images on dates like May 2nd?
A I believe so. I mean, I'm not sure going back that -- I believe so.
Q Do you also believe that if the audit trail were not redacted to take out information, in followup to Counsel's objection, that we would be able to identify from the existing audit trail information when since the lawsuit you would have accessed that record?
MR. SHAHI: Object to the form. You can answer.
A I'm confused.
Q We would be able to find out, obviously he won't let me ask this, but we would be able to find out by using the audit trail information the dates on which you looked at either the May 1 ultrasonic images or the earlier dates?
A Yes. If it was done through our PACS, yes.
Q And when you say you went back last night or you looked at them earlier, did you use the, is it PACS?
A PACS is our, it's our radiology system that we have all the images on. It's an archiving



system.
Q P A X?
A P A C S.
Q And that's the system you used to make these inspections?
A Yes.
Q So it would be, since you say, if it was done through that, it would be on the audit report and you're also telling me, and, yes, Mr. Felmly, it was done through that?
A Yes.
Q Okay. You did not apparently in preparation for the deposition have provided to you the Answers for Dartmouth-Hitchcock's Responses to the Interrogatories or the Requests for Production since you told me they were the, in terms of that format today was the first you saw was today?
A Aside from those two questions that I pointed out.
Q Did you go and in addition to looking at images, did you look at the radiological reports for the studies that Sean Tillotson had received for



renal or retroperitoneal ultrasounds?
A So for the studies that I looked at, I may more than likely have looked at the reports that were associated with the more remote studies, yes.
Q So in the audit trail commonly when you're looking at images, it says something like viewed images.
A Um-hum.
Q Which I assume means you went into that system, you bring up an image, you visually inspect it, correct?
A Correct.
Q But that's not, some other descriptions seem to suggest something like looked at or reviewed clinical information, and I'm not sure --
A So that would be a different system in terms of looking, to specifically pulling up a patient's record in electronic medical record, that will, you can also view images in that system as well. I'm not entirely familiar how that is done because that's out of my realm of expertise, but in terms of if I went into Sean Tillotson's medical record, which I have not been into his



medical record aside from when I was providing the initial interpretation of the ultrasound, maybe at that time, but that's all documented through, at that time it would be CIS, I believe, but you can get an audit trail through the electronic medical record to see who has reviewed which patient.
Q Do you believe that on either the evening of May 1 when you were looking at images at home on the laptop or the next morning, May 2nd, you reviewed the actual radiologic reports that were in his records for those images you were looking at? In other words, did you go back and look what the radiologist who did those reports actually wrote out?
A You mean the prior reports, the studies that we were comparing to?
Q Right. I know we're going to be talking about the Girard preliminary report and your report.
A Sure.
Q I'm really --
A You're talking about the more remote studies.
Q Exactly.

A I would more than likely have looked at the reports.
Q And accessing them through what, through the CIS system?
A No. Through PACS.
Q PACS has the reports.
A Yes.
Q And can you bring them up in a way where you actually can have the image and the report visually in front of you?
A Yes.
Q Side-by-side?
A Um-hum.
Q On both your laptop and the diagnostic monitor?
A More difficult on the laptop, but yes, on the, in terms of our reading room, yes.
Q Is that the way just in terms of you typically would look at something to assess it you would do it? You would bring up the report for historic study as well as the image?
A Yes.
Q So that's probably what you did here?
A More than likely.



Q Other than speaking with counsel, did you have conversations about the case or the issues in the case with anyone else in preparation for your deposition?
A No.
Q So just if I can belabor this a second, so, for example, you have not contacted or spoken with Brian Girard about --
A About the case, no.
Q Or John Towle or Justin Lewis?
A No.
Q Or to your memory any of your other radiologic colleagues that may have been involved in Sean's case?
A No.
Q How about the emergency room personnel that were involved the evening that Sean was there, this Dr. Yanofsky and Dr. Shepard?
A No.
Q How about trusted clinical friends or mentors or professors from medical school?
A No.
Q All the ones I'm asking in having done hundreds



of these depositions, from time to time people will say to me yes, I actually did. So I'm not just making this up by, but you're telling me you don't believe you've had any conversations?
A No.
Q Is there anyone else you can think of that you've spoken with other than, for example, a family member saying I'm going to have a deposition today without discussing the details, anyone else that you believe you've spoken at, or spoken to or bounced thoughts off of about this case?
A Aside from counsel, no. Nobody, no one else.
Q Is this a good place to take a short break?
MR. SHAHI: Sure.
Q Why don't we take 7 minutes or so and resume shortly. I guess we're going to go off the record here.
VIDEOGRAPHER: The time is 11:04. We're off the record.
(Recess taken)
VIDEOGRAPHER: The time is 11:19. We're back on the record.



BY MR. FELMLY:
Q Thank you. Let me continue with a different line of questioning.
I want to ask you what information you may have had, if any, about Sean Tillotson or his family. To your recollection, were either Sean or his Mom and Dad, Gary or Bethanne, known to you at all before May 1, 2014?
A No.
Q I know you've looked at some of his records and also tested your recollection. Do you believe you had any involvement in the care that he had had prior to the events of May 1?
A Not to my knowledge.
Q And you don't think you were involved in previewing or looking at those prior films before May 1 of 2014?
A I don't recall.
Q And nothing you've seen since this litigation was brought suggests that, you know, there was some involvement of you having seen that.
A That's correct.
Q And I'll represent to you that Sean came down to

73

the hospital that evening because he had reported some blood in his urine, was seen in the emergency room department on the evening of May 1. From what I understand you're saying, you were at home that evening and would not have seen or actually personally interacted with him; is that true?
A That is correct.
Q And that would also be true of his parents?
A That is correct.
Q And on the next morning when you come in on sort of the morning watch on May 2nd, they weren't any longer there and you wouldn't have had any occasion to meet them at that point, right?
A Correct.
Q And at any other time have you had occasion to meet them?
A No.
Q And this is not somebody known to you by either reputation or some friend of a friend or a friend. You don't really know how much about them other than what might be in the Complaint that you read?

74

A That is correct.
Q There is a clinician at the hospital named Dr. Chavez who was seeing Sean as a urologist. Is he known to you?
A I know that he is a urologist at the hospital, and he does order ultrasounds, and I interpret the ultrasounds for him. I don't know him personally.
Q Do you know if you had any direct communication with him, and by that I mean phone or personal or conversation, communication with him on either May 1 or May 2?
A I do not. Did not have any conversation with him.
Q There's a doctor who is a pediatrician who treated Sean, is not here at the hospital, but treated him in his infancy through his young adulthood named Dr. Mark Harris. Is he somebody that's known to you?
A I know of him. Based on studies I absorb, I've seen his name on requisitions, but I do not know him personally.
Q And again I'm representing that he had been

75

involved in following Sean for a number of years prior to May 1st of 2014. Do you believe or have a recollection of ever discussing with Dr. Harris Sean Tillotson's case?
A I don't believe I have.
Q Do you recall how or when you first became aware that Sean had tragically died at the end of June of 2014?
MR. SHAHI: You can answer that question outside of any peer-review contact that was made of you.
A I think I read it in the paper.
Q And did you recognize him as somebody that had been in and had an ultrasound? Did you connect the name?
A Not specifically.
Q When did you first become aware that this young man that had died was somebody that had been one of your patients, at least for purposes of reviewing his images?
MR. SHAHI: Again, the same. Outside any peer review contact that you had, you can answer the question.

76

A I guess the time the lawsuit was filed.
Q Did you participate, this is just a yes or no, did you participate in a peer review or M & M procedure with respect to Sean Tillotson's death?
MR. SHAHI: I'm going to instruct you not to answer that.
Q On what basis?
MR. SHAHI: It's a peer review process.
Q A what?
MR. SHAHI: A peer review privilege.
MR. FELMLY: But the existence of the process is not, yes or no, is not privileged or unable to be examined.
MR. SHAHI: That was not the question. You asked her did you participate.
MR. FELMLY: Was she a participant in a peer review process on this. That's what I'm trying to find out. I'm not asking what did you do and say. I'm just asking did you participate in a peer review process on Sean Tillotson's medical care and death.
MR. SHAHI: I'm going to instruct her not

to answer that. But if you want to ask her if she was aware of a peer review process, you can ask her that question.

MR. FELMLY: Well, I'm not -- first of all, I appreciate the help, but I'm not waiving my question, but I will ask your question without, we'll go back and deal with the other one later.

BY MR. FELMLY:

Q Were you aware of a peer review process that took place involving Sean's death?

MR. SHAHI: You can answer that question.

A Yes.

MR. FELMLY: And do I understand that you're going to object to any followup questions with respect to that?

MR. SHAHI: Yes.

MR. FELMLY: So that by not asking it in some different way, I'm not going to succeed in getting answers on that process, right?

MR. SHAHI: That's a fair assessment.

BY MR. FELMLY:

Q Leaving aside the, whatever peer review process you're aware of, are you aware of any other



either review, examination or assessment of the circumstances of Sean's treatment and death? In other words, something beyond whatever peer review process may, you may be aware of.

In other words, and the options could be some sort of review by you in reviewing your own cases or colleagues get together or I belong to a society or one of the committees and we looked at it in this context, is there any other assessment after Sean's death of his care other than the Dartmouth-Hitchcock Medical Center's peer review process that you're aware of that took place involving this particular case?

MR. SHAHI: So I'm going to, because of the definition of peer review and the fact that Dr. Yen is not a lawyer, I'm going to restrict the question to any review process other than anything affiliated with Dartmouth-Hitchcock or anything affiliated with a Board of Medicine or anything affiliated with the work that we've done with you.

So other than those three, are you familiar with it from any other review process?



MR. FELMLY: Just so the record is clear, I'm not agreeing to those classifications except I would agree to work that you've done with her as counsel. But the other ones I think it's your burden to prove privilege, not mine. But I just don't want you to be misled in thinking I'm going along with your helping me answer different questions or ask different questions.

Q So now you get to answer. If you understand the question.

A Can you repeat the question for me, please?

Q Well, he's doing my questions for me now.

MR. SHAHI: He's asking if you're familiar with any review process, and I'm limiting the question to anything other than any review that was in any shape or form affiliated with Dartmouth-Hitchcock or let's say like a regulatory body like a Board of Medicine or the litigation process with counsel. Other than those three, are you aware of any review.

A So I am not aware.

Q Do you know if in terms of medical science Sean Tillotson's case has been either written up in



any publication or referenced in research studies or presented in some abstract or in any context for the advancement of medical knowledge which physicians not uncommonly do?

A I'm not aware of that.

Q You haven't done it, in any event?

A I have not.

Q Let me show you a report we're looking at Exhibit 7. We'll have Cindy mark it here in a second. This one is called Radiological Reporting of Critical and Unexpected Exam Results Policy. Is that a document or a report that you have familiarity with? Why don't you take a look at it while Cindy puts a sticker on it.

(Exhibit 7 marked for identification)

A This looks like it is not dated as an undated, not current policy. Only I say that because Dr. Spiegel is no longer our chair. He hasn't been our chair for several years now. We do have a Critical and Unexpected Exam Results Policy, but this does not look to be the up-to-date version.

MR. FELMLY: This is what they gave me. So I don't know that. But I guess, Kaveh, I would ask for the up-to-date one if the Doctor is correct that there is one.
Q Do you know -- let me take it by this step. There is a, in the connection with radiological reporting, there is, in fact, a Critical and Unexpected Exam Results Policy.
A There is a Critical Task, Critical Result and Unexpected Findings Policy, yes.
Q And was there in existence such a policy in 2014?
A I believe so. Yes.
Q And just looking at the various dates at the back of this which looks like this takes us up to a 2008 revision, is it, what's your testimony about whether you think there was some other revision in effect in 2014 if the dates there seem to take us up to 2008?
A I just know based on my knowledge that the critical test list here is not the most current. There are many permutations of this critical test list, but I don't think this is the most,



and for example, ultrasound for suspicion of fetal demise after the first trimester, I don't think that's one of our critical tests currently. It is on our work station on a monitor that we look at so we have easy access to it so that we don't have to commit this to memory. I just don't believe this is the most up-to-date version. But the concepts still remain.
Q And do the basic operative instructions and core teaching of it generally remain the same?
A I'm not sure specifically 30 minutes that we need to communicate. I believe it's 60 minutes now for critical result, but I'd have to actually peruse the document that's on our work station.
Q Is it likely that with respect to unexpected findings on a radiological exam that there continues to be within the policy that would have been in effect in 2014 a provision that the radiologist should notify the referring doctor and essentially communicate those?
A Well, for unexpected, you're talking about



unexpected findings?
Q Unexpected findings.
A We, the current policy is that these are findings that are considered unexpected that are important but certainly not need to be immediately actioned upon. We have the choice of either saying unexpected findings in the report. That report is flagged back to the referring physician. I believe it actually jumps to the very top of their list of like to-do list. And then my impression is this was the policy more likely back in 2014 is that the referring physician is sent an email stating that this, your patient had an unexpected finding. They have several options that they can choose to sort of close the loop. If after two emails to the clinician they don't act upon it, then a certified letter goes to the patient and they are, they have the option of calling us, the radiologists who interpret the study, to discuss the finding with them.
Q And unexpected findings, there are in this somewhat dated report, there are references of



something that's described as critical results which sounds like they are more severe or more important.
A These are potentially life threatening so critical results would be like -- do you need examples or --
Q It would be a faster turn around time on getting that information back to the referring --
A These would be ones that we would typically call like a tension drop lung or a tension pneumothorax or unexpected free air or free gas in the abdomen when the patient hasn't had a surgery, suggesting that they need to act immediately upon the patient as dire consequences could result.
Q Do you know or recall with respect to the examinations done on Sean Tillotson on May 1 and then reviewed further by you on May 2 whether there were any unexpected exam results noted?
A Based on the images and my interpretation, none of the findings that I saw were unexpected.
Q So as far as you know, none of the provisions that would be within the then existing policy

for notification would have been implemented.
A Not based on my interpretation of the exam.
Q Well, I wasn't just asking about yours. I was also asking whether or not, I mean, you have, obviously, Dr. Girard who is also reviewing them the night before. Do you know if he found any unexpected results?
A Based on the preliminary report I recall, he did not find any unexpected results.
Q I'll mark this a little bit out of order. This packet I think which is going to be 15 or 16, these are Dartmouth-Hitchcock records that are a portion of his entire medical record. They're not all of them, but I want to direct you to a particular entry that are in these records and they're tabbed by year and these are taken off the disks that we received, but -- so I'm going to turn your attention to -- and, Kaveh, you can take that set and we'll mark that other set if you would. Why don't we give that to Cindy.
(Exhibit 8 marked for identification)
Q So what I'd like to take you to, these are Bates stamped at the bottom so if you go to page 295



which is PL000295, and these are records from the emergency room that evening when Sean is there, and you're on maybe the second or third page. And I'd like to ask you to look at the imaging paragraph that's just below the mid point of the page.
A Um-hum.
Q That particular record that was from the evening of May 1 says imaging renal ultrasound, parens, wet read per radiology resident, close parens, colon, change in appearance of complex left renal cyst, no significant interval change in size.
So my first question to you is is that an entry that you believe you've ever read before?
A I've never seen this entry before.
Q So when it says "wet read per radiology resident," do you know in the context of the procedures of the ultrasonic examination what that means?
A That usually it's interpreted as the preliminary read by the resident.
Q And does that mean that the resident -- what's



the wet part?
A That's just the designation that it basically means like it needs to be interpreted preliminarily more urgent than others -- I mean, wet read means a preliminary read, a preliminary interpretation. It's just easier to say wet read than preliminary interpretation.
Q Does it mean that as the ultrasonic probe was being passed over the patient's body and images were coming up visually in that process, sort of realtime if I can use that, that the radiologist observed certain things and is using the wet read term in that context?
A I think it could be interpreted in that context in terms of giving a quick read before we actually sit down and read it finally. I think in the context of how this is written and the Emergency Department note by, this is from the emergency radiology resident, I'm not sure who wrote this note, that this is probably more than likely after the ultrasound had been done and after Dr. Girard had provided a preliminary interpretation.



Q So do I understand you to be saying that it could be that this term would refer to the radiologist actually moving the probe and seeing it or being there when it is visualized, but it could also mean a preliminary read of static images that were taken from that study that you later looked at?
A It theoretically could mean both, yes.
Q This is in the context of a young man who for years going back to 2004 has been followed for what is described in a number of his earlier records as a complex left renal cyst. You are now aware of that history, I assume; is that true?
A That is correct.
Q So what's happening on the evening of May 1st is that the emergency room personnel that are making this note are advised by the radiology resident that he sees a change in the appearance of that complex left renal cyst.
A This is -- I can't attest to what conversation this resident had with Dr. Girard who is the radiology resident here. I can't tell if, you

know, you'd have to ask both parties involved.
Q We will. You can be sure.
A But if you look at the preliminary report, the impression states no change in the complex, actually there was an error in syntax there in Dr. Girard's report which I corrected in my final report because it referred to as the right renal cyst. The one by the report says left. I cannot make any, I cannot, I can't really make any comment on this statement.
Q Okay. But let's just take a couple of things here. This is not an entry that you've ever seen before?
A That is correct.
Q You're accepting, I assume, the fact that this was in Sean's Dartmouth-Hitchcock medical record?
A It still is.
Q These are records we got from the hospital?
A That is correct.
Q In terms of what had been happening over the years before Sean came in on the early evening of May 1 is that his providers had been



following and doing periodic examinations of this area described as a cyst to monitor it and see how it progressed or changed. Fair statement?
A Yes.
Q So change of that cyst had been the sort of core element of what his care had been up until this point.
A I understand that, but I cannot attest that this statement was not -- is there missing a no in terms of, if there was a mistake in the transcription of this. Because I only can go based on what the report shows based on preliminary report by Dr. Girard. That report says no change.
Q Well, you're jumping ahead. I mean, I'm not asking you to give me all of your thoughts about this. I'm basically just saying putting in context this particular statement, it was the case that this young man had been followed for many years by urologists and through ultrasonic studies evaluating whether there was any change in the appearance of his complex left renal



cyst. That's true. Isn't it?
A I have said yes to that.
Q And you understand why from a medical point of view of his well-being that would be important to do, correct?
A I am not a urologist. Apparently it's been stable for several years. That's why they stopped following up which I believe in 2012.
Q But why medically, do you not understand why medically ultrasonic studies to assess whether this area was changing ultrasonically would be prudent to follow? You don't understand the kinds of things they might be watching for or seeing if they developed?
A Well, certainly, because they followed it I believe from 2004 to 2012, there was no change, and I believe at that point in time, if I read the Complaint correctly, they decided, elected not to do any further followup. The reason why they ordered the ultrasound in this case was because he presented with hematuria or blood in his urine, and that is why they did the ultrasound, and there was a question of whether



the cyst may have ruptured as be causing his blood in his urine.
Q So when the ultrasound was ordered on May 1 on that evening in the context of his clinical presentation of blood in his urine, it was to see if there had been some change in the cyst.
A I am not, I am not sure you can actually look at the reports and see what the absolute indication for the ultrasound was. That indication is put forth by the referring physician. I cannot stipulate to what the exact reasoning behind ordering the ultrasound was aside from what was provided on a radiology requisition.
Q You did not understand as you were accessing these images on either May 1 or May 2nd that the nature of the study was to try to determine if there had been some change in what had been for many years a stable cyst?
A I would have looked at the images regardless of any history or not to see if this complex cyst had changed regardless of the history or not to see if this complex cyst had changed regardless if I was informed that that was specifically

what they were looking for or not because it's been present on prior studies. That is part of our job to compare studies to previous, particularly for findings that were present on the prior studies.
As I said, the knowledge that I had for the indication of the study is indicated under the history portion of the radiology report. I can't recall without looking at the report at this time what the exact history was aside from hematuria. I believe that they had asked for possibility of a ruptured cyst given the fact that he had a history of a complex cyst, and that's all I was provided based on the history provided by the referring physician.
Q So when you looked at those films, you were looking to assess any abnormality that would be apparent to you upon looking at that?
A In addition to the complex cyst that had been followed for several years, correct.
Q And a change in the appearance of that complex cyst, assuming that a change had occurred, would be important news, wouldn't it?



A I can't speculate that a change has occurred because I don't believe a change has occurred as indicated in the report.
Q So you think that this statement that was attributed to the radiology resident, Dr. Girard, in the emergency room note that there's a change in the appearance of the complex left renal cyst, is error?
A As I said, I cannot attest to the statement. I was not present. I do not, I don't know if this was a conversation between the ER resident and Dr. Girard, but, regardless, the preliminary report did not indicate that there had been a change in the -- this is a report that Dr. Girard would have done immediately upon completion of the ultrasound. It did not indicate that there had been a change in the complex left renal cyst.
Q So we should ignore it.
MR. SHAHI: Objection.
Q Should we ignore it?
MR. SHAHI: Same objection.
Q I mean, it's of no consequence that his medical



record indicates that night in the emergency room that there's reported a change in the complex cyst?
MR. SHAHI: Objection.
Q What do you suggest as a matter of somebody that supervises residents and directs that program and deals with patient care and the quality of it, when you see an entry like this and there's an indication that a resident sees a change, what do you do with it?
A I'm not sure I understand your question.
Q Is there any followup to find out whether this was some error in dictation or that perhaps indeed there were reasons for it?
A Well, I am not privy, I do not see what the entry, I mean, I don't routinely access each patient's study that I read to see what the emergency room said about a preliminary report. What we go by is what the resident has put out as a preliminary report. That preliminary report specifically states that there's been no change in the complex left renal cyst. That I can say with fact. The rest in terms of how the



statement got entered here, the conversation between Dr. Girard and the emergency resident, I cannot validate the statement at all.
Q So what -- okay. So you can't validate it. So what would you, for example, indicate to the parents of this child?
A I would say that the report that they need to go by is actually the final report, the final interpretation, and they can also look at the preliminary report. Both the preliminary report and the final interpretation provided by me said there was no change in the complex left renal cyst.
Q And --
A That's in written. That's a written communication.
Q Well, this is written, too.
A Yes, but where did the statement come from?
Q Well, apparently from the resident. It says "wet read per resident" so this came from your resident, according to what they've written here. You're saying --
A That is allegedly it came from my resident.

Q But I didn't make this up, ma'am. This is in the hospital's --
A I'm not saying you did.
Q -- medical record.
A I'm not saying you did, but we do not have the side from the emergency radiology resident. Did she actually hear Dr. Girard correct? It's very easy to say a no or a change or leave out a no given the fact, you know, when transcribing reports, et cetera, it's easy for voice recognition -- I don't know if they use voice recognition -- to miss a no. I personally cannot comment on this statement. I only can comment on what the preliminary report shows and what my final report also reveals.
Q Let's just says hypothetically -- you can't determine this, you've told me, but assume just for purposes of this question that it's true. That that resident did indicate I believe there is a change in that complex left renal cyst. Let's assume that the report was accurately communicated and that was his belief at the time. What needed to be done there under that



hypothetical or set of circumstances?
A So you're asking me to speculate.
Q No. I'm telling you based on somebody that supervises these residents and you now have an indication that imaging shows there is a change, and I'm asking you to assume for purposes of this hypothetical that that indeed was the radiologist's determination. What is then implemented? Is that a call to you at home, is that some sort of a report of an unexpected finding, is that something that should be informed to the parents, that should be followed up? When you come in the next morning should you be informed of, by the way, I see a change here I didn't mention in my report? What are the things that if that were in fact true that would need to be done to follow up on this?
MR. SHAHI: Objection to the form of the question.
Q You may answer.
MR. SHAHI: If you can manage it, you can respond to the question if you understand.
A If, in fact, we're talking entirely



hypothetical, if there had been a change in the, I have to, like what type of change. It could be change from the, so the statement, I need more details. But particularly say if you're saying hypothetically the change referred to the change in size of the cyst, then we probably would have made recommendations to do a CT scan as was suggested, and that is the next step of choice to do.
Q So take a look at page 375 which is further back in this packet. And do you recognize the nature of that kind of form or what that is?
A I do not know. I do not know this form at all.
Q Okay. So what this form is is, again, an Emergency Department form, and it says Discharge Instructions, and actually this was given to Mrs. Tillotson. That indeed is her signature signing on behalf of her son, and that happened, I believe, after midnight in the early morning hours of May 2nd after they'd spent the evening at the hospital, and this document that she signed confirms that he was seen for blood in the urine. Renal ultrasound showed a change in



the left renal cyst which may be contributing to the bleeding. And then it indicates that he's on bed rest with bathroom privileges, no sports activities until cleared by urology. Pediatric urology will call tomorrow to set up an appointment, drink plenty of fluids. Return to the emergency room for worsening bleeding, dizziness, new pain or fainting.
So as they leave the hospital that evening, this is what they're told. She's indicated that in her Answers to Interrogatories, and, indeed, she signed saying she understood and has received these instructions.
Have you ever seen this particular entry and that information previously?
A I have not.
Q Had it ever come to your attention in any other format if you hadn't read it?
MR. SHAHI: Objection. Except --
MR. FELMLY: Did you tell her? I mean, is that what you're going to tell me? That you told her?
MR. SHAHI: No, just in a general sense as

your question is so broad, other than discussions you've had with counsel, you can answer the question.
A No.
Q So in terms now of the accuracy or the reliability of this information and thinking about some of the things you mentioned before, that there can be errors in voice-actuated dictation and the like, seeing this now on two separate Emergency Department records, both confirming that there is a change observed, parents are being informed of it, it was the renal ultrasound, according to this, that showed a change in the left renal cyst, and tied it as maybe contributing to the bleeding, is today the first time you've ever heard of that? That that was the finding?
A This is the first time I've seen this, yes.
Q Okay. And that was not known to you as you were reviewing images at home on the evening of May 1st.
A No.
Q This is not a case where you're either bringing



up this document -- I realize it would be after midnight to see this one, but the earlier bun was earlier. You weren't accessing those documents to see what the Emergency Room Department was saying?
A I typically do not. I'm just looking at the images.
Q You could do that, but you typically don't do that?
A Oftentimes, we -- not from home. Not when I'm looking at just the images looking to see what is going to be --
Q Doctor, I'm really just asking the capabilities of the --
A If I, depending on, I mean, yes, I mean, I can access the electronic medical record from home if I need to.
Q Okay. And you've told me that there was, you don't recall any communication with Dr. Girard that evening by phone or by email or anything else?
A That is correct.
Q And on the next morning when you come in, you



have no memory of being exposed or being informed of the information that is present in either of these Emergency Department records?
A That is correct. Not at the time of interpretation was I informed that there was a document saying that there was a change in the left renal cyst.
Q So now it appears that this is not a case where a "not" was dropped out or some other error in using Dragon Dictation or whatever you folks use. This actually appears to be a case where the resident felt there was a change. Does it not appear to be that?
MR. SHAHI: Objection to the form. You can answer.
A Resident, referring to the emergency radiology resident, whoever was responsible for this form, not Dr. Girard.
Q Well, the earlier document specifically referenced a wet read by the radiologist, didn't it?
A Yes, but in terms of what context I don't know.
Q This document says the renal ultrasound showed a



change in the left renal cyst. Do you think that's not essentially making the same reference that they're getting information from the radiologist about what the renal ultrasound showed?
MR. SHAHI: Object to the form. You can answer.
A Can you repeat your question, please?
Q Don't you think that the records, they're describing this change to the cyst and referencing it as a, from the renal ultrasound is as they're writing it down information they believe is being conveyed to them by the radiologist? In other words, aren't they getting this from the radiologist?
A I can't verify. I can't answer that. I can't speculate. I was not there for the conversation.
Q Well, who else would be describing the contents of Sean Tillotson's renal ultrasound that evening at Dartmouth-Hitchcock Medical Center?
A The treating emergency room team and Dr. Girard, if, in fact, he gave a wet read.

Q And are you doubting that there was a wet read by Dr. Girard?
A I am not doubting that there was a wet read preliminary report. I mean, I'm sure the audit trail can show when Dr. Girard issued his preliminary report, and you can look to see if the preliminary report was issued before this final document or this so-called document stating there was a change. And, I mean, the preliminary report is available to all clinicians once it is transcribed.
Q If the radiologist, your resident, had a belief that there was a change in that complex left renal cyst and that was his conclusion, and that it may be contributing to the bleeding, is that information that should have been brought to your attention that evening?
A Not that evening.
Q When should he have told you that?
A Well, Dr. Girard would have indicated in his preliminary report. If he felt that there was a change, then he would have indicated to me presumably that we did meet that morning of May



2nd as well.
Q I'm not sure I understand.
A But then again, I'm reviewing the images myself, and I do not see a change in the complex left renal cyst.
Q If he saw something that indicated a change, it's important that that information get to you in one form or another, isn't it?
A That would have been in the preliminary report, correct.
Q That wasn't my question. I'm not asking you in which means of communication, I'm just telling you, if he looked at this boy and says I see a change in this complex left renal cyst, and he's going through these ultrasonic images, and that's his conclusion, it is incumbent on him to get that knowledge and information to you.
A That is correct.
Q Okay. Because you're responsible for that if he misses it or doesn't do it, and you're responsible if you miss it?
A That is correct.
Q Okay. So he has to get that information to you



if he holds that view, doesn't he?
A If he holds that view and he, and this is all speculation, then yes, that information should be conveyed to me. And in that sense, too, if I felt that the, he could convey that information and I think that that is not correct after I've reviewed the images, I can also, I mean, yes, but he would get that information to me.
Q I'm not saying you would accept it and do nothing more. If he got that information to you and said Dr. Yen, I see what I believe is a change in this cyst, you and he would discuss it, you would focus on it, you might conclude I don't concur.
A That is correct.
Q Okay. But it wouldn't have been unexplored or not looked at?
A That is correct.
Q Okay. And as far as you know, there was no discussion or explanation or notation in Dr. Girard's preliminary report that referenced any change in that complex left renal cyst.
A Based on the preliminary report that I have for



review, I do not, there was no reference that that complex left renal cyst had changed.
Q Have you ever served in a litigative proceeding or some sort of an adversarial inquiry or matter as an expert witness in radiology?
A I have not.
Q So can I have the audit trail? I think it's number 8.
What we're going to do while we're gathering this up I think is just to stop here, Paul, and let you change the tape while we get our next exhibit ready.
VIDEOGRAPHER: Okay. The time is 12:03. This is the end of disk number 1, and we are off the record.
(Exhibit 9 marked for identification)
VIDEOGRAPHER: The time is 12:08. This is the beginning of disk number 2. We are back on the record.
Q So Dr. Yen, what you've got in front of you now which I received from the hospital in response to our request is called an audit, Exam Audit Trail, and the first few pages of that, it is

what appears to be sort of a who's who of the audit trail information with various names and professionals and what their positions are which is very helpful in understanding the users, and then we get into a series of audit trails or descriptions of contact with images or some portions of the file, and these seem to be organized around something called an accession number. Is that, am I correct about that?
A Each exam has an accession number, yes.
Q So Sean's May 1 ultrasound has an accession number, and if we go over to page 64 on the Bates numbers, am I right that that exam's accession number is 5769872?
A Yes.
Q And for earlier radiology exams that he had, whether they were for his being followed for the renal cyst or sports injuries in other departments and the like, there would be a separate accession number for those radiological experiences or studies he'd had?
A Correct.
Q And then what this information is designed to



show is as it relates to those specific numbered exams by time in a chronology and by date, it summarizes the involvement of various professionals, providers, administrative people that may be involved in coding or other things, and it tries to give information that would give us some insight as to what they may have done to interact with that exam at those various times?
A Correct.
Q So let's take a look, if we can, on page 64 which if I understand it is the ultrasound for Sean Tillotson we've been discussing, and just to, I'm going to be asking you some questions both about what's shown here and a bit about what those procedures may include for those of us who are have not experienced them firsthand, and most of this will just be reading down through the chronology, if you will.
It appears that the exam was ordered at 9:37 p.m. and that there then became involved in the study or the care an individual named Maureen Adams who has initials DX after her name, and it appears that she was, had some role



with respect to the scheduling and actual execution of this ultrasonic exam. Is that true?
A She is one of our radiology technologists. She starts the, puts the exam in so the radiologist, the radiology resident can actually begin the exam on our system.
Q So for this type of retroperitoneal renal exam, and I actually have read some information about how this is done, I understand that someone, and seems like you're saying it's the radiologist, is going to move a probe that is sending out acoustical energy into the patient's body and getting certain bounce-backs or reflections that will be able to be interpreted by the technology that we're using for this.
A So there's sound waves actually sent by the transducer that, which is an interface, at a tissue interface reflects back, and that's how the images are generated. So there's no ionizing radiation involved in ultrasound.
Q Is it the case that the radiologist is the probe manipulator in this type of an exam or does the



technologist, somebody like Maureen Adams, actually sometimes do the exam?
A Maureen Adams is not a sonographer or ultrasound technologist. This is a radiology technologist. She does other things. You have to go to specific school to be an ultrasound technologist.
Q Um-hum.
A Both the radiology resident, the radiologist and the sonographer can perform this exam.
Q So looking at the audit trail through the late part of 9 o'clock on to 10 o'clock, it appears that the exam is noted as completed at 10:20. Does that tell us that the radiologist, in this case the resident Brian Girard, would have been the provider that actually was conducting the exam?
A Dr. Girard was the provider who did the exam, correct.
Q And in terms of this particular study, is that an exam done with the patient both in a prone and then a supine position or how is the patient positioned for the examination that was done on

that evening?
A It's going to depend on the patient in terms of the, typically we start off supine. We may have them go up on to their left or right side to better visualize the kidney as well. Often sometimes in prone positions, particularly for little kids, children as well because you can see a kidney sometimes better going through their back with the probe rather than from their anterior aspect, but sort of variable position but typically we start off supine.
Q And is there some sort of a gel or some sort of a medium placed on the skin that enhances the ability of the probe to work?
A Yes. We put a gel on the skin to enhance the transmission of the sound waves.
Q And as this is moved over the patient's body, is there realtime visualization of that on a monitor screen?
A Yes. By the person who's performing the exam.
Q And in this case that would be Brian Girard?
A Dr. Girard, yes.
Q If he sees something of note, and he wants to



either mark it or make a note of it or measure it or something like that, does he have the ability to interface with the technology of the screen and make markings or do something to actually add information to what he's seeing on the screen?
A He can certainly annotate the image. He can freeze the image and send it to our system to save the image to our system, and then he can certainly measure. There's a measurement tool on there that he can use, yes, and he can annotate, and you can type anything you would like on that image as well.
Q And is that something that radiologists commonly do with ultrasound?
A In terms of?
Q Annotate?
A Well, we normally do put on which organ we're looking at. If it's the liver, if it's the spleen, if it's the kidney, which kidney it is. If the image is done longitudinally, if the image is done transverse. So yes.
Q Is there, for a retroperitoneal renal



ultrasound, is there a protocol that, if not unvaryingly, at least commonly is followed in terms of the different views, and, for example, is the right kidney sort of visualized first and then the left kidney, and then perhaps a long view and then the transverse view? Is there any sort of general way that is taught in your institution about how to go about doing that?
A We tell the residents to get the standard images. Whether you do the right kidney first or the left kidney first doesn't matter as long as you get the standard images which include longitudinal images of the kidney, also transverse images of the kidneys as well starting from the top going to the bottom part, superior to inferior pole, and then as part of a complete retroperitoneal ultrasound looking at the kidneys, we also take longitudinal and transverse images of the bladder.
Q And is one of the aspects of the retroperitoneal renal ultrasound to take measurements of the two kidneys?
A That is one of our -- yes. We do measure the



kidneys.
Q And isn't the requirement that you take a minimum of two measurements?
A That is what we suggest. Even certain of our sonographers, our senior sonographers, may sometimes take one but as part of our standards we do suggest two measurements, correct.
Q But I think I've actually seen, and we'll mark it later, but I think there are Renal Imaging Guidelines that you folks have?
A Based on the American Institute of Ultrasound in Medicine, we have those guidelines, and those guidelines specifically say take at least two measurements of the kidneys in longitudinal dimension.
Q So when you say two of the kidneys, it's two of the right --
A Two of each.
Q -- two of the left?
A Yes.
Q And that's -- why two rather than just one?
A Ultrasound in contrast and some of the other modalities in radiology measurement has a lot of

variability because one is taken by the actual operator, and depending on how you can angle the probe, et cetera, or how they position, measurements can change. So measurements by ultrasound are not as accurate, say, like with CAT scan where you have specific images and they're not going to be dependent on any type of angulation generated by the actual machine itself.
Q Let me just go back to what you just said. If you want to know what the longitudinal measurement is of the kidney, of one of the kidneys, how, what is the procedure for doing that and how is that information then shown or annotated into the actual stills or static images of that study?
A So you want to try to get the image of the kidney as you're scanning it to be the best kidney in the midline of the kidney and also the best where you can see both the upper and the lower poles as best you can see the kidney --
COURT REPORTER: Okay.
A Sorry. Too fast?



COURT REPORTER: Yes.
A So as best you can see the kidney that you can visualize the entire kidney as best as you can without any particular shadowing or anything like that, and then you put the caliper which is like a ruler that we have electronically on the very top part of the kidney which is the superior pole and then the very lower part of the kidney, the inferior pole, and that generates the measurement for you. And that is actually, you can save that image and that's how we tell the residents to save those images.
Q So that caliper, is that a software --
A Yes.
Q This is not --
A It's a button on the machine.
Q It's not just like Captain Ahab taking out calipers and measuring how far it is from Hawaii to San Francisco?
A No. It's actually, it's a button on the machine where you can drop the caliper as to where you see something.
Q So the radiologist has to decide where the



appropriate places are to conduct the measurement. In other words, where the margin is of the kidney on each end you're marking.
A So whoever is doing the scan, yes.
Q And then when we look at these images, I've noticed that sometimes there's like a little asterisk or a little cross that may exist there at those places at the apex of each end of the software caliper margin, and then the actual distance is printed out on the film?
A Yes.
Q And so the radiologist decides where to put the markers that are going to then allow the caliper to make the calculation?
A Right. Whoever is performing the exam.
Q And as that's happening, so the radiologist is moving the probe and comes to the part where he or she thinks they've got a very good visualization of, let's say, the left kidney, and they say this is a good image to do my measurement, I'm going to do two of them, this is a good one to measure, they would mark the what, shoot a still of that first?



A Normally, they'd freeze the image.
Q Um-hum.
A We tell the residents take an image usually with and without the calipers on. So then once they freeze the image and take the image, then they go ahead and put the calipers on. So the asterisk or the hash mark is the caliper that you're seeing on the images.
Q And that gets actually then through software put onto that image as an annotation?
A Correct.
Q And the machine will then calculate to two decimal points usually what that distance is?
A Yes.
Q And print it right there.
A It will save the image, and it will go to our archiving, our PACS system, yes.
Q Does the radiologist who's doing that get immediate feedback from this measurement process to know as he or she is standing there what the distance is?
A You can see it on the screen, yes.
Q So you don't have to wait until after the actual

examination has been completed with the patient to find out how big that right kidney or left kidney was?
A You don't have to wait, but sometime when you're trying to repeat the image, you can sort of forget what the first image was, what the measurement was, so oftentimes we don't actually look. When we finish the exam is when we actually look at the measurements.
Q But it is available, but there's a lot going on and you may not notice it --
A Correct.
Q -- at that time, right?
A Yes.
Q And the purpose of measuring it, am I correct, and I'm just taking this out of your book actually, is to both determine whether there is in some patients an appropriate size kidney. For a pediatric patient, for example, is there a progression of size that appears appropriate? That's one of the things you look for?
A That is correct.
Q And you also want the kidney sizes to not vary



tremendously between the right kidney and the left kidney, right?
A Usually one centimeter difference is what we're looking for between lengths.
Q Okay. And something larger than that, particularly the larger you go the bigger the issue, may be indicative of some sort of a problem if they're dramatically different in size?
A If they are and if the measurements are taken correctly, yes.
Q Now, if we go back into the chronology here, it appears that the, according to this, the exam began at 11, excuse me, 10:17 p.m., by Interface, Stentor. That doesn't sound like a human. I'm not sure what that is.
A I think it's just when the exam is begun on the end. I am not totally savvy with all this IT stuff in terms of how they track when an exam is begun and when it's completed. I do know that for the overnight studies done in ultrasound, the radiology resident needs the technologist to enter it into the system so he can begin the



exam. Stentor was our old PACS.
Q So it's a reference to the technology.
A Yes.
Q It's not somebody from another country.
A There was no person by the name of Stentor Interface.
Q At least not there that evening.
A That's right.
Q Okay. And then the "exam completed" entry is 10:20 which I'm interpreting means that the entire exam was essentially a three-minute process?
A I'm not sure how that works because if you actually look at the time stamp images on the actual ultrasound images, I believe that it would show that Dr. Girard did not perform the renal ultrasound in three minutes.
Q So we don't know.
A You could look at the images. They should have a time stamp on them.
Q We'll look. And then if you go down, there is a series of entries between 10:31 and 10:57 where it appears that somebody, one of them being



Brian Girard, is looking at the images viewed and I'm just not certain. I know the CIS system is a different system. When it says image viewed and it's by CIS, what does that mean?
A That means someone is looking at the images through the electronic medical record and not through our PACS system. The radiology PACS system.
Q Who does that?
A It would be like a clinician who is not in our Radiology Department who doesn't, they don't have access to our radiology monitors, et cetera. So it would be for like someone in the emergency room could be looking at the images, pulling them up, via going into Mr. Tillotson's records, CIS records, electronic medical record, and then clicking on the imaging icon there, and you can look at the images that way.
Q I see. And at 10:57 there's a report transcribed, and that indicates preliminary so that's when he would have dictated his preliminary report.
A That is what it appears, yes.

Q What does it mean to say "brackets removed from report text" which is the next entry down of the same time stamp?
A I am not familiar with that terminology.
Q Well, go over to the next day which is May 2nd when you're on the scene, and go over to page 65. And at 10:29 with respect to the preliminary report, an entry identified as involving you, Dr. Yen, it says "brackets removed from report text." So I guess I'm asking you the same question. What were you doing when brackets were removed from the report text, and how does that compare with what Mr. Girard was doing?
A I'm not sure if that's when we actually sign a report and then some bracket -- I have no idea what that is in reference to.
Q Well, I think that the report, I mean the next entry down says 10:29 report signed and then report authenticated, I mean, it's all in that same time frame. Is it simply that this is when the authenticating signature is applied?
A I think that would be a good thing to surmise.



I'm not entirely sure. I guess I can look at Brian's.
That's what it would appear when we actually do either sign it as a preliminary or sign it as a finalized.
Q Okay. In any case, it then appears that at about 11:44, you are online and viewing the image. Is that right?
A So we're now going back to May 1st?
Q We are. Yes. Sorry. So this is you at home bringing up this image and looking at it.
A That's what it looks like based on the transcript.
Q And is this just sort of an end of the evening review by you of anybody that was in that night or was there something that targeted you to specifically look at Sean Tillotson's images?
A When I know that I'm the ultrasound attending reading out the next day, I typically as part of my routine habit is to check the ultrasound list to see if there are any ultrasounds that have been done by the resident before I go to sleep so I'm better prepared in terms of what I'm to



expect the following morning.
So I did not converse with Dr. Girard. He did not specifically call me to ask me to look at these images. It was just on my own volition.
Q Just sort of a quick look to see what you're going to be dealing with in the morning?
A That is correct.
Q You're not in all likelihood at that time really going over these images with the detail that you would be on the next morning?
A No, nor do I have monitors sufficient enough to render an interpretation at home.
Q This would be telling you, well, this is something, I'm going to have this retroperitoneal image to look at. It looks like you also reviewed some clinical information about three minutes later with --
A That clinical information is the I status on our PACS system where it will let me see what the actual history was provided by the emergency room physician for the study.
Q So the next morning you're in at 8:04, probably



in earlier than that, but at 8:04 you're looking at images which would be the images that Brian Girard created the night before, right?
A That would be correct.
Q And the P is meaning what?
A Preliminary status report. It's in the preliminary status.
Q Then we see Justin Lewis and John Towle, and they have a series of entries, and you believe this is as we spoke about before, that they likely were participating with you as something of a small team reviewing this?
A Correct. The resident and/or fellow depending on if Dr. Lewis was a fellow, I can't recall at this time if he was a fellow or if he was a resident, but, yes, those were more than likely the residents/fellows on the ultrasound service that morning.
Q Do you know what a results inquiry is?
A I do not know what that refers to.
Q And then at 10:29 it says "report text edited." Does this mean you are in Brian Girard's preliminary report and you're making changes?

129

A I am editing the report, yes.
Q In effect, it becoming the final, it will become your final report?
A That is correct.
Q Through that process.
A Um-hum.
Q And do you remember or have any recollection of that process of editing the report?
A I remember I made changes to the report in terms of editing. I can't recall anything else at the time.
Q And then at 10:29 you, it first said signed and authenticated. You went through the process of essentially finalizing this and actually at 10:29 it says report finalized and then identifies in the margin that you are the responsible provider and you signed it at that time?
A That's correct.
Q And that's really you in effect saying this is now my final report?
A This is the final report interpretation for that study. Yes.

130

Q Now, do you have a recollection as to which prior report you actually went back and looked at in an effort to try to assess Sean's earlier ultrasonic history?
A I can't -- at the time of interpretation of the exam? I can't recall exactly. I'm certain that I probably went become to the 2004 exam since Dr. Girard specifically mentioned that, that the complex renal cyst was not changed until that time.
Q But we know or we will know because if you look at the accession number of the other exams, and if there's entries on May 1st or May 2nd with your name on it, that would tell us you went back and looked at those, right?
A If they're accurate, yes.
Q Well, do you have a lot of problems with this system putting in inaccurate data?
A I'm not sure in terms of studies that are more remote that distance to 2004 if they would actually report it. I know currently, yes, we do.
Q Have you gone back and examined this and tried

131

to get a sense as to whether you did go back and do that kind of -- have you looked at this audit trail?
A I have not looked at the audit trail in terms of this complete audit trail. I know that I, it is part of any radiologist's practice to review prior studies so I know that I reviewed the prior studies.
Q And were you going back and looking at those prior studies to evaluate the conclusion you were seeing in Dr. Girard's preliminary report that there, as he described it in the report, that there was not significant change to the cyst?
A That there was not a change. Yes.
Q So that's what you were going back to determine?
A Yes.
Q And again, not to revisit everything we went over, at that point, you had not seen any entries in the record or been informed on this question of whether the renal ultrasound was interpreted as showing some change and the parents were told about that?

132

A That is correct.
Q You are unaware of that?
A I am unaware of that, yes.
Q And is Dr. Girard with you in the morning when you come back in?
A I can't recall off the top of my head. I may have had a phone conversation with Dr. Girard. It is practice, though, that our residents do stop by, and I probably think more than likely he did stop by, was in the ultrasound reading room as I was reviewing the case, but I cannot recall back.
Q Okay. So if he was in the ultrasound reading room on the morning of May 2nd when you're reviewing the case, wouldn't his name be there with Justin Lewis and John Towle?
A I may have had the study open more than likely so that he does not need to sign onto the computer to review it. He's reviewing it under my signage.
Q At any rate, looking at that page 64 and 65, he's not indicated as being on the audit trial, right?

A Yes, and more than likely as with practice, our residents don't, more, I am already looking at the images so I would just have him look at the images with me rather than him signing on to document that he is actually in the system.
Q But, again, you don't know if he was there or not?
A As I said, per practice our residents do stop by. It's been two plus, two years ago. I can't recall a hundred percent, but more than likely he was there.
Q But at some point these folks have to go home, too. I mean, he had been there into the wee hours of the morning. Does he have a shift that would take him around to 8 o'clock in the morning?
A Yes. As part of the residency program at that time, the residents were required to go through all the studies that were done and not interpreted at nighttime with the attending radiologist who is on that section. So we typically tried to get them out by 9 o'clock. So, yes, they would stop by.



Q Okay. Okay. So practice would be that not just I was in the neighborhood and I stopped in. Practice would be that a resident who had been on the shift the preceding night and had done images is supposed to be available when you come on duty for this first hour or so, we'll get you out after that, so that from a continuity point of view he or she would be available to work with you in, as you do your supervisory review of the films?
A Particularly for a study that is actually being performed by the resident. So like for ultrasound, for a fluoroscopic study, rather than, not for all CAT scans because those are, they've already been interpreted and they're not dependent on the person performing the exam. But for fluoroscopy and for ultrasound, yes, that is our standard.
Q Okay.
A Now it could be such that he called me and I reviewed the images on the phone with him because he was staffing a complex MRI with one of the neuroradiologists, and I looked at the



images while he was on the phone. I can't -- I'm almost positive we made some contact, whether it was direct physical contact with me or via telephone conversation that morning.
Q Well, I'm trying to find out if you're almost positive because that's our policy and the policy's important to follow or you've seen something in the record that identifies that he was there or you actually have a memory of something happening. I know it would be your standard practice, and I'm sure maybe 99 times out of a hundred that happens, but there is nothing in the record that I've seen that identifies, to me at least, that he is in fact present at 8:04 and thereafter that morning interacting with you.
A Well, there's nothing --
Q You don't see that either, do you?
A I don't see that for that, but as I said, if I already have the images pulled up on my monitor, there's no reason for him to sign on to a different monitor and review the same images. Typically, the staff already has it open.



Q No, I understand.
A I'm reviewing that.
Q One way it could happen is that he was in the room and he didn't have to sign on even though apparently Towle and Lewis did sign on.
A But there are only three monitors in that room so there would be no monitor for him to sign on.
Q So it's possible he could have been there, but what I'm really saying is there's nothing in this record that helps us determine that, is there?
A That is correct.
Q And there's nothing --
MR. SHAHI: I'm sorry. Couple of times she wasn't really allowed to finish.
Q I apologize.
MR. SHAHI: It gets heated.
MR. FELMLY: I apologize.
MR. SHAHI: Thank you.
Q So let's take it slowly. You've not seen either in this record or in any other record documentary evidence that Girard was with you as you did your interpretation and finalized the

report on the morning of May 2nd, true?
A That is true.
Q And from the point of view of your personal memory testifying under oath, not standard practice, personal memory, I know this happened, you don't have a personal memory of him being with you looking at the monitor together, do you?
A I can't really, I can't really speculate. It's been so long. I think maybe we did? I can't, I can't, I'm not a hundred percent sure. If he did not, was not present with me physically looking at it, I am positive we had a phone conversation because I would have to have had some indication of what he said. Personally, for ultrasound, you need the resident's input in terms what they said, not just a preliminary report.
Q What's the last thing you said? Last thing you said. You just were talking fast. Not just the resident's report. You need what?
A I need to have their input in terms of what they actually saw during their exam.



Q So you had to have for this supervision to be within acceptable procedures actual communication with Girard on the morning of 5/2. It was not acceptable to simply have his preliminary report?
A I did not say that.
Q Why don't you tell me what's wrong about what I said.
A You can still go based on a patient's, by the resident's preliminary report. If you see any changes that you think that may need to be made, then you definitely would want to speak to the resident. We interpret a lot of the preliminary reports without having the resident present for a certain exam. If you agree or not. But as I said, for ultrasound, I'm almost positive I had some direct communication with Dr. Girard that morning.
Q And you edited the report and made changes?
A I did.
Q So that would be the clear case where you've got to talk to the guy.
A I made, I edited changes for, there was the



typographical error where he said right in the impression of the complex cyst when it should have been left, and upon my review of the images, I added some additional things regarding the left kidney.
Q So am I right you would have had to have had under your supervision standards and procedures direct communication with him whether by phone or in person?
A I would expect, yes.
Q And the reason for that is because you'd be concerned that without that direct confirmation and discussion, the possibility of miscommunication or error could occur.
A No, I would have to have that conversation because ultrasound, because he performed the ultrasound. With ultrasound, even if, whoever performs the ultrasound exam is very important to get their input before you render an interpretation. Unless I did it myself.
Q Now, as you sit here, we know from the audit trail you went back and looked at some of the earlier exams. Do you remember any impressions



you formed in looking at those earlier exams? I mean, concrete memory of the images?
A At the time of the interpretation?
Q Yes.
A That's hard for me to recall.
Q I would think it would be. But it would surprise me if you said well, I remember there was this particular shape that intrigued me. I'm assuming. I'm confirming that I know you went back and looked. I'm also saying should I assume you found information that you thought was helpful or confirming or reassuring at the time, but you don't remember exactly what you saw?
A That would be correct.
Q Is there anybody, and I asked you this a little bit before. You don't remember Doctors Towle or Lewis providing any specific insight or view while they were sitting there with you looking at this study?
A I cannot recall. I mean, this is typically was just done in a teaching, since we're a teaching hospital, it was a teaching moment to look at

the on call studies that were done the night prior. I don't remember them. I cannot recall from my conversation with both Doctors Lewis or Towle.

MR. FELMLY: Kaveh, I don't know what your pleasure is with the Doctor's schedule in terms of taking a short lunch break or when you want to do that. I'm moving fast, but I've got a long way to go yet and I don't object to taking a half hour or 40 minutes if you want to do it now or we can plug on. I don't know what her schedule is like.

MR. SHAHI: Let's go off the record.

(Discussion off the stenographic record)

VIDEOGRAPHER: The time is 12:44, and we are off the record.

(Exhibit 10 marked for identification)

VIDEOGRAPHER: The time is 1:27. We are back on the record.

BY MR. FELMLY:

Q Dr. Yen, let me show you a document you have in front of you. Renal Imaging Guidelines. And we talked a little bit about this previously but



this is Bates number 258. Are these guidelines you're familiar with?

A Yes.

Q And, again, these provide certain instructions or protocols for how certain renal studies or imaging studies are taken?

Specific to the kidneys, these provide the guidelines that we have the residents and also sonographers, these are guidelines from the American Institute of Ultrasound in Medicine that we follow which specify the standard images that should be taken.

Q And the second of the sentences on this page, it indicates that longitudinal images should document the lateral and medial margins of the kidneys?

A As best they can. I mean, they actually can be done via the cine clips which is actually the successive, multiple images taken together at one time. That's probably the best way that a lot of the residents and also sonographers document rather than simply taking static images.



Q And the way that's done is that the clinician or the radiologist is looking at the structure on the screen and identifying what he or she believes is the kidney and what the margins are and makes note of that?

A That's correct.

Q And then if we get to the next paragraph down is where we cover something we spoke about earlier which is that there should be at least a minimum of two measurements of renal length performed on each of the kidneys.

A That's what we recommend, yes.

Q And you're drawing that from some other professional standard that's used?

A American Institute of Ultrasound in Medicine. Yes.

Q Let me ask you about the book that you or the book chapter, at least, that you seem to be the author of. It's referenced in your CV, but there is a book called the Oxford American Handbook of Radiology edited by Lewis and McNulty, and my understanding is that you wrote the chapter which is Chapter 5 on Ultrasound.



Is that correct?

A I did, with input from one of my OBGYN colleagues as well.

Q Okay. And in terms of timing of that, looking at a copyright date of 2013, is that about right or has it been updated since?

A It has not been updated.

Q And do you think it generally with respect to your chapter remains current?

A Yes. I mean, this specifically was written specifically geared towards the medical students and the first-year residents. It's not like an authoritative compendium of any sort for like a radiologist in practice, but it's specifically, it was geared, the language is specifically geared towards the medical students.

Q Or, alternatively, even a lawyer can probably understand it, right?

A I guess so.

Q And indeed, some of the things that I noted before with you I took out of your book. Page, well, actually -- let's mark it.

(Exhibit 11 marked for identification)

Q I've just photocopied out of this book the chapters. I must say I enlarged it some because the one I have is the tiny little handbook --
A Handbook, yes.
Q -- that you carry with you in your backpack.
On page 245 of the pages that I've got in front of you and down at the bottom right there is a description of "Measurements in ultrasound" and indicates that ultrasounds can be used to make anatomic measurements such as organ size and measurements of fetus as well as measurements of masses, stones or other structural pathology.
A I'm sorry. I can't see the page numbers on this copy.
Q Oh, I'm sorry. Let's just see here. See if we can figure out which page is which. Can I just take it back from you?
A Yes.
Q Try to figure out how many pages in we are. Here we go. The bottom right here.
And you talked before about the process or the procedure by which that's done so that



radiologists can freeze the screen and actually annotate the markers into the edges or the size margins of the organ, and then there's a software device that calipers or can actually determine that measurement and project that or program it right onto the image?
A Correct.
Q And that would be, having in mind it's noted in the Guidelines that you should take two of these measurement, I'm assuming that with respect to at least a renal retroperitoneal ultrasound getting those measurements of the kidney size is thought to be an important part of the exam?
A It's important. Also can be one of the more difficult things to get as well, just based on the patient's body habitus or patient size, and how much gas is present, bowel gas in particular, since ultrasound waves do not penetrate very well things that have air. So air-containing structures or structures that have a lot of calcium deposit like bone, et cetera.
Q And part of the skill of the ultrasonic



operator, the radiologist, is to try to find an image or a presentation of the kidney, each of the kidneys, that gives that best view to try to get that best measurement?
A As best that we try to position the patient as such that we can get those images, yes, but sometimes it's not possible to get all the images.
Q Now, if we turn ahead, again, we have to do this without the pagination numbers because it's not showing up there. I want to ask you about the kind of sizes that you're looking for. What this is actually on is page 251, and I'm looking at the bottom right-hand side of the page in front of you where it talks about the kidney, and it says normal kidney size in an adult is in a range of 10 to 13 centimeters, parens, usually within plus or minus one centimeter of each other. And does that continue to be your view?
A That's approximately, yes. I mean, that also the renal, that's a general statement. The renal size is also dependent on how big the patient is so a smaller adult patient may not



have a kidney that's ten centimeters, may actually be smaller. But, generally speaking, that's about the approximate size of an adult's kidney. Ten to 13 centimeters.
Q In a normal size adult, what number of centimeters in size in the upper end would you become concerned that it was a serious abnormality?
A Then you'd have to compare it to the other so if both kidneys were 14 or 15 centimeters, in a big patient that would not be necessarily abnormal. If they had previous studies to show, then you would want to see if there's been a change as well.
Q So the things that would be reassuring about size variations would be is the other kidney of a comparable size that would suggest some, not some pathology unique to one of the organs?
A Right. I mean, if that other kidney that appeared smaller had some other insult to it earlier, that would also make it smaller, but it would normally stay much smaller. I mean, the other thing that I do mention in the chapter in

that paragraph that you actually had alluded to earlier was that measurements by ultrasound are definitely not as accurate as CT for determining measurements because of all the limitations of ultrasound.
Q That's why you use those wavy lines which means plus or minus or in a range?
A Right.
Q But it gives you a --
A General sense.
Q Okay. And different views, and that's why you might take two measurements, can be somewhat different. There could be variation.
A That's right.
Q Depending on the angle of the sonic energy that's getting measured?
A Yes. The actual angle destination of the ultrasound beam.
Q And you would also be reassured if you had an abnormal size kidney or outside this range if you went back and saw that in prior studies it was similarly sized in those earlier studies?
A Yes.



Q Let me show you, this is a document which I believe contains both the preliminary report and your final report. This is actually, was provided to us in correspondence from Attorney Shahi on January 19th in the morning. Do you have another one to mark? And take a look at that. We had had some of this. We didn't have the preliminary report, but I want to ask you about these and have Cindy mark that.
(Exhibit 12 marked for identification)
Q So again, just looking in the context of this one page, obviously there's lots of medical records in this case, am I right that at the top of the first page of this two-page exhibit, three-page exhibit, there is the final result which is dated at 5/2 at 10:29 which is the time that you had earlier indicated that you had authenticated it?
A I do not see, I mean, this says preliminary reports here so I don't -- where is that? Okay. There. Then, yes, that is correct. Normally that's also included on the bottom as well.
Q No, and I will tell you, Dr. Yen, and I can't



explain why, there are multiple presentations of this in form, and I'm not saying the words change, but there's some that have different headings on them, some say Dartmouth-Hitchcock Medical Center. I mean, you've got all kinds of stuff on this. I'm really going to be more focused on what the actual --
A Sure.
Q -- interpretation is, but I just want to be sure, 10:29, 5/2/2014, this is the report.
A Yes. This is correct.
Q And this would have been the assessment that the night before you would have seen a preliminary report very quickly just to sort of orient yourself during the day and then you would have come in around 8 o'clock. You would have reviewed the images and you would have then gone to work in terms of, you said, making some edited changes to this and it finds its way to a revision of Dr. Girard's report, and then it becomes your final report.
A That is correct.
Q So just before we go into it in any detail, at



the bottom of the page, there is something called preliminary result. And then below that, there is on the last page, 5/1/2004 at 10:57 p.m. That is the preliminary result. This is the night before, which I understand to be Dr. Girard's initial report that you edited and worked on.
A That is correct, the last statement regarding the last page being Dr. Girard's preliminary report. I can't explain what is on page 2 because page 2 is exactly the same report as my, the finalized report. I'm not sure why it has it under the heading preliminary.
Q Okay. We can sort of skip over that one. It looks like it is duplicative. I haven't word-checked it for every comma or consonant, but, at any rate, the way this would have worked is that you would have received the Girard preliminary report which is the last of the documents here, and then you would have ended up working with that to create the first of the documents here?
A That is correct.

Q Now, this goes back a bit to what you were saying earlier about the report. The conclusion of the report, and it, obviously, speaks for itself, but the final report indicates that, and if I go into the sentence that's in the middle of the large paragraph, "The previously identified echogenic focus within the superior pole of the left kidney measures 11 millimeters and appears grossly unchanged as visualized today as compared to multiple prior renal ultrasounds back to September 16th, 2004."
And that was something that you concluded and kept in the report, is that correct?
A That is correct.
Q It appears that you drew that or it was essentially from the preliminary report by Girard, is that true?
A Yes, because I agreed with the preliminary report.
Q The only thing, I mean, I have not, one thing I do notice is that in Brian Girard's preliminary, it says unchanged compared to multiple prior renal ultrasounds. Looks like you added "back



to September 16th, 2004," and gave that additional detail?
A That's because I actually went back further and looked at all those ultrasounds dating back to -- this may have been the first ultrasound the child had.
Q And with respect to the measurements taken on the kidney, the right kidney measured 11.7 centimeters in length and goes on to say it demonstrates normal, very long word, differentiation in cortical thickness, no renal mass calculus, et cetera. The left kidney is less well visualized, particularly the upper pole region. It then says the left kidney measures approximately 11.9 centimeters in length.
Now, are those the two measurements that would have been drawn off the caliper effect in the software on the exam?
A Well, we have the capability of after the image is taken to remeasure if you don't think an image is, the measurements that were obtained at the time of the ultrasound were accurate or you



think you could do a better job based on what you could see on the static images. So I believe in reviewing the images that the left kidney measurement was remeasured, and it was thought to be approximately 11.9 centimeters because those were actually measures that were left on the static images after they had been submitted to our PACS.
Q I don't understand what you just said.
A Okay.
Q You're saying the 11.7 and the -- both?
A No. I'm saying that if you review the images the 11.9 centimeter measurement was taken after the images were already sent to our PACS. So they were done at the time, I believe Brian was reviewing the images before he had issued his preliminary report. You can remeasure, maybe he thought that he overestimated the size of the kidney at the time during his realtime examination and was remeasuring, and based on that he's actually sitting down and looking at the images he felt that he may have overestimated it and actually put the, you can



redraw, you can, we can remeasure anything on the actual images that are taken as well, and then he thought 11.9 was probably more accurate.
Q And you're making all those statements based on what? I have to say, I don't see that description in here.
A Well, it's not a description in here, but if you look at the images, you can see that there were two images that he took during the time of the examination. There's also an image on there of the left kidney where he has remeasured it and it says 11.9 on there. You can definitely tell it wasn't taken at the time of the realtime exam because these are calipers put on after the fact, but the images are saved and that's what we're, that's the reason why I know they weren't done at the time of the exam.
Q What did the actual "taken at the time of the exam measurement" show?
A I'd have to look at the images to give you an accurate answer.
Q So when you were doing this work on the morning of May 2nd, and there's no evidence of

Dr. Girard being present, how do you know about all of this remeasuring that you're saying is being done?
A Because those images are saved after someone, like after Dr. Girard has taken those, any additional images after he has reviewed it, they are saved. So that when I open the study for the final review, they are there for me.
MR. SHAHI: Note my objection to the form of the question.
Q As you sit here, you don't have any memory of talking with him about doing some remeasuring of these images, do you?
A I would not necessarily need to talk to him to know that he had measured, the remeasure. Can I finish that question?
Q Well, you can, but the question you're answering is not the answer to the question I asked.
I asked do you have a memory of the conversation with him about remeasuring.
A So if you're asking me for the specific conversation regarding measuring, remeasuring the left kidney, I do not.



Q Okay.
A Recall the conversation.
Q Okay. Did you communicate to your memory or by record or documentation in any other way where you and he exchanged information about remeasuring the kidneys?
A I agree with his measurement because his preliminary report's 11.9 and I included it in my report as well 11.9.
Q I'm asking did you communicate about it. I'm not saying do you agree with it.
A I'm not sure why I would want to communicate if I agree with his measurements. There would be no reason why I would need to communicate to say, if I disagreed with the measurement, then, yes, I would let him know I disagreed with the measurement.
Q Did you remeasure them?
A I can't say I remeasured them because this is what, I reported the same measurement as he did.
Q And as far as you know, there is no reference in Sean Tillotson's medical records whatsoever referencing this remeasuring process?



MR. SHAHI: Objection.
Q Or is there?
A If you look at the images, they will show that the kidney, left kidney, is measured at 11.9.
Q So let me actually go into some of the imagery here, and I've got some of these blown up and I've got others that are in -- if you could give Dr. Yen the one in the booklet format, and then we'll, I'll work from one and we'll give Kaveh the --
So what I've got here, and, actually, let's mark this first. This is a booklet of radiological reports and images in this case. It includes ultrasounds and at least one CT scan, and, Kaveh, here's a copy for you. I didn't put it in a notebook.
(Exhibit 13 marked for identification)
Q So if we go to the tab which is for the ultrasound of May 1st, 2014, let me just see what the stickers are first before I give you those.
The first thing that is there is the report, talks some about the report. And then



there are the actual radiological films and these would be the static images that are taken when what, the radiologist freezes the frame and shoots them; is that what happens?
A That is correct.
Q So let's just orient ourselves first to the information that's on these films. I'm going to call them films, and I realize these are paper images and stuff, but in this description there's an accession number which is the numerical number that follows this study and enables us to determine in the records what it is, and that appears up in the sort of toolbox at the top of the images, right?
A Correct.
Q And it will also tell us the date which is May 1, 2014, and then the images are serially numbered starting with image 1/36 and going on from there. How am I doing so far?
A Good.
Q Okay. Looking at the depiction that's presented here of this acoustical study, it is sort of an upside, well, sort of a triangle with the top

cut off I would describe it a bit, and I'm interested in the orientation of the body. Is the skin at the top of the image? At the surface of the skin?
A So this is, the transducer is right on the top and the reason why it looks like a pie wedge is based on the transducer that we've selected for the exam. By my chapter, you know that both ultrasound, there's some tradeoff between resolution and penetration. So for a kidney where you have to penetrate fairly deeply into the abdomen, we typically use a curve or sector transducer because we penetrate deeply. For more superficial studies you will, then the actual image will not be a pie shape, but it will be more like a rectangular shape because we use a linear transducer which allows there to be more spacial resolution at the risk of decreasing our penetration. So that is why there's a pie shape.
The patient's head is to the, for the sake of discussion, is to your left, your anatomical left. The feet are at the bottom of your study



here for a longitudinal image. And then the top of the page is the anterior part of the patient and the more, the back, the more inferior part of the image is the back part of the patient.
Q Top of the page would be the chest and the belly?
A Not necessarily, no. Because you're looking, this is one slice through the abdomen so this place at this place for that right kidney, the anterior part so this would be like the anterior part of the abdomen here, this would be the posterior part of the abdomen, the patient's head is there so I know this is the upper pole of that kidney, and the patient's feet are down here so I know this is the lower pole. You can't, we only have one section of the body here. It's not like a CAT scan.
Q Let me show you a blowup here, and I'm going to ask our videographer to zoom in if you can on what we're looking at here. So and let me know, Paul, when you can see this. This is actually image 15 of 36, but I've had it blown up bigger so that we could do this. Are you okay?



VIDEOGRAPHER: Um-hum.
Q So describing what you were talking about before, the patient's head is on this side over here?
A Correct.
Q And the feet are down here?
A Feet are down here.
Q And what's happening up here at the top of the --
A This is the anterior part of the patient. This is the posterior part of the patient. As I said, the reason why it's pie-shaped is because its transducer is a sector transducer that we use for abdominal imaging.
Q And anterior means?
A So at that particular slice of the body that we're looking at, this would be the more anterior part, the front part of the body.
Q Not the back.
A Not the back.
Q Okay. And is this an acoustical window we're looking at here?
A That is the window that we're seeing that can be



penetrated based on the transducer that we have. So that is the particular window that we are imaging at that point in time.
Q Everything we're looking at in that window is not actually kidney; is that true?
A This is part of the spleen right here. This is the kidney right here. The white part is probably some of the abdominal fat.
Q So with respect to the kidney, the radiologist is going to be looking for the margin, what appears to be a margin of that organ; is that right?
A That is correct.
Q And these little sort of marker things, are these the annotations that you described to me earlier that the radiologist puts in in order to mark the margins for measurement purposes?
A Those are the calipers that are put on by the, the radiologist can put on at the time of the exam to measure.
Q So when Dr. Girard was doing this, he put the calipers on or made the, he said I want to put one at this point on the image, he freezes it,

and I want to put one here because he's saying I think those are the margins of the kidney?
A Right.
Q So far so good?
A Well, you actually only have to freeze the image once, and you can put on the calipers one time after you freeze them.
Q Better still. But anyway, that's how this process occurs, and then once that is done, the technology and the software then determines what the distance is between those two poles of the kidney?
A Correct.
Q And in this case, what number did they come up with?
A In this case based on where the calipers have been placed, this distance here is 15.8 centimeters.
Q Which is way outside the acceptable or common range for an adult human being?
A It depends, as I said, on the patient's body size.
Q Okay.



A And also the accuracy of where you think that the calipers have been placed.
Q Leaving aside whether there are explanations for why 15.8 may not be the number, if somebody really has as a 17-year-old male weighing about 180 or 182 pounds which we know from the emergency room record the night before, if he really had a 15.8 centimeter kidney, that would be way outside the range.
A I don't know if it would be way out. We'd have to compare obviously to the other side and also to see if there had been a change from the previous exams.
Q Okay. So if you did that, so let's compare it to the other side. Do we have an image there that is 9 of 36? Let's take a look at that. This is the right kidney, is it?
A I have it right here.
Q So here's the May 1, 2014, image. Same accession number. Acoustical window. This is the image of the right kidney, is that true?
A That is correct.
Q With the caliper markings here and here which



then the software determined resulted in a distance for that kidney or measurement from one side to the other, one pole to the other, of 11.7 centimeters, right?
A Correct, but you can see on this image here that you can actually really see the upper and the inferior pole of the kidney pretty discretely to make sure that those are actually correct or more accurate.
Q So where we got, the reason we pulled this out is because I was asking you, wouldn't 15.8 be an exceptionally large kidney in a young man like this, and you said well, you'd want to know what the other kidney size was, and so then we pulled this out, and the other kidney seems to be within what doctors sometimes call normal limits.
A Correct, but as I said also said you have to make sure that your calipers are placed accurately over both the inferior and superior pole of the kidney to make sure that that measurement is correct. Looking at this image, and, granted, I mean, this looking at an image



on a paper printout is not ideal, I prefer to look at it on the monitor on the computer, but, you know, you could argue, and this is only one of the images that Dr. Girard took. He also took another image as well, and I can see quickly flipping through these that the remeasurement of 11.9 are not included on the images here which are included when I look at them on the PACS machine.
Q Well, let me just be clear. What I'm working off of is what Dartmouth-Hitchcock Medical Center has provided to us as disks. All right? I printed off the disks. I mean, I didn't go in, I don't have access into your PACS machine. I was given what we were told were the images that are Sean Tillotson's images.
A Okay.
Q If you're saying to me that you can go into some other body of data or the PACS machine or metadata, I don't know. I'm just telling you this is taken off of it. You've got, you've got, according to what we've been provided, we've got 36 serial images of his ultrasonic

study. We don't have apparently something that you're saying you've been able to track down that shows that Girard did a new shot and got 11.9. Is that what you're saying?

MR. SHAHI: I'm just going to object to the form, but I think what you're asking is whether she sees the image that she has in mind that shows the 11.9.

A I did not see them here.

Q And you've gone through and looked at them here.

A I'm looking. I'm looking at them as we speak. I do not see them here. It here. The other thing is I wanted to point out that the other measurement that apparently was measured by the calipers is 13.5 centimeters which would be at the upper limits of normal.

Q Right. So there are two images taken which is per the standard, if you will, for the left kidney. The imaging guidelines require two to be taken. There are several taken of the right obviously. Then there are two taken of the left kidney. One of them is calculated based on where Girard put the calipers at 15.8



centimeters, and the other one which is image 14 of 36, the caliper placement resulted in the 13.5. And you've seen that.

A Yes.

Q And that's not as abnormal as the 15.8 but is still abnormal and particularly abnormal in relation to the size of the right kidney.

A Well, if you actually look at comparison studies from the 2012 study, the right kidney actually grew from, I believe, 2.2 to 11.9 or something like that. 11.7, I guess. So that kidney actually grew more than what we reported as from the current left kidney.

Q But you've obviously -- and look. I mean, you have to have, this discrepancy in size was something you knew we were going to be talking about today, right?

A I would surmise based on the Complaint.

Q So and let me just ask you one other thing about that. Do you know the information contained within Sean's autopsy report that was done on July 1, essentially two months after this study was done? Do you know what the kidney findings



were on his autopsy?

MR. SHAHI: I'm going to again restrict you to --

MR. FELMLY: I'll show her the autopsy report.

MR. SHAHI: -- any information that's come to you outside of what counsel has provided to you.

Q I'm just asking essentially, have you seen the autopsy report? I think it's probably quoted in the Complaint, but in any case, are you aware of the size of his kidney?

MR. SHAHI: Again, bunch of questions. So if you want to ask her if she's seen the autopsy report, I have no problem with that.

Q Have you seen the autopsy report?

A I have not seen the autopsy report.

Q Do you understand any information or do you have any information about the size of his kidney two months later when he died?

MR. SHAHI: Again, to the extent you can answer that question without discussions with counsel.



Q Let's do it so that we don't have any objections. Just give me the autopsy report if you would, please. Let's mark that.

(Exhibit 14 marked for identification)

Q So what we've just marked as Exhibit 14 is the autopsy report done by the Denver, Colorado, Medical Examiner, and that report reflects the findings of an autopsy that took place on July 1, 2014, two months after Sean's ultrasound that we've been discussing. And if you look at the description that occurs at the bottom of the Bates number 409, the genitourinary system, it indicates that the right kidney weighs 240 grams. The right kidney gives the description of it, pale, tan, et cetera. Goes on on the next page to say the left kidney weighs 1010 grams, and that kidney was sectioned to show a multinodular soft mass that measured out at 21 by 11 centimeters. That's what was present in that mass and extending into adjacent vessels.

Is that information helpful to give you an impression at least with the benefit of the hindsight of the autopsy that his right kidney

was much smaller than his left kidney?
A This autopsy report was done in June; is that correct?
Q Two months.
A Two months later so I'm not an expert in terms of growth, et cetera, in terms of tumor growth, oncology, pathology. So at this time it looks like there was a sizable discrepancy in size between the kidneys. I cannot speculate if there was such a sizable discrepancy of the kidneys back in the time of the ultrasound.
Q And you're not able to tell me, are you saying, that as to whether or not it's probable that a substantial soft mass, even if it was somewhat smaller than 21 by 11 two months earlier, if there was a substantial small mass more likely than not present in his kidney?
A Based on the images provided me for interpretation, I cannot, I do not visualize a mass. I do say that I cannot see the upper pole of the left kidney that well particularly. The measurement length provided by the left kidney are estimates. I'm not sure why the remeasured



11.9 is not showing on the images that you have here, but that was reported by Dr. Girard in the preliminary report, and also I was able to view those as well at the time of my final interpretation. Based on the images provided, we did not see a significant discrepancy in size of the kidneys.
Q And you have no memory of ever discussing with him this remeasurement. You told me that.
A I will answer that question in the sense that I don't recall, but there's no sense of me actually discussing it if I actually see the remeasurement on the images that I am interpreting for a final record.
Q So the standards require you to take two readings and reflect those measurements on the longitudinal side of the left kidney, and there is no discussion in the preliminary report or in your final report explaining why for purposes of sizing that kidney the actual two recorded measurements that were presented there through your software system were disregarded.
A Well, there's no reason being in the sense that



there was a third image, third measurement provided at the time that I was reviewing the system which I believe Dr. Girard retook because it was there when I reported. It was there when he interpreted the study himself in the preliminary read, and that was what we felt to be most accurate. We are going to report the most accurate renal length. We don't typically always state the reasons why we disregard one measurement from another.
Q So where is this? Maybe we can get it now if you've got access to the PACS system. Where is this additional picture that's never been provided in federally ordered discovery to Counsel?
MR. SHAHI: So you know I'm going to object to that question.
MR. FELMLY: I don't know why. I can't believe this is your decision. I'm assuming that it just didn't get to us.
MR. SHAHI: Well, I don't know if it got, you know, if you have it and you didn't print it or what. I have to examine what you have. So



let's put that aside right now.
MR. FELMLY: Well, do you have it?
MR. SHAHI: I don't have it on me.
MR. FELMLY: Have you seen it?
MR. SHAHI: I'm not going to engage with you on what I've seen or haven't seen. Let's go off the record. Do you want to go off the record for a second?
MR. FELMLY: Sure.
VIDEOGRAPHER: The time is 2:08. We're off the record.
(Discussion off the record)
VIDEOGRAPHER: The time is 2:10. We are back on the record.
Q There's no discussion in Sean Tillotson's medical records or in any of the reports commenting on a concern that there was difficulty getting an accurate reading on the size of the left kidney, is there?
MR. SHAHI: Objection. Go ahead.
Q I mean, this isn't complicated. I'm sort of saying there's no place where Dr. Girard said although I initially got readings of 3.5 and 5.8

I was concerned whether that was accurate so I went back and took another reading. That discussion is not in my deceased client's medical record, is it?
A No, but we typically don't always include that. We are going to report the most accurate renal length measurement that we see. We don't necessarily always have to explain that the length obtained is like 15 point whatever, 8, 13.5 and we decide to choose 11.9. We would just report the 11.9 because we believe that's the most accurate measurement.
Q So what are you saying is actually in the system as opposed to having been provided us? What does the picture look like that you're saying has 11.9?
MR. SHAHI: Again, I'm going to object. Let's stay away from what you claim to be provided or not provided because I don't know whether you're stating that accurately or not.
MR. FELMLY: I'll note your objection. I'm not going to have you reword all my questions.
MR. SHAHI: No, I'm just asking you, I



think it would be easier if you just keep out of making, including that opinion in your questions.
MR. FELMLY: That's fine.
BY MR. FELMLY:
Q You're saying, Doctor, that you've seen a image in the system that has a different measurement on it?
A For the left kidney? Yes.
Q And is it a 37th image?
A No. It was remeasured off of one of the static images as I said that we often, we can do if we feel like the measurements obtained at the time of the realtime imaging were not felt to be as accurate when we're actually viewing the static images.
Q So as I go back now and look at all these disks again to see if by any chance that's there, and as we make requests for whatever you're looking for, do you know which of the images was remeasured? Was it 15 of 36 or was it the 15.8 one or the 13.5 one? Which one did you say he remeasured?



A I don't believe I remeasured. I believe Dr. Girard likely remeasured. I'd have to look at the images to be sure. I think it may be the 13.5. I think that is the image that we probably, that was remeasured.
Q Well, you keep saying we, but as I understand it you didn't have any part of that remeasuring, did you?
A I did not.
Q Okay. So whatever he did, he would have done the night before.
A Yes.
Q And you're saying that there is a picture in my terms that looks in form somewhat like this one, and it's one of these images. You think it may be the 13.5. And are the calipers in a new place?
A Yes.
Q And what are you telling me about the placement of the calipers that he decided they might not be in the right spot?
A For the one that was taken during the realtime, the one that he used of the machine. I think



that he actually moved it down a little bit more where we could actually see the inferior pole a little bit better and because the upper pole is not well visualized, that's probably what he thought in terms of where he placed the caliper at the time. He put it where he could actually see it which is down here and that measurement is 11.9 centimeters which is reported in his preliminary report.
Q So when you looked at it the first time, and whether it was on the laptop at home the night before or on the morning of the 2nd of May, you would have seen 13.5, 15.8 and you're saying you also saw one for 11.9?
A Definitely the morning of. I'm not sure if I saw it on the evening.
Q So you're looking there and the 15.8, if that were an accurate measurement of the kidney, is a matter of significant concern, right?
A I'm sorry. Can you repeat your question?
Q If it was 15.8 that would be a matter of significant concern?
A I mean, if I thought that measurement were

accurate in terms of, then yes, it would be a significant concern. If I mean, as I think what the case, the measurements actually illustrate is that ultrasound is not all that accurate in providing reproducible measurements, particularly you can't see a portion of the kidney that well.
Q Now, did you go back and take a look at when you were trying to think in terms of both of these measurements and these depositions, did you go back and check and see whether that type of discrepancy or difficulty in proper measurement had shown up on earlier occasions and you had prior experiences where this was off in a similar way?
A I did not interpret it. I don't believe I interpreted any of the prior ultrasounds before the May 1st ultrasound. I can tell you from experience having read the last since 2009 like close to 6500 ultrasounds regarding kidneys that we often do, sometimes do go back and remeasure the kidneys after the sonographer has provided us with measurements because we feel that the



measurements that are obtained at the time of the realtime examination are not as accurate. So it's not an uncommon practice. Not just for kidneys.
Q When you do that, you don't chart it or describe it or talk with the clinicians about it? It doesn't become some part of the record that explains how you came up with the new number?
A No.
MR. FELMLY: So I'm going to request, and we'll follow it up with a letter, whatever images appear relating to Sean Tillotson, but specifically this image that is described by the doctor as now being in the PACS system which I'm telling you we didn't get.
MR. SHAHI: Any discovery requests you have I'm happy to look at your request and respond, and we'll look into this.
Q So if that 11.9 measurement which we haven't seen were not there, what would your report have described with respect to the 13.5 or 15.8?
MR. SHAHI: Object to the form.
Q In other words, if you didn't have that



rationalization or that explanation, if you weren't reassured by what you've told me, if you had a longitudinal size for the left kidney as is stated on the films we're seen here in the 15 of 36 or the 14 of 36, what would you have stated in rewriting the Girard report?
MR. SHAHI: Objection to the form. You can respond.
A I mean, this is all speculation. You mean, you're saying if I did not have. I personally would not have provided those numbers in the report. I personally would have remeasured it myself if Dr. Girard had not, if I felt that those measurements were inaccurate.
Q And when you say remeasuring, I'm not sure what you mean.
A What I mean is like I would put the calipers on the next day based on what I'm actually viewing on the PACS system and putting where I would think that the calipers are more accurately looking at the top part of the kidney, the superior pole and the inferior pole of the kidney.



Q Just take a look at the image on 9 of 36, and compare it to either 14 of 36 or 15 of 36. And just now we're not putting calipers on, we're just looking at size comparison of those organs.
Doesn't it appear that the left kidney is significantly larger just eyeballing it?
A I'm sorry. I don't know what 9 refers to. You mean the 9th image of the series? This one right here?
Q Yes.
A So the 9th one here is looking at the superior pole of the right kidney.
Q Right. So I'm asking you if you make an eyeball comparison of the size of the right kidney on this film and compare it to the several images we have of the size of the left kidney.
A Well, this is a transverse image of the kidney. So it's not going to be as big as the longitudinal image. You're taking it sliced this way so it's the shortest dimension looking, this is a transverse image. It's not the longest, it's not the length of the kidney so I'm comparing apples to oranges.

Q What does right kidney long mean?
A I may not be on the same image that you're looking at.
Q 9 of 36 is a longitudinal cut. It's right kidney long. Bottom right corner. That way.
A Okay.
Q Compare that to the one that we were looking at before which is 15. I mean, we can do it, if Paul will zoom in on it. In other words, if you take image 9 of 36 -- and you don't lose your microphone. If you compare -- can I trouble you --
A Yes, sure.
Q -- to hold those while I readjust here? I'm on a short leash here. Okay.
What I'm really asking you if as if you compare the size in general terms of this longitudinal image to right kidney long versus left kidney long, and you're not trying to get precise, but you're trying to say, you know, this 15.8 number can't really be right. If you're making that comparison, isn't the left kidney long, just eyeball, substantially larger



and cause worry that that kidney is much bigger than the other one?
A I don't think you can do it by eyeball because these are the calipers here. Each is one centimeter so I can't tell for sure. You have the 5 -- so you have additional a little bit more on, that image is a little bit more magnified than this one. So you really can't, you'd have to actually do it on measurement alone. I can't just eyeballing it say this image looks bigger than the one on the right based on images provided.
Q What are you telling me by magnification? I mean, it looks to me like the scale looks virtually the same on both of them.
A Five, ten. So you've got ten centimeters for a depth of 15. I have 5, 10 and I have a little bit more down here, about 3 centimeters off. So we're not exactly at the same, you know, dimension comparing apples to apples.
Q Do you ever when you're doing radiological assessment by ultrasound actually just look visually at the structure and make an assessment



as to its size?
A I can't do that. I have to have some type of estimate by measurement.
Q So the explanation for the large size on two of those images, 13.5 and 15.8, in your opinion is what? What caused those numbers to be so large?
A I think it's based on where Brian actually placed the calipers. I mean, I think at the time he probably thought that was the upper and inferior pole of the right kidney. Or left kidney, excuse me. And then in reviewing the images, he felt he may have overestimated. The problem with ultrasound as I will say again is that measurements is difficult to obtain because there's so many variabilities and limitations of ultrasound. Depending on how you have the transducer, you can make something look longer than it actually is. Depending if you're way lateral or medial or how you -- that's why we tell them to take at least two images or two measurements, and you can tell between the two that there is already discrepancy between two measurements on that left kidney. In addition



to the fact you can't really see the upper pole of the left kidney that well, and, therefore, these measurements in itself are an estimate.
Q Well, if you look at the 15.8 measurement shot, where do you think on this left side is the end of the kidney?
A This is some bowel gas right here. I don't know. I probably would have started it here. And maybe that is the upper pole of that left kidney? The bottom line is if you look at the compilation of images as well, it gives you a better idea of the kidney as well than looking at one single image.
Q Do you think what he's actually experiencing there with this thing, the caliper marker here, is that he's partly measuring the portion of the tumor that can be seen down in the lower left-hand corner of the kidney? Is that an explanation?
A There's no --
COURT REPORTER: I'm sorry. There's no?
A There's no visualized tumor that I can appreciate on this image.

Q So in terms of this area that this caliper is out on this margin of, what is the nature of the mass or the nature of the tissue that is improperly marked by him? What was he marking?
A Well, I'm not sure if it's improperly marked. I'm not sure if he felt like that was the most accurate measurement of the kidney. If you look at this area of the kidney here, it looks very similar, you see the white part or the fat. And you can see the echogenicity, the sort of black part, is very similar to the rest of that kidney. There is, there is no, I do not visualize a mass that you referred to.
Q But you've looked hard for that and thought about it, knowing the nature of the allegations in this case, right?
MR. SHAHI: Objection.
Q Have you looked at it in the context of trying to see whether that might be there?
A I've looked at the images in preparation for this case. I stand by my interpretation. Dr. Girard said we do not see a mass based on the images that are provided.



Q But where he put the caliper, he obviously saw something he thought was a margin at the time he put it there, right? Or he wouldn't have put it there.
A Correct.
Q Okay. What is it a margin of if it is not a kidney?
A The normal part of the upper pole of the left kidney.
Q And what then, if that's correctly positioned, and if you put one there, you get 15.8, I mean, is this the edge of the kidney that's coming around in that luminescent area?
A You mean the white part?
Q Well, I mean is the white part, I'm sure it's tissue of some sort.
A It's fat.
Q Is the kidney in the area that I'm circumscribing --
A Well, you can see that that part of the kidney you can't see that well because there's shadowing for whatever reason. Could be due to bowel gasses. We cannot penetrate, the



ultrasound, we cannot penetrate air that well so that is probably, yes, the border of that kidney coming around.
Q Okay. So as it comes around, it's up where my pen is marking it, correct?
A Um-hum. Yes.
Q And this marker is not a terribly far distance from the extension of where that margin is going down?
A Well, that's probably not the inferior pole. If you come down here, you can't see it completely on this image, but this is still part of the left kidney down here. So it may have been better to measure from here to here. But, then again, I don't know how far laterally the image was taken or how medially. You would think that this if was truly 15.8 centimeters that the two numbers that were measured should be pretty comparable. I mean, there shouldn't be like a 1.5 centimeter discrepancy. 13.5. Or almost two centimeter discrepancy.
Q Let me pursue this further.
Of the two markers, the one you think that



may be improperly placed and needed to be corrected, is it this one up here and not this one?
A I think both could be. I mean, I was not there for the examination. So I can't tell during realtime in terms of what exactly was the upper or the anterior pole. Based on the images provided, I mean, I'm just saying that this is probably the upper pole, then down here would probably be the inferior pole.
Q So if this one is the upper pole and you're saying we should be looking down here for one, if this is the margin of the kidney in this location, aren't you concerned with that distance?
A Well, this is not a true length. You're not measuring the inferior part of that kidney. You're measuring the mid to inferior pole of that kidney. That's not a renal length. Renal length is going from the superior most portion of that kidney to the inferior most portion of the kidney. You're taking an oblique measurement of that kidney which is going to be

inaccurate.
Q Well, how about this one that was at 13.5. Slightly different view.
A Right.
Q Are either or both of these calipers in the wrong place?
A So if I remember correctly, this is the image where the remeasurement was done. You cannot see any borders here on this, where this caliper has been placed. This is hazy, for lack of a better word. The inferior margin of this kidney, this is sort of the mid to inferior pole, but the inferior pole is probably here, and what I can see of the upper pole I probably would have put them right here, and I believe this is the image where the remeasurement occurred.
Q You would have put it down here?
A Yes, because you can actually see that this is the echogenicity of the upper pole of that kidney right here.
Q And so what's happening in here?
A I can't visualize that area. You cannot, it's



hazy, it's obscure, there's some type of hypoechogenicity here. Could be bowel gas. I can't tell that that is the margin of that kidney right there.
Q So you can't tell me that that line which might be the margin of the kidney is going up like that and continues up in that fashion?
A No, because you can see the kidney to about here. Then there's all this haziness here that I can't appreciate or could be due to gas. I only can see the kidney right here as well and up to here. All this area here I cannot appreciate any borders of that kidney or discrete border of any other abnormality.
Q So I understand why you would get a shorter distance if you put it down here because obviously you're shortening the length that's involved, but what would be the explanation for the uncertainty as to what's happening in this space where you actually put the caliper?
A I can't visualize it to tell you. I just cannot visualize that upper portion of that kidney.
Q Well, wouldn't that --



A Like I said, it could be due to the inherent nature of the kidney at that point. It could be due to bowel gas. Bowel gas actually has typical artifact like that. It could be due to the fact in terms of how he's positioned.
Q Have you done any research or examined or looked at in the literature to try to get insights as to the discussion we're been having about the nature of the size of these kidneys and how they might be indicative of a problem or not? In other words, have you taken time in trying to answer this question yourself of going into publications or articles or things of that sort to get an insight?
A No.
Q So you haven't done any research?
A Research. Can you be more specific in terms of --
Q Yeah, where you go online and you would look into publications, maybe some of the journals that deal with ultrasound and you'd get into, you know, issues of marking and marking discrepancies or measuring discrepancies or



looking at placement of annotations? You've not done anything like that to try to find out whether there might be this kind of a problem occurring typically or atypically?
A No.
Q With regard to the issue of whether there had been any change in the appearance of the potential renal cyst that they've been following for a long time, were you able to visualize that when you looked at the films?
A I can, actually in reviewing for this case I could actually review it best on the cine clips which you cannot show on paper images.
Q What does that mean?
A The cine clips. The ones that are taken, it simulates multiple at one time so it simulates during realtime imaging at the time of when Brian was scanning.
Q And since I know nothing about that process, how would I look at them? What do I need to see that? Or what do my experts need to see that?
A I mean, there are, it should be available. I mean, they're part of his medical record,

they're part of his radiology file.
Q And what, describe for me what you say they show. They're not present in these series?
A Well, they wouldn't be because you can't really view them on static images on paper, but I could see on one of the cine clips that Brian took I believe the transverse image of that left kidney that that cyst looked fairly comparable in size to the prior studies that had been done.
Q On 15 of 36 which we've been looking at, is this area here part of that earlier cyst?
A It's hard to know on that one image. I can't, I would have to look at all the images together on a diagnostic work station. Very hard for me to comment on that on this single image printed on paper.
Q So are you saying "I don't know" or you disagree or what?
A Well, I know at the time of my interpretation when I was reviewing all the images that I had and also on a diagnostic ultrasound monitor that I did not feel that there was any change in, significant change in size of that complex cyst



in the upper pole of the left kidney.
Q So the previously identified echogenic focus within the superior pole of the left kidney measures approximately 11 millimeters and appears grossly unchanged as visualized today as compared to multiple prior renal ultrasounds dating back to September 16th, 2004.
Is that statement that you made and edited into the final report able to be described or documented based on the images that we have before us, not in the realtime cine clips that you're talking about, but on the images that we have? Can that be documented or can you show me where you think that is so?
MR. SHAHI: Note my objection.
A Excuse me?
MR. SHAHI: Go ahead. I'm just objecting to the form of the question.
A I mean, as I said, I mean, I, in addition to the cine clips that are available, I did not see, it's very hard to point out one specific image here that confirms that on the static images that you have here printed on paper.



Q So in order to substantiate that statement, you have to look at the cine clips?
A I think the cine clips complement the static images.
Q So on the part that's being complemented, what does the cine clips tell you about this area that is the echogenic luminescent area?
A Well, I'm not sure on this particular image that you're presenting here that's normal fat or if it is the complex echogenic complex cyst that's being described. I also note that we actually on our images that I have for review is that Brian did measure another area where this complex cyst is, and I don't see that on the images here. That he measured after he took the images.
Q So if you take a look at 31 of 36, is it in image 31 of 36 their attempt using the markers to measure the size of the luminescent area?
A Yes, but I'm not, well, luminescent, you mean echogenic, correct?
Q Echogenic, yes.
A Okay. I'm not sure where I am on this kidney



here. It says transverse. I don't know if I'm at the upper pole or I'm at the inferior pole of that kidney because it's not labeled as -- or the mid pole. So I'm not sure that where I am in terms of this measurement is accurate. If it's in fact measuring the complex cyst or not.
I believe on the next image, the image 32/36 where you actually get a better appreciation where the two white spots or echogenic spots there, that that, if you measured that that is comparable to close to 11 millimeters and you can actually see that better on this transverse cine clips of that left kidney.
Q Well, and let's do that then. If you look at 32 of 36, is the echogenic area sort of in the center of the window there the same area that appears here where my thumb is?
A That I can't tell.
Q And how big is the area that we're looking at here on 15 of 36?
A Well, I'm not sure if this is actually regular fat that we're seeing down here or if it's

actually -- those are pretty parallel lines. Could be artifact even because a cyst is not going to have two tram track lines looking like that. A cyst, from my understanding, would be round, and those lines are transverse. So I'm not sure those are actually, they could be artifact.
Q Well, they could also be a cyst being broken up by outside forces such as a malignant tumor?
A It would be, then you'd have, well, hypothetically, if it's quote/unquote being broken up, you would have to postulate that something is inside the cyst breaking it up that way because the calcifications based on the CT scan that he had early on were on the wall of the cyst, and that's what it's been looking like from the previous ultrasounds as well. You'd have to have something within the cyst breaking it up, rather than having, if you had an outside mass coming in you would have mass effect on the cyst, not displaying it out in a broken-up fashion as you described it.
Q Or the mass is covering up portions of it, and



you're not getting a good reading in some fashion; does that happen sometimes?
A But then you would look for ancillary findings on the ultrasound looking for a possible mass or mass effect. If you look at the color Doppler images, and I believe I had one, maybe two, there's no sense of disruption of the vessels as if they're being displaced by a mass in that upper pole region which I can't visualize very well nor as with certain tumors you see increased blood flow to the tumor if it was being fed by blood vessels did I appreciate that either.
Q So it is not apparently of concern to you in trying to assess these various things that may or may not be present there that two months later he had a 21 by 11 centimeter tumor essentially occupying most of the space of that left kidney. You're not factoring that after the fact knowledge and saying I wonder if maybe there's something to this?
MR. SHAHI: Objection to the form. Go ahead.



A Based on the images provided at the time of May 2nd, May 1st, May 2nd, I stand by my interpretation. I do not visualize any discrete mass. Aside from the complex cyst in the upper pole of that left kidney, I cannot appreciate anything else that would suggest that there is a mass in the left kidney.
Q And if you're right about that, if it's not just I can't appreciate it, but therefore it wasn't there, this lesion had to what? Grow from undetectable to 21 centimeters long in two months?
MR. SHAHI: Again, object to the form. Go ahead.
Q Is that what you're saying?
MR. SHAHI: Same objection.
A So, I mean, I'm saying based on the images provided, and I did say I cannot see the upper pole that well, and I suggested a CAT scan which is the next step in terms of evaluating errors that you can't see that well on ultrasound. That would be the more definitive to me to better visualizing that upper pole.



Q So if a CAT scan --
MR. SHAHI: I don't think she was done.
Q I thought you were done. You're not done?
A I don't remember now what I was going to say.
Q If I cut you off, I apologize. I thought you were done.
Based on the cyst that had been followed for I think from age 8 or thereabouts, 2004, and looking at slide 15 of 36 or image 15 of 36, in what area of the kidney had that been previously observed by the ultrasonic examinations and the people that interpreted over the years?
A So you're asking me what part of the kidney was the complex cyst seen in the previous ultrasounds?
Q Exactly.
A In the upper pole of the left kidney.
Q Okay. So if you can just take your finger and tell me where do you believe that would have been.
A I can't tell -- this is one image this way.
Q I don't know upper pole.
A Upper pole --

205

Q Is it over here?
A No, it's the top part of the kidney so towards the head so it would be up here versus down here is the inferior pole.
Q Okay. So the lesion that you were interpreting using the, I've now forgotten the name of it this, but this cine clips system, whatever it was, and the lesion you would have been looking for to follow up in light of what you knew from your earlier findings, would have been in this area over here?
A Somewhere, yes.
Q Including within the area where this luminescent or echogenic area is, yes or no?
A Probably. I mean, it may have been up here. I can't recall. I would have to look at the previous images to be sure. I actually think it was more towards the top of this kidney than it was there. As I said, referring to that echogenic linear area, I am not sure that that is representing the complex cyst that's being, that is being followed.
Q It was in this biological neighborhood.

206

A In the upper pole which, yes, is in that area.
Q So this is image 10/23 from March of 2006. I'm going to show it to you. And this is the left kidney. Sean's kidney at that time had measurement of 9.87. Is there an area in the upper pole of kidney that you believe is the cyst that they were following?
A So I would assume it's this area right here where it's the white spot is the echogenic area.
Q All right. So if we try to compare that now to the 2014 image, and we try to figure out if we're in roughly the same area, and I realize just looking at it that in this image the kidney seems to be going more like that and this one seems to be --
A Correct.
Q And I'm trying to figure out where that would be if we were trying to assess it as a location within this later ultrasound.
A So as, again, I'm not sure that we are actually capturing that actual complex cyst on this one image that you have, but in terms of where it would be in the vicinity, it would be up here.

207

Q Okay. So on the, and, obviously, I'm driving at the issue of whether or not this echogenic area which you say may be fat or something else, is also in an area where previously they were following what they thought was a complex cyst.
A It's near the vicinity of where this complex cyst is. It's impossible to know on that single image if you're actually imaging the complex cyst. That's why we have many images taken during the ultrasound to give us a very good idea in actually what we're following and better look at that one area.
Q But in all of those records and reports, was there ever an indication that they thought that the general location where this was being described was moving or changing or it was migrating from the upper pole to some other place in the kidney? Was this moving around?
A No, but you do know that when you ultrasound the kidney that the upper pole is not going to, I mean, depending on how you image it, it may not be the same on every single upper pole of that left kidney. I mean, you have the vicinity but

208

that's why ultrasound is complex because of inherent limitations that make each exam technically different from the previous ones in terms of how well you can see an area or not.
Q I'm just going to mark these enlargements because I've been using them, and I think it's important that we get -- so this is, I don't know that there's any important order, the two that are 15.8, 13.5 are here. This is the right kidney. These are all from the May study. And this is from the 2006 study that I've just showed the Doctor so you can mark those sequentially.
MR. SHAHI: Is this a good time to take a short break?
MR. FELMLY: Sure. Sure.
VIDEOGRAPHER: The time is 2:46 and this is the end of disk number 2. We're off the record.
(Exhibits 15 - 18 marked for identification)
(Recess taken)
VIDEOGRAPHER: The time is 2:57. This is the beginning of disk number 3. We are back on the record.

BY MR. FELMLY:
Q While we were off the record, Dr. Yen, I went back and looked at a couple of things to try to be a little more precise about some of this issue of where the echogenic marking was that they were following, and I went back and I looked and looking at the exam audit report which would identify what you looked at on the 1st or, more importantly, on the 2nd, I think. You looked at the 2012 studies. I can't say you looked at all of them, but you looked at some of them, and you looked at the 2010 study, and so you also looked at the 2006 and the CT scan and the 2004 study which was the original one. Best I can tell, I don't think you looked at '09, '08, '07. That probably made good sense at the time. I don't know.
So at any rate, this is the one that we're very familiar with, we've been looking at, and you know I'm focused on that there and when you then look at what we were looking at just a little bit ago, the 2006, I was asking you is this echogenic marker that we're seeing over



here, this lighter area, is that in the same general area as that, and I gather it's in the neighborhood. Is that fair statement?
A Yes. It's in the neighborhood. In terms of whether this image is exactly the same location where the echogenic lesion is, I can't determine that.
Q Okay. And I'm just trying to see if we can build up multiple images to get us an increased level of confidence. So this one is April of 2010, and this would have been one that you had looked at, and this is one where they actually used the marker to try to size the echogenic area. Actually they, not just on the, this is on, well, this is not the longitudinal view. I think it's, well, supine view.
A This means superior. SUP is superior. This is probably the longitudinal and this is --
Q Okay.
A -- probably the transverse. I can't tell, but more than likely it's transverse.
Q So I'm really more focused on this because I'm trying to get a sense whether we see a pattern



forming. Okay? So they are plainly interested in that lighter area of that echogenic area, correct?
A Correct. I believe he was coming in to follow up with his complex cyst. Yes.
Q Okay. And is that area that they're measuring out as, this would be the one that's 1.15?
A So 12 millimeters, yes.
Q So 12 millimeters was within one millimeter of what was described in some of the other descriptions for this size area, right?
A And in the realm of ultrasound, I mean, we can't, I mean, there's definitely measurement variability between different radiologists, different sonographers. One millimeter, even a couple of millimeters, in all honesty, is not a significant change in size.
Q So I fully understand and agree so most probably they're looking at this area in several of these and saying it's 11, 12, and it seems to be staying somewhat the same.
A Yes. I forgot what they got for the one you just showed me here, too, because to me it



looked a little bit, just overall a little bit bigger.
Q But focusing just a little bit more on the geography of the longitudinal view, again, it's in the same neighborhood as the other two that we've looked at, is it not?
A Correct, but may I also add that it really depends. Like I can't tell if we're in the exact same plane of that kidney and between all these images that you're showing me and these one images. You know, the best way to know would be to have full cine clips so you have the whole run-through through that kidney.
Q So here's where I'm going. So on the morning of May 2nd and you're looking at this and maybe Dr. Lewis and Dr. Towle are sitting there and you're talking about it and you're looking at this one, and you're having, these are available to you.
A Yes.
Q You've looked at them that day, and so you're, this is all about how's that cyst doing, right? You're looking at these. Is there no discussion

about this area of echogenicity, if that's the word, and saying why does this not look the same as it did back in 2006 or in 2010?
A So based on the single image, I'm not sure, as I said before, that this is the exact same image that you're, the exact same region that you're, that we are seeing before based on this image. Now, if you take the compilation of all the ultrasound images here, I do get a look at that upper pole area where that cyst would be, and based on all these images, not just this image because I'm not even sure this is actually the cystic lesion that we're following, I do not appreciate a significant change.
Q And the explanation, I mean, if it is the cyst, what would be the possibilities of what's happening to it that would cause it to look so different?
A I can't, I can't answer that question because I personally do not believe it is the same lesion that we're following. Other images may depict it better.
Q Now, if you have uncertainty here, and if the



thought is that, you know, concern maybe this kid's kidney is much larger than it was. We're not sure. We remeasure. We're not sure that's the same image, but it doesn't look exactly the same. If you have that kind of uncertainty, you do a further exam, right? You do a CT or an MRI. That's the next step if you're uncertain?
A That would be the next step.
Q Okay. And that in terms of expensive, et cetera, but in terms of risk to the patient, that's not going to involve an appreciable risk to the patient?
A I think that has to be a decision made by the clinician. Risk to the patient. Are you specifically, there is radiation on the CT. You know, I am not, I did not examine the patient. I don't have, you know, I wasn't, I don't know what the other clinical information that was gleaned during his ED visit. Nor at that time. I could tell you based on images provided that I just couldn't see the upper pole of that left kidney that well, and in order to further evaluate that, I suggested a CT.



Q And if there was a, if, I know we've had the debate about 59 days later whether there's a tumor there or not. If there was a malignant tumor of size in that left kidney, it's more likely than not that a CT taken in early May would have spotted it, right?
A I can't speculate because based on the ultrasound I don't see a discrete mass there at all.
Q No, no. You're missing the key part of my question which is I'm asking you to presume, hypothetically, that there is a large malignant tumor on this kid's kidney. Is a CT a form of diagnostic radiology that most likely would pick that up?
A Yes.
MR. FELMLY: Do you want to go off the record?
MS. STONE: I think I have it under control.
MR. FELMLY: We're not rushing. I want you to be well. Were not rushing you.
Q So how do you actually bring up this sort of



realtime moving imagery that you say is on the PACS system in which you've looked at and think is helpful and given you insight as to the size of this kidney? How do you do that?
A So it's part of his images that were acquired during his exam. I double-click on it and it starts playing. It's sort of like a little movie. Just basically static images all played together so it sort of looks like that you're actually there in realtime, kind of as Dr. Girard was doing the exam.
Q And if you were consulting with somebody on a patient of yours that was in, let's say, New York City or was on a trip to Chicago and something happened and you were dealing with somebody at Columbia Presbyterian or whatever and you said I want you to see this. All right? You've got to see this imagery. How do you send that to a clinician? Is that something you can send across the internet to them so that they can see it move or do they have to come to Hanover, New Hampshire, and sit at a terminal and --

217

A This is beyond -- I am not an IT person. I don't know how. I know that we can send cine clips to patients. I mean, to providers.
Q Okay.
A I'm not sure how that is done. They should be available.
Q So that can be sent. If it can be sent to providers it can be, assuming there's authorization, it can be sent to us?
A Well, in terms of like any clinician looking at the study through the electronic medical record can see the cine clips on there.
Q And the area that you're saying shows a remeasurement of the slide and you thought it was the one that was 13.5, that also resides in the system, you're saying, and could be sent?
A And there's also another one because I know that Dr. Girard also measured the echogenic lesion in the upper pole. I believe it is this image here which is 32 out of 36 which says superior long. I believe. But you also can get a better look at the echogenic lesion on the cine clips as well.

218

Q And when was the last time you looked at those images that show the 11.9 and this other one that measures the size of the lesion?
A When did I last review the images?
Q Yes.
A Last night in preparation for the deposition.
Q Okay. And where do they line up in terms of this array of images we have here? I mean, how do they, are they at the back end?
A Well, they're just in succession. So like this image would be here and then the next one would have the remeasurement on it. Same thing I believe for -- I mean, this is all from recollection. This image here, and I think the next image would have the remeasurement on it.
Q And are they dated?
A No. I don't know. I don't -- there's no measurement saying 11.9 done on 5/1. I mean, there's nothing like that.
Q Now, all the other images indicate something about the date they're done, right?
A Well, they're time-stamped based on when the ultrasound was done, but these are done after

219

the, after the static images have already been sent to our PACS system. So they were done after the fact so I'm not sure how they were dated after that.
Q I see. How do we know they were available on either May 1 or May 2?
A Well, based on Dr. Girard's report, preliminary report, he says left kidney measures 11.9 centimeters. So I don't think he pulled that out of the air. It says 11.9. I must have seen it the same way, too, because I report the measurement in the left kidney at 11.9. Also report that the echogenic lesion in the upper pole of the left kidney is unchanged from 11 millimeters, and that's also based, I believe, on the last, on one of the remeasured images that he provided.
Q But there must be in this highly data-recorded system where time stamps and stuff exist, there must be some way to precisely determine when that remeasurement occurred, right?
A That is out of my realm of expertise.
Q But I thought you said they're not date stamped.

220

A Well, they're not date stamped in the sense that they're on the images after you remeasure them saying that this was remeasured on 5/1/2014.
Q Let me ask you a question that I don't want you to take the wrong way because I don't know Dr. Girard and I don't know you personally and I'm not casting aspersions, but you're telling me that as part of this examination of my deceased client, a determination must have been made that the measurements were off and they were remeasured and they were redone and they were done at that time. There's essentially what you're saying.
What if they weren't done at that time? What if somebody came to the conclusion later on that they were, that they got the number wrong and 11.9 in the report is wrong, and somebody decides I'm going to create evidence for that. How do you reassure me that that's not possible because, well, that could never happen, Mr. Felmly, because there's a log-in procedure, and there's no way that somebody could come in there and try to correct the mistake? What

221

reassurance can you give me about that other than take my word for it which I'm not considering --

MR. SHAHI: I'm sorry --

Q But you understand what I'm asking, right?

MR. SHAHI: Are you done?

Q I'm done except for the part, do you understand what I'm asking?

MR. SHAHI: Okay. I'm going to object to that question.

Q And I'm trying to carefully not suggest wrongdoing or whatever. I'm just trying to find out how does this system protect against somebody redoing a study if there were an erroneous measurement or something like that. So how are you as the Program Director of this system, at least the residency part, how do you protect against that?

MR. SHAHI: Are you finished?

MR. FELMLY: I am.

MR. SHAHI: Objection to the form. You can answer if you can.

A Me being Program Director has nothing to do with

222

it. Me being a radiologist in terms of how we are taught, any physician would not create, go back and recreate measurement. That is just plain unprofessional and would never happen. We did not do it. I can attest to you for that.

In terms of how I'm going to convince you, I would think maybe when Brian, there may be some electronic way of means to say this is the image we annotated at this time, and I'm not sure how to get to that information. If you look at the preliminary report, you have the measurement. 11.9. You have the measurement of the echogenic lesion. 11 millimeters. Those were reported at the time that Brian did the preliminary report. I hadn't even looked at those. I hadn't, I did not have a conversation with Dr. Girard that night. He would not have pulled these out of the air to put into the report if they were not somehow documented on the images. We would -- I don't know how else to convince you.

Q I think you're missing my point.

Is there, everything else we're been

223

talking about in terms of my client's case, we can determine to several decimal points when the clinician entered the record, made changes, removed brackets, whatever it is. It's an enormously careful system on that. These images are date and time stamped, and we know when they were taken, okay?

You're now telling me that there are two critical images in this case that basically change the measurements on size and that they were done and put into this body of records, and I don't have them, but I'm assuming we'll eventually get them. I'm just asking you how do I see objectively the date on which they were entered into your system?

MR. SHAHI: Again, objection to the form.

A So as I said, I'm not, you may be able to speak to our IT department. I mean, I would think, but from a non-IT perspective, the report, preliminary report, would show you that Brian measured these units as 11.9 for the left kidney and 11 millimeters for the echogenic lesion in the upper pole of the left kidney. Those are

224

the measurements that he reported.

Now, why would he, I mean, this was done at what, 11 o'clock p.m. on the 1st. These were the measurements that he reported. There would be no change in that span of time from when -- I don't quite understand what's being intimated here in terms of what you're referring to.

And, as I said, you may be able to check. Maybe someone in IT can give you a record in terms of preliminary report. I don't know how else, I do not have that knowledge to give you that information aside from the fact the reports state those exact measurements that are shown on the images, the preliminary report.

Q Well, let me just say, obviously, we're going to need to see that original part of the record that we don't have, and then we're going to have to assess it and we're going to, in all likelihood, we've used up 4 hours of 7, we're going to have to revisit this at some point, but we're also going to be taking Dr. Girard's deposition, and we'll sort it out.

MR. SHAHI: I'm just taking that as a

statement so I'm not going to respond to it.
MR. FELMLY: No, no. That's fine.
MR. SHAHI: It's not a question. It's a statement. So as I said to you --
MR. FELMLY: We'll find out.
MR. SHAHI: -- I have to see whether you have properly looked at what you were given or not so that's something we have to figure out.
MR. FELMLY: Okay. Remember I'm the guy that didn't get his preliminary report until the morning of the 19th, Kaveh. So I don't know.
I want to take a short break. I'm nearly done, done subject to the reservation that I'm going to be coming back to further discuss whether or not we need to resume with you, but let me just talk with Nick for a few minutes here and make sure we're not omitting something I want to cover.
VIDEOGRAPHER: All right. We'll go off the record. Time is 3:16, and we're off the record.
(Recess taken)
VIDEOGRAPHER: The time is 3:26, and we're back on the record.



BY MR. FELMLY:
Q Few other areas, Doctor and we'll try to get through what we can do today.
Once you had signed and finalized the report the morning of May 2nd, did you have any further consultation with any of Sean's providers? I mean, his urology providers or the emergency room doctors or other than the issuance of your report?
A No.
Q And let me represent to you that a followup appointment with urology was scheduled. Sean and his family went on May 9th, and they were seen that day by a medical student, Ms. Fantasia, and by Dr. Chavez who you've told me you know of but don't have close dealings with, and those records relate to those visits.
So my question is in the context of what I've described to you as sort of a flow of events, does that refresh your memory at all as to whether you may have had a conversation with Dr. Chavez or the medical student, Ms. Fantasia, or anybody else or are you pretty sure in your



own mind you didn't?
A I'm pretty sure I had no contact.
Q So in terms of what you said a little while ago when we were talking about that you recommended a CT scan, is the only way that was accomplished by the statement in the Impression part of the report which said CT scan may be helpful for further evaluation?
A Yes. So "recommend" is a different word than "suggested." I mean, I'm only the radiologist. There's a lot of other clinical details and information that I am not privy at at the time of the interpretation to know whether to recommend or not. We oftentimes leave that up to the provider in terms of how suspicious they are in terms of whether a CT with radiation is going to outweigh, you know, the risk, you know, radiation, doing a CT with radiation in terms of the overall benefit.
Q And I guess all I'm really focusing on and maybe this goes to the lexicon you use, there must be cases you see as a radiologist where you look at it, whether it's after a car crash or some other



terrible tragedy, and you look at it and you say this patient needs a CT.
A Um-hum.
Q Right? That happens, I assume?
A There are findings that we see on ultrasound that we specifically recommended a CT, yes.
Q And then there might be other ones where you might say, you know, it may be helpful to get a CT, but you're not going to make the call.
A Correct.
Q Sounds like this was more the latter kind.
A Well, the sense that I could not visualize, you know, aside from the fact I couldn't see the upper pole of the left kidney that well, I did not see a discrete mass based on the images provided that would have recommended, that I would have been more forceful to recommending a CT. And in the setting of hematuria as well a CT can also define possibly stones or things like that that I may not be able to see as well on ultrasound. That is why I left the decision primarily to Mr. Tillotson's primary providers that were taking care of him.

Q But, I mean, in looking again at the report, in your impression you've got four separate different paragraphs. The comment about a CT may be helpful for further evaluation is in the first numbered paragraph which talks about the left kidney was less well visualized particularly in the upper pole region and then you go on to describe pelvi --
A Pelvicaliectasis, dilitation of the collecting system.
Q But the next one, number 2, deals with this echogenic focus or lesion and as to that you say stable 11 millimeter echogenic focus which suggests to me you're actually able to measure.
A I said, well, in the body of the report it's always approximately. I mean, can I look at the report, please, for a second?
Q Yes.
A Right, so but in the body of the report I believe I said measures approximately 11 millimeters is what I said. So yes.
Q So which of the images for that May 1 exam are you measuring?



A Well, I don't believe, I believe you don't have this image.
Q So this is --
A It's this one with the measurement on it. I believe. 23 out of 36.
Q Okay. And as best you can recall, nobody ever followed up with you with respect to CT may be helpful for further evaluation?
A I don't recall having specific conversation with any provider regarding this case asking me about my suggestion for a CT or any other further care for Mr. Tillotson after I interpreted the ultrasound.
Q I'm just going to bounce around on this sort of last minute list here.
Mr. and Mrs. Tillotson were advised by Dr. Harris that two providers at Dartmouth-Hitchcock Medical Center had information about their son's death and about the circumstances of the May 1 ultrasound. The names that were given to her were Dr. Weinstein who I believe is a pediatric urologist and Dr. Steven Sergeant who I believe is a



radiologist.
Have you ever talked with either Dr. Weinstein or Dr. Sargent about Sean Tillotson's case or his medical treatment?
MR. SHAHI: I'm going to instruct you not to answer on the grounds that it's peer review information.
Q So I'm not asking you what they said yet because I don't know if it was peer review or not. I mean, for all I know, you could have met him in the grocery store. I don't know. I'm trying to find out, first of all, have you ever spoken to them, and then we can find out was it in the context of peer review.
So leaving aside whether it was denominated peer review or not and without in any way sharing the content yet, have you ever spoken to either of those physicians about Sean Tillotson's case?
MR. SHAHI: I think that last addition about Sean Tillotson's case --
Q I don't mean the legal case. I mean his medical treatment and his medical circumstances. I'm



not talking about, I'm not asking whether or not they gave an opinion on standard of care or didn't. I mean, that's down the road, and if it's peer review it may not be discoverable. I mean, I don't know what the content would be, but with respect to Sean Tillotson and his medical treatment and the tragic circumstance of his death, have you ever spoken to Dr. Weinstein or Dr. Sargent?
MR. SHAHI: Again, I'm going to instruct her not to answer, and I think your question is relative to Sean Tillotson's treatment which in this case would be a peer review objection.
Q There's another report that we've been provided by counsel and I'm not going to through all of this, I swear. But this particular document is described to us as an E Audit Report, and in this case spans Bates number 96 through 254, and in a fashion that's somewhat similar to -- I'm going to show it to you in a second. In a fashion to similar to what we saw earlier in the other report, it describes the patient's name. It has some description of the encounter. It

has information on providers who may have been involved in it, and it has time information on it.

Let me first ask you if that is a form of document you're familiar with or you've seen and you know what it is. Probably give me a much better explanation than I just gave you.

A I am not familiar with this document.

Q So you don't use this in your practice or --

A I don't. I've never seen a document of this nature.

Q Okay. I believe it may be an indication of providers by time entering some aspect of the electronic file, but I don't know that for certain, and I know that many of the providers involved in connection with May 2nd are in here. Girard, Yanofsky, others. And then Fantasia and Chavez later on, but you're not in here. I don't see any references to you in here. But you can't help me gain a better understanding of what this is?

A I don't know what that is.

Q Why don't we mark it. Then we'll go on from



there.

(Exhibit 19 marked for identification)

MR. FELMLY: All right. I have no further questions at this time. I will say I'm reserving my right to investigate further and attempt to obtain materials that I don't believe I received and that may more likely than not require some further examination on this topic, and we can discuss how that works out once we find out what if anything might be missing and I appreciate your courtesy and patience with me today. Thank you.

A Thank you.

MR. SHAHI: I understand your position and we'll take it up when we take it up. Thank you.

VIDEOGRAPHER: The time is 3:37. This is the end of disk number 3. The deposition is concluded and we are off the record.



I have carefully read the foregoing deposition, and the answers made by me are true.

________________________
STEPHANIE P.F. YEN, M.D.

STATE OF ____________________
__________________________, SS.

At_______________________on the ___________ day of ________________________ A.D. 2017, personally appeared the above-named STEPHANIE P.F. YEN, M.D., and made oath that the foregoing answers subscribed by her are true.

Before me,

___________________
Notary Public



C E R T I F I C A T E

I, Cynthia Foster, Registered Professional Reporter and Licensed Court Reporter, duly authorized to practice Shorthand Court Reporting in the State of New Hampshire, hereby certify that the foregoing pages, numbered 6 through 234, are a true and accurate transcription of my stenographic notes of the deposition of STEPHANIE P.F. YEN, M.D., who was first duly sworn by me on January 31, 2017, for use in the matter indicated on the title sheet, as to which a transcript was duly ordered;

I further certify that I am neither attorney nor counsel for, nor related to or employed by any of the parties to the action in which this transcript was produced, and further that I am not a relative or employee of any attorney or counsel employed in this case, nor am I financially interested in this action.

Dated at West Lebanon, New Hampshire, this 10th day of February, 2017.

____________________________
Cynthia Foster, LCR

**A**
**abdomen** 35:13 84:12 161:12 162:8,11,12
**abdomen/pelvis** 36:16
**abdominal** 36:2 36:7,20 52:22 163:14 164:8
**ability** 39:6 113:14 114:3
**able** 11:4 31:10 37:5,6 48:12 65:7,13,14 111:15 169:2 173:12 174:3 196:9 198:9 223:17 224:8 228:20 229:14
**abnormal** 25:18 148:11 149:20 170:5,6,6
**abnormality** 93:17 148:8 194:14
**above-named** 235:13
**absolute** 92:8
**absolutely** 60:2
**absorb** 74:20
**abstract** 80:2
**academic** 16:9 21:11 35:17
**accept** 107:9
**acceptable** 11:10 54:3 138:2,4 165:19
**accepting** 89:15
**access** 46:18,20 82:5 95:16 102:16 124:12 168:14 175:12
**accessed** 65:9
**accessing** 69:3 92:14 102:3
**accession** 64:9 64:21 109:8,10 109:11,14,20 130:12 160:10 166:20
**accommodate** 10:17
**accommodating** 30:17
**accomplished** 227:5
**Accreditation** 33:11 56:19
**accuracy** 57:15 58:1 60:6 101:5 166:1
**accurate** 46:20 54:15 55:15 117:5 130:16 149:3 154:23 156:3,21 167:9 175:7,8 176:18 177:1,6,12 178:15 180:18 181:1,4 182:2 189:7 200:5 236:7
**accurately** 97:21 167:20 177:20 183:20
**ACGME** 56:17 56:19
**acoustical** 111:13 160:22 163:21 166:20
**acquire** 34:1
**acquired** 216:5
**acquiring** 30:17 31:11
**acquisition** 28:7 32:1
**ACR** 18:19
**act** 83:17 84:13
**action** 1:10 6:7 236:14,18
**actioned** 83:6
**active** 17:15 18:2
**actively** 15:15 37:21
**activities** 30:18 31:18 100:4
**actual** 11:5 68:11 111:1 117:1,8,15 119:9 120:23 123:15 127:21 138:2 149:17 151:7 156:2,18 160:1 161:15 174:20 206:21
**Adams** 110:22 112:1,3
**add** 26:16 63:6 114:5 212:7
**added** 139:4 153:23
**addition** 66:21 93:19 187:23 198:19 231:20
**additional** 139:4 154:2 157:6 175:13 186:6
**address** 8:7
**adjacent** 172:20
**administers** 37:14
**administrative** 110:4
**Administratix** 1:7
**Administratrix** 2:5 6:10
**adult** 147:16,23 148:5 165:20
**adulthood** 74:18
**adult's** 148:3
**advancement** 80:3
**adversarial** 108:4
**adverse** 61:7
**advice** 30:15
**advised** 88:18 230:16
**affiliated** 78:18 78:19,20 79:16
**affiliation** 22:13
**age** 204:8
**ago** 133:9 209:22 227:3
**agree** 31:2 60:4 79:3 138:15 158:7,11,13 211:18
**agreed** 5:3,11,15 7:5,11 153:18
**agreeing** 79:2
**Ahab** 118:17
**ahead** 9:10 90:16 120:6 147:9 176:20 198:17 202:23 203:14
**Aicher** 2:7 6:20
**aim** 14:3
**air** 84:11 146:19 191:1 219:10 222:18
**air-containing** 146:20
**allegations** 189:15
**allegedly** 96:23
**allow** 33:23 61:8 119:13
**allowed** 136:15
**allows** 161:17
**alluded** 149:1
**alternatively** 144:17
**ambiguity** 9:17
**American** 3:14 17:8 18:11,16 116:11 142:10 143:15,20
**amount** 39:5
**anatomic** 145:10
**anatomical** 161:22
**ancillary** 202:3
**and/or** 128:13
**angle** 117:2 149:15,17
**angulation** 117:8
**annotate** 114:7 114:12,17 146:2
**annotated** 117:15 222:9
**annotation** 120:10
**annotations** 164:15 196:1
**answer** 3:7 4:1 9:6,10,13,15 10:9 24:9,13 25:7,9 26:8,22 28:12 29:3 30:8,20 31:16 60:17 62:8,11 62:17 63:1 64:4 65:11 75:9,22 76:7 77:1,11 79:7,9 98:20 101:3 103:15 104:7 104:16 156:21 157:18 171:22 174:10 195:12 213:19 221:22 231:6 232:11
**answered** 24:1
**answering** 26:14 157:17
**answers** 3:9 23:10,14 26:17 27:1 66:13 77:19 100:11

235:2,15
**anterior** 113:10 162:2,10,10 163:10,15,18 192:7
**anybody** 26:5 126:15 140:16 226:23
**anyway** 165:8
**APDR** 18:14
**apex** 119:8
**apologize** 136:16 136:18 204:5
**apparent** 93:18
**apparently** 14:10 66:12 91:6 96:19 136:5 169:1,14 202:14
**appear** 103:13 126:3 182:12 184:5
**appearance** 86:11 88:19 90:23 93:21 94:7 196:7
**APPEARANC...** 2:1
**appeared** 148:20 235:13
**appears** 16:9 45:10 103:8,11 109:1 110:19 110:23 112:12 121:20 122:13 123:23 124:23 126:6 153:9,15 160:13 164:11 198:5 200:18
**apples** 184:23 186:20,20
**applicable** 57:23 58:4
**applied** 125:22
**apply** 7:6
**appointment** 16:9 17:13 21:11 100:6 226:12
**appreciable** 214:11
**appreciate** 56:23 77:5 188:23 194:10,13 202:12 203:5,9 213:14 234:11
**appreciation** 200:9
**approaching** 31:3
**appropriate** 119:1 121:18 121:20
**approximate** 148:3
**approximately** 147:20 154:15 155:5 198:4 229:16,20
**April** 12:12 210:10
**archiving** 64:15 65:23 120:17
**area** 44:22 60:16 90:2 91:11 189:1,8 190:13 190:18 193:23 194:12 197:11 199:6,7,13,19 200:16,17,20 204:10 205:11 205:13,14,20 206:1,5,8,9,12 207:2,4,12 208:4 210:1,2 210:14 211:2,2 211:6,11,19 213:1,10 217:13
**areas** 226:2
**argue** 168:3
**array** 15:16 218:8
**articles** 195:13
**artifact** 195:4 201:2,7
**arts** 14:14
**aside** 46:23 66:19 68:1 71:13 77:22 92:12 93:10 166:3 176:1 203:4 224:12 228:13 231:15
**asked** 25:3 31:7 31:15 76:16 93:11 140:16 157:18,19
**asking** 8:5 11:19 19:23 30:2 46:22 54:21 61:1 63:13,21 70:23 76:19,20 77:17 79:13 85:3,4 90:17 98:2,6 102:13 106:11 110:13 125:11 157:21 158:10 167:11 169:6 171:9 177:23 184:13 185:16 204:13 209:22 215:11 221:5,8 223:13 230:10 231:8 232:1
**asks** 24:5
**aspect** 26:12 113:10 233:13
**aspects** 115:20
**aspersions** 220:7
**assess** 44:23 69:18 91:10 93:17 130:3 202:15 206:18 224:18
**assessment** 52:15 53:11 54:2,14 77:20 78:1,10 151:12 186:22,23
**assigned** 50:19 50:23
**assistant** 3:5 34:21 39:17,23 40:14
**associate** 6:6 34:21,23 56:12
**associated** 47:13 67:4
**association** 2:3 6:5 17:9,14 18:8,14
**assume** 14:2 52:11 67:9 88:13 89:15 97:17,21 98:6 140:11 206:8 228:4
**assuming** 11:17 16:15 48:6 50:3 56:3 59:4 93:22 140:9 146:10 175:19 217:8 223:12
**asterisk** 119:7 120:7
**attach** 25:20 31:13
**attached** 47:15
**attempt** 24:8 199:18 234:6
**attend** 18:4
**attending** 42:5,8 43:18 44:4 48:5 53:8,15 53:19 54:4,9 55:7,10,16 58:23 126:18 133:20
**attention** 9:18 85:18 100:17 105:17
**attest** 88:21 90:9 94:9 222:5
**attorney** 6:4 61:14 150:4 236:13,16
**attorney/client** 30:15 63:5
**attributed** 94:5
**atypically** 196:4
**audit** 3:13,21 41:7,23 45:11 46:13,17 48:11 49:17 64:7,18 65:4,7,15 66:8 67:5 68:5 105:4 108:7,22 108:22 109:2,5 112:11 131:2,4 131:5 132:22 139:21 209:7 232:17
**authenticated** 125:20 129:13 150:18
**authenticating** 125:22
**author** 143:19
**authoritative** 144:13
**authorization** 217:9
**authorized** 236:3
**autopsy** 3:18 170:21 171:1,4 171:10,14,16 171:17 172:2,6 172:8,23 173:2
**availability** 45:3
**available** 48:7 50:13 105:10 121:10 134:5,8

196:22 198:20 212:18 217:6 219:5
**average** 51:19
**award** 20:12,14 20:22
**awards** 20:9
**aware** 75:6,17 77:2,9,23,23 78:4,12 79:20 79:21 80:5 88:13 171:11
**A.D** 235:12

**B**

**bachelor** 14:14
**back** 14:13 27:14 47:5 56:6 59:3 61:23 64:18 65:2,19 68:13 71:23 77:7 81:15 83:8,12 84:8 88:10 99:10 108:18 111:19 113:9 117:10 122:12 126:9 130:2,15 130:23 131:1,9 131:16 132:5 132:12 139:22 140:10 141:19 145:18 149:21 153:1,11,23 154:3,4 162:3 162:4 163:19 163:20 173:11 176:14 177:2 178:17 181:8 181:11,21 198:7 208:22 209:3,6 213:3 218:9 222:3 225:14,23
**background** 11:15 24:5
**backpack** 145:5
**backwards** 13:2
**Barnes-Jewish** 13:3
**based** 52:17 55:4 55:11 74:20 81:20 84:20 85:2,8 90:13 90:13 93:14 98:3 107:23 116:11 126:12 138:9 146:15 155:1,20 156:4 161:7 164:1 165:16 169:22 170:18 173:18 174:5 183:18 186:12 187:7 189:22 192:7 198:10 201:14 203:1,17 204:7 213:4,7,11 214:20 215:7 218:22 219:7 219:15 228:15
**basic** 33:4 35:14 82:10
**basically** 87:2 90:18 216:8 223:9
**basis** 21:4 63:2 76:8
**Bates** 85:22 109:13 142:1 172:12 232:18
**bathroom** 100:3
**beam** 149:18
**bearing** 20:2
**becoming** 13:17 129:2
**bed** 100:3
**began** 122:14
**beginning** 108:18 208:22
**begun** 122:17,20
**behalf** 2:4,9 26:18 99:18
**belabor** 53:21 70:6
**belief** 97:22 105:12
**believe** 24:12 25:11 26:13 38:19 40:2 41:8 47:22,22 58:15 59:20 62:21 65:2,3,4 68:5,8 71:4,10 72:11 75:2,5 81:13 82:7,13 83:9 86:15 91:8,16,17 93:11 94:2 97:19 99:19 104:13 107:11 123:15 128:9 150:2 155:3,15 170:10 175:3 175:19 177:11 179:1,1 181:16 193:15 197:7 200:7 202:6 204:19 206:6 211:4 213:20 217:19,21 218:13 219:15 229:20 230:1,1 230:5,22,23 233:12 234:6
**believes** 143:4
**belly** 162:6
**belong** 78:7
**benefit** 172:22 227:19
**benefits** 45:7,8
**best** 9:19 20:20 117:18,20,21 118:2,3 142:17 142:20 147:3,4 147:5 196:12 209:14 212:11 230:6
**bestowed** 39:13
**Beth** 13:13
**Bethanne** 1:5,6 2:4,5 6:8,9 72:7
**better** 45:20 113:5,8 126:23 155:1 165:8 180:3 188:12 191:14 193:11 200:8,12 203:23 207:11 213:22 217:21 233:7,20
**beyond** 78:3 217:1
**big** 45:9 121:2 147:22 148:10 184:18 200:20
**bigger** 122:6 162:22 186:1 186:11 212:2
**biological** 205:23
**birth** 12:12
**bit** 11:15 19:8 20:12 46:22 53:21 55:2 60:10 85:10 110:14 140:17 141:23 153:1 161:1 180:1,3 186:6,7,18 209:22 212:1,1 212:3
**black** 189:10
**bladder** 36:9 115:19
**bleeding** 47:8 100:2,7 101:15 105:15
**blocks** 52:1
**blood** 73:2 91:21 92:2,5 99:22 202:11,12
**blown** 159:6 162:22
**blowup** 162:18
**board** 14:23 15:1,6,9 78:19 79:18
**boards** 19:12
**body** 40:7 52:20 52:21 53:3 79:18 87:9 111:13 113:17 146:16 161:2 162:16 163:16 163:18 165:21 168:19 223:11 229:15,19
**bold** 24:13 27:13
**bone** 146:21
**book** 121:16 143:17,18,20 144:21 145:1
**booklet** 159:8,12
**border** 191:2 194:14
**borders** 193:9 194:13
**Boston** 13:14
**bottom** 55:17 85:23 115:15 145:7,21 147:14 150:22 152:1 161:23 172:11 185:5 188:10
**bounce** 60:10 230:14
**bounced** 71:11
**bounce-backs** 111:14
**bouncing** 43:1
**bowel** 146:17 188:7 190:23

194:2 195:3,3
**Box** 2:3,8
**boy** 47:4 106:13
**bracket** 125:16
**brackets** 125:1,9 125:12 223:4
**Brattleboro** 17:3
**break** 10:13,13 10:16,20 21:14 71:14 141:7 208:15 225:12
**breakdown** 22:18
**breaking** 201:13 201:18
**breaks** 10:14,15
**Brian** 38:5 52:7 70:8 112:15 113:21 124:1 128:2,22 153:21 155:15 187:7 196:18 197:6 199:13 222:7,14 223:20
**Brian's** 126:2
**bring** 9:18 67:10 69:8,19 215:23
**bringing** 101:23 126:11
**broad** 101:1
**broken** 51:23 201:8,12
**broken-up** 201:21
**brought** 61:10 61:23 62:6,9 62:13,14,20 72:20 105:16
**Bruce** 2:2 6:4
**build** 210:9
**bun** 102:2
**bunch** 171:13
**burden** 79:5
**business** 8:6
**button** 118:16 118:20
**Bylaws** 18:9

**C**

**C** 1:6,7 2:5,6 3:17 66:3 236:1,1
**calcifications** 201:14
**calcium** 146:21
**calculate** 120:12
**calculated** 169:22
**calculation** 119:14
**calculus** 154:12
**caliper** 118:5,13 118:21 119:9 119:13 120:7 154:18 166:23 170:2 180:5 188:15 189:1 190:1 193:9 194:20
**calipers** 118:18 120:4,6 146:4 156:14 164:18 164:22 165:6 165:16 166:2 167:19 169:15 169:23 179:16 179:20 183:17 183:20 184:3 186:4 187:8 193:5
**call** 8:18 37:16 43:18 44:1 48:14 51:7 58:13,16,17,19 59:18,20,21,22 84:9 98:9 100:5 127:3 141:1 160:8 167:16 228:9
**called** 23:8 41:7 50:9 57:6 80:10 108:22 109:8 134:20 143:20 152:2
**calling** 83:19
**cancer** 16:6
**cancers** 16:1
**capabilities** 102:13
**capability** 154:20
**Captain** 118:17
**caption** 5:8
**captured** 55:5 55:12
**capturing** 206:21
**car** 227:23
**care** 42:4 43:20 72:12 76:22 78:10 90:7 95:7 110:21 228:23 230:11 232:2
**career** 14:4
**careful** 223:5
**carefully** 221:11 235:1
**Carolina** 14:21
**carry** 145:5
**carved** 32:10
**case** 6:15 8:19 20:2 23:11 32:5 35:21 36:17 41:9 42:15,19 47:3 47:18 60:2 70:2,3,9,14 71:12 75:4 78:13 79:23 90:20 91:20 101:23 103:8 103:11 111:22 112:15 113:21 126:6 132:11 132:15 138:21 150:13 159:13 165:14,16 171:11 181:3 189:16,21 196:11 223:1,9 230:10 231:4 231:19,21,22 232:13,18 236:17
**cases** 43:5 49:11 78:7 227:22
**Casolaro** 2:2 6:6
**casting** 220:7
**CAT** 33:19 52:23 117:6 134:14 162:17 203:19 204:1
**catch** 19:6 54:4 54:18,22
**cause** 186:1 213:17
**caused** 187:6
**causing** 92:1
**center** 1:11 2:9 3:10 6:13,22 8:9,10 12:11 12:16 16:8,21 24:2 26:18 27:6 38:16 104:21 151:5 168:12 200:17 230:18
**centered** 19:13 19:21
**Center's** 3:7,8 23:14 78:11
**centimeter** 122:3 147:18 155:13 166:8 186:5 191:20 191:21 202:17
**centimeters** 147:17 148:1,4 148:6,10 154:9 154:15 155:5 165:18 167:4 169:15 170:1 172:19 180:8 186:16,18 191:17 203:11 219:9
**certain** 30:11 31:8 33:14,16 33:16 35:10,17 39:2,3 41:23 87:12 111:14 116:4 124:2 130:6 138:15 142:4,5 202:10 233:15
**certainly** 31:7 49:13 83:5 91:15 114:7,10
**certificate** 15:7
**certificates** 15:3
**certification** 14:23
**certified** 15:2,6 15:10,11 83:18
**certify** 236:5,12
**cetera** 97:10 117:3 124:13 146:22 154:12 172:15 173:6 214:10
**chair** 25:23 33:21 80:19,20
**chance** 178:18
**change** 86:11,12 88:19 89:4 90:6,15,22 91:16 92:6,17 93:21,22 94:1 94:2,7,14,17 95:2,9,22 96:12 97:8,20 98:5,14 99:1,2 99:3,5,6,23

101:11,14 103:6,12 104:1 104:10 105:9 105:13,22 106:4,6,14 107:12,22 108:11 117:4 131:13,15,22 148:13 151:3 166:12 196:7 197:22,23 211:17 213:14 223:10 224:5
**changed** 43:15 90:3 92:21,22 108:2 130:9
**changes** 7:15 128:23 129:9 138:11,19,23 151:19 223:3
**changing** 91:11 207:16
**chapter** 3:15 143:18,23,23 144:9 148:23 161:8
**chapters** 145:2
**charges** 61:10
**chart** 182:5
**Chavez** 74:3 226:15,22 233:18
**check** 36:15 126:20 181:11 224:8
**chest** 33:18 162:5
**Chicago** 216:14
**Chief** 39:12
**child** 96:6 154:6
**children** 113:7
**chills** 63:15
**choice** 83:6 99:9
**choose** 83:16 177:10
**chronology** 110:2,18 122:12
**Cindy** 11:16 12:3 27:8 56:22 80:9,14 85:20 150:9
**Cindy's** 19:3
**cine** 142:18 196:12,15 197:6 198:11 198:20 199:2,3 199:6 200:13 205:7 212:12 217:2,12,22
**circumscribing** 190:19
**circumstance** 232:7
**circumstances** 78:2 98:1 230:20 231:23
**CIS** 68:4 69:3 124:2,4,16
**City** 216:14
**Civil** 1:10
**claim** 2:11 61:2 177:18
**clarify** 32:2
**classifications** 79:2
**classroom** 21:18
**clear** 9:5,13 59:13 79:1 138:21 168:10
**cleared** 100:4
**Cleary** 2:7 6:20
**clicking** 124:17
**client** 220:9
**client's** 177:3 223:1
**clinical** 21:3,15 34:17 35:10 37:17 45:15 67:15 70:20 92:4 127:17,19 214:18 227:11
**clinician** 74:2 83:17 124:10 143:1 214:14 216:19 217:10 223:3
**clinicians** 40:21 105:11 182:6
**clips** 142:18 196:12,15 197:6 198:11 198:20 199:2,3 199:6 200:13 205:7 212:12 217:3,12,22
**close** 83:16 86:10 181:20 200:11 226:16
**closely** 33:20,21
**code** 35:8 36:15 36:19 37:1,2
**coded** 36:4
**codes** 35:8,10
**coding** 110:5
**colleague** 6:18
**colleagues** 50:17 70:13 78:7 144:3
**collecting** 229:9
**College** 14:15 18:11,16
**colon** 86:11
**color** 202:5
**Colorado** 172:6
**Columbia** 216:16
**combination** 21:6 55:6,13
**come** 10:13 18:3 41:14 49:10 73:11 96:18 98:13 100:17 102:23 132:5 134:5 151:16 165:14 171:6 191:11 216:21 220:22
**comes** 20:7 119:17 191:4
**coming** 43:9 44:21 51:6 53:5 87:10 190:12 191:3 201:20 211:4 225:14
**comma** 152:16
**comment** 89:10 97:13,14 197:15 229:3
**commenting** 176:17
**commit** 82:6
**committee** 20:1 35:9 37:17,17 37:19
**committees** 18:9 19:12 78:8
**common** 165:19
**commonly** 38:21 45:5 67:5 114:14 115:2
**communicate** 82:13,22 158:3 158:10,12,14
**communicated** 47:23 49:14 97:22
**communicating** 48:21
**communication** 47:20 49:6,21 63:5,11 74:9 74:11 96:16 102:19 106:12 138:3,17 139:8
**communicatio...** 23:9 27:12 28:4 29:21 30:3 63:10
**companion** 27:4
**comparable** 148:17 191:19 197:8 200:11
**compare** 93:3 125:13 148:9 166:11,14 184:2,15 185:7 185:11,17 206:10
**compared** 153:10,22 198:6
**comparing** 68:17 184:23 186:20
**comparison** 170:8 184:4,14 185:22
**compendium** 144:13
**competence** 52:16
**competency** 15:3,5,8 37:17
**competent** 5:6 34:2
**compilation** 188:11 213:8
**Complaint** 61:21 73:22 91:18 170:18 171:11
**complement** 199:3
**complemented** 199:5
**complete** 24:19 34:12,17 35:20 36:7 115:17 131:5
**completed** 36:13 38:14 112:13 121:1 122:20 123:9

**completely** 191:11
**completion** 94:16
**complex** 44:5 86:11 88:12,20 89:4 90:23 92:20,22 93:13 93:19,21 94:7 94:18 95:3,22 96:12 97:20 105:13 106:4 106:14 107:22 108:2 130:9 134:22 139:2 197:23 199:10 199:10,14 200:6 203:4 204:14 205:21 206:21 207:5,6 207:8 208:1 211:5
**complicated** 176:21
**component** 15:13 21:13
**computer** 132:19 168:2
**computers** 32:6
**concepts** 82:8
**concern** 29:23 176:17 180:19 180:22 181:2 202:14 214:1
**concerned** 139:12 148:7 177:1 192:14
**conclude** 107:13
**concluded** 153:12 234:18
**conclusion** 105:14 106:16 131:10 153:2 220:15
**concrete** 140:2
**concur** 107:14
**conduct** 119:1
**conducted** 35:7 35:23 44:9 45:13 46:2
**conducting** 112:16
**confidence** 210:10
**confirm** 54:15
**confirmation** 139:12
**confirming** 101:11 140:9 140:12
**confirms** 99:22 198:22
**conforms** 22:23
**confused** 65:12
**connect** 75:14
**connection** 81:6 233:16
**consequence** 31:18 94:23
**consequences** 84:15
**considered** 83:4
**considering** 221:3
**consistent** 25:11
**consonant** 152:16
**consult** 17:1
**consultation** 226:6
**consulting** 216:12
**contact** 48:8 75:10,22 109:6 135:2,3 227:2
**contacted** 58:20 70:7
**contain** 17:19
**contained** 170:20
**contains** 150:2
**content** 26:4 49:21 63:12 231:17 232:5
**contents** 104:19
**contest** 10:12
**context** 49:19 58:5 78:9 80:3 86:18 87:13,14 87:17 88:9 90:19 92:4 103:22 150:11 189:18 226:18 231:14
**Continous** 18:20
**continue** 72:2 147:19
**continues** 82:19 194:7
**continuity** 134:7
**continuous** 17:19
**contrast** 116:22
**contributing** 100:1 101:15 105:15
**control** 215:20
**conversation** 10:2 30:12 48:13 49:6 50:1 74:11,13 88:21 94:11 96:1 104:18 132:7 135:4 137:14 139:15 141:3 157:20 157:22 158:2 222:16 226:21 230:9
**conversations** 27:19 70:2 71:4
**converse** 127:2
**conversing** 42:18
**convey** 107:5
**conveyed** 104:13 107:4
**convince** 222:6 222:21
**copy** 25:21 145:15 159:15
**copyright** 144:5
**core** 82:10 90:6
**corner** 185:5 188:18
**correct** 9:23 12:14,19,22 13:14 14:12,16 14:22 16:11,14 16:23 22:15 27:2 33:3 38:6 38:7 41:5 44:11,18 49:15 50:14 53:12 54:5 57:21 58:2 67:11,12 72:22 73:8,10 73:15 74:1 81:4 88:15 89:14,20 91:5 93:20 97:7 102:22 103:4 106:10,18,22 107:6,15,18 109:9,22 110:9 112:19 116:7 120:11 121:12 121:15,22 127:8 128:4,13 129:4,19 132:1 136:12 140:15 143:6 144:1 146:7 150:21 151:11,22 152:8,23 153:13,14 160:5,15 163:5 164:13 165:13 166:22 167:5,8 167:18,22 173:3 190:5 191:5 199:21 206:16 211:3,4 212:7 220:23 228:10
**corrected** 89:6 192:2
**correction** 7:16
**corrections** 7:14 54:11
**correctly** 15:1 19:23 91:18 122:11 190:10 193:7
**correspondence** 150:4
**cortical** 154:11
**Council** 33:12 56:19
**counsel** 5:13,16 6:7,16 7:5 9:1 9:7 23:6 25:3 25:23 26:1,6 27:20 28:4,10 28:12 29:7,11 29:16 30:3,14 30:21 31:7,14 61:15,18 62:18 63:10,11,20 70:1 71:13 79:4,19 101:2 171:7,23 175:15 232:15 236:13,16
**counsel's** 28:22 65:6
**country** 123:4
**couple** 7:4 8:11 8:22 18:21 22:9 53:23 55:22 62:4 89:11 136:14 209:3 211:16
**course** 32:18

36:17 48:9 63:17
**court** 1:1,19 5:10 8:16 11:18,21 29:8 56:18 117:22 118:1 188:21 236:3,4
**courtesy** 234:11
**cover** 14:7 143:8 225:18
**covered** 28:23 30:8,11 60:11
**covering** 21:10 201:23
**CPT** 36:15
**crash** 227:23
**create** 152:21 220:18 222:2
**created** 128:3
**credentials** 15:14
**credits** 17:19,21 17:22
**critical** 3:11 4:12 25:18 80:11,21 81:7 81:9,9,21,22 82:3,14 84:1,5 223:9
**criticisms** 40:16 40:20
**cross** 119:7
**CT** 99:7 149:3 159:14 201:14 209:13 214:6 214:15,23 215:5,13 227:5 227:7,16,18 228:2,6,9,18 228:19 229:3 230:7,11
**curious** 20:8
**current** 80:18 81:21 83:3
144:9 170:13
**currently** 20:2 22:5,6 32:23 33:6 82:4 130:21
**curriculum** 3:4 12:1
**curve** 161:12
**cut** 161:1 185:4 204:5
**CV** 18:10 143:19
**Cynthia** 1:19 236:2,22
**cyst** 86:12 88:12 88:20 89:8 90:2,6 91:1 92:1,6,18,20 92:22 93:12,13 93:19,22 94:8 94:18 95:3,22 96:13 97:20 99:6 100:1 101:14 103:7 104:1,10 105:14 106:5 106:14 107:12 107:22 108:2 109:18 130:9 131:14 139:2 196:8 197:8,11 197:23 199:10 199:14 200:6 201:2,4,8,13 201:16,18,21 203:4 204:7,14 205:21 206:7 206:21 207:5,7 207:9 211:5 212:22 213:10 213:15
**cystic** 213:13

**D**

**Dad** 72:7
**daily** 21:4
**Dartmouth** 3:4 14:15 15:20 56:10
**Dartmouth-Hi...** 1:11 2:9 3:7,8 3:10 6:12,17 6:22 8:9 12:11 12:16 16:8,20 20:10 22:13 23:14,16 24:2 26:18 27:6,14 38:15 40:7 78:11,18 79:17 85:12 89:16 104:21 151:4 168:11 230:18
**Dartmouth-Hi...** 66:14
**data** 130:18 168:19
**data-recorded** 219:18
**date** 6:11 12:6 12:12 62:21 63:19 110:2 144:5 160:16 218:21 219:23 220:1 223:6,14
**dated** 80:17 83:23 150:16 218:16 219:4 236:19
**dates** 65:1,16,17 81:14,18
**dating** 154:4 198:7
**day** 22:1 55:8 60:6 125:5 126:19 151:15 183:18 212:21 226:14 235:12 236:20
**days** 5:12 22:6 215:2
**day-to-day**
56:14
**deal** 19:14 77:7 195:21
**dealing** 127:7 216:15
**dealings** 226:16
**deals** 95:7 229:11
**death** 76:5,22 77:10 78:2,10 230:19 232:8
**debate** 63:9 215:2
**deceased** 177:3 220:8
**decide** 118:23 177:10
**decided** 91:18 179:20
**decides** 119:12 220:18
**decimal** 120:13 223:2
**decision** 13:20 54:6 175:19 214:13 228:21
**decreasing** 161:19
**deemed** 33:11
**deeply** 161:11 161:13
**Defendant** 2:9 3:7
**Defendants** 1:12
**define** 228:19
**definitely** 43:3,4 138:12 149:3 156:12 180:15 211:13
**definition** 78:15
**definitive** 203:22
**degree** 40:1,4
**demise** 82:2
**demonstrates**
154:10
**denominated** 231:15
**Denver** 172:6
**department** 3:10 12:10,17 16:19 73:3 87:18 99:15 101:10 102:5 103:3 124:11 223:18
**departments** 109:19
**depend** 113:2
**dependent** 51:12 52:2 117:7 134:16 147:22
**depending** 45:3 51:17 102:15 117:2 128:13 149:15 187:16 187:18 207:21
**depends** 165:21 212:8
**depict** 213:21
**depiction** 160:21
**deponent** 5:14
**deposed** 8:13
**deposit** 146:21
**deposition** 1:17 5:3,12 6:14 7:3 7:13 8:1 61:12 61:13,16,20 66:13 70:4 71:9 218:6 224:22 234:17 235:2 236:8
**depositions** 5:6 8:12 71:1 181:10
**depth** 186:17
**describe** 17:16 24:19 29:5 39:9 52:17 161:1 182:5 197:2 229:8

**described** 19:13 50:16 84:1 88:11 90:2 131:12 164:15 182:13,21 198:9 199:11 201:22 207:16 211:10 226:19 232:17
**describes** 12:11 17:6 22:12 232:22
**describing** 26:4 35:3 58:5 104:10,19 163:2
**description** 28:5 145:8 156:6,7 160:9 172:11 172:14 232:23
**descriptions** 67:13 109:6 211:11
**designate** 37:21
**designated** 22:7 35:10 59:8
**designation** 87:2
**designed** 109:23
**destination** 149:17
**detail** 127:10 151:23 154:2
**details** 24:19 71:9 99:4 227:11
**determination** 61:7 98:8 220:9
**determine** 37:5 37:6 48:18 92:16 97:17 121:17 131:16 136:10 146:5 160:12 210:6 219:20 223:2
**determined** 167:1
**determines** 165:10
**determining** 149:3
**develop** 25:16 33:22
**developed** 91:14
**device** 146:4
**DHMC** 3:11,12 3:13,14,16,17 3:21 24:20 25:16
**diagnose** 15:20
**diagnostic** 13:8 13:21 15:3,4,6 15:16,21 16:20 25:19 46:4,6 50:8,12 54:14 69:14 197:14 197:21 215:14
**dictated** 124:21
**dictation** 95:13 101:9 103:10
**didactic** 21:6,17 21:22 33:22
**died** 75:7,18 171:20
**difference** 122:3
**different** 13:19 36:22 43:17 46:22 58:17,19 67:16 72:2 77:18 79:8,8 115:3 122:8 124:3 135:22 149:11,13 151:3 178:7 193:3 208:3 211:14,15 213:18 227:9 229:3
**differentiate** 36:20
**differentiation** 154:11
**difficult** 69:15 146:15 187:14
**difficulty** 176:18 181:12
**dilitation** 229:9
**dimension** 116:15 184:20 186:20
**dire** 84:14
**direct** 3:2 49:6 58:14 74:9 85:14 135:3 138:17 139:8 139:12
**directed** 26:7
**direction** 13:19 56:14
**directly** 26:15 48:21
**Director** 22:4,8 33:1 34:21,23 37:18 40:15,16 56:11,12 221:16,23
**Directors** 18:15
**directs** 95:6
**disagree** 197:17
**disagreed** 158:15,16
**Discharge** 99:15
**discipline** 16:17 60:15,20
**discoverable** 232:4
**discovery** 32:5,9 175:14 182:16
**discrepancies** 195:23,23
**discrepancy** 170:15 173:8 173:10 174:6 181:12 187:22 191:20,21
**discrete** 194:14 203:3 215:8 228:15
**discretely** 167:7
**discretion** 37:20
**discuss** 27:19 83:21 107:12 225:14 234:9
**discussing** 26:23 71:9 75:3 110:12 172:10 174:8,12
**discussion** 107:20 139:13 141:14 161:22 174:18 176:12 176:15 177:3 195:8 212:23
**discussions** 26:1 29:15 30:14 31:18 101:2 171:22
**disease** 15:23 16:1
**disk** 108:14,18 208:18,22 234:17
**disks** 85:17 168:12,13 178:17
**dismissed** 61:2
**displaced** 202:8
**displaying** 201:21
**disputing** 47:2
**disregard** 175:9
**disregarded** 174:22
**disruption** 202:7
**dissecting** 63:16
**distance** 119:10 120:13,21 130:20 165:11 165:17 167:2 191:7 192:15 194:16
**distracting** 60:12
**DISTRICT** 1:1 1:2
**dizziness** 100:8
**doctor** 14:9 40:3 74:15 81:3 82:21 102:13 178:6 182:14 208:12 226:2
**doctors** 37:12 54:1 140:17 141:3 167:16 226:8
**Doctor's** 141:6
**document** 23:21 24:10 27:4,17 27:23 28:2,16 29:16,23 30:2 30:4,5,6,9,14 47:1 80:12 82:15 99:21 102:1 103:6,19 103:23 105:8,8 133:5 141:21 142:15,22 150:1 232:16 233:5,8,10
**documentary** 136:22
**documentation** 48:12 64:8 158:4
**documented** 68:3 198:10,13 222:19
**documents** 3:9 23:12 27:7,12 27:21 28:7,23 29:5,11 30:9 30:17 31:9,12 31:12 32:1,3 32:12 56:3,7 102:4 152:20

152:22
**doing** 20:1 38:19 46:5 79:12 90:1 115:8 117:13 119:4 120:18 125:12 125:14 156:22 157:12 160:19 164:21 186:21 212:22 216:11 227:18
**Doppler** 202:5
**double-click** 216:6
**doubting** 105:1 105:3
**Dr** 4:10 6:14,15 24:4 38:5 39:8 39:11,17 40:6 40:11 41:11 42:10,10 44:14 45:19,22 47:21 47:22,23 48:14 48:15,22 49:2 49:6 51:6,8,8 52:5,9,14,19 58:20 60:1 61:20 70:18,18 74:3,18 75:4 78:16 80:19 85:5 87:22 88:22 89:6 90:14 94:5,12 94:14 96:2 97:7 102:19 103:18 104:22 105:2,5,20 107:11,20 108:20 112:18 113:22 123:16 125:9 127:2 128:14 130:8 131:11 132:4,7 138:17 141:21 150:23 151:20 152:6,9 157:1 157:5 159:8 164:21 168:4 174:2 175:3 176:22 179:1 183:13 189:21 209:2 212:16 212:16 216:10 217:18 219:7 220:5 222:17 224:21 226:15 226:22 230:17 230:21,23 231:3,3 232:8 232:9
**Dragon** 103:10
**dramatically** 122:8
**drawing** 21:1 143:13
**drawn** 154:18
**drew** 153:15
**drink** 100:6
**Drive** 8:10
**driving** 15:18 207:1
**drop** 84:10 118:21
**dropped** 103:9
**Drs** 49:16
**due** 190:22 194:10 195:1,3 195:4
**Duke** 13:7 14:8
**duly** 236:3,9,11
**duplicative** 152:15
**duration** 51:11
**duties** 33:4
**duty** 134:6
**DX** 110:22

**E**

**E** 3:21 232:17 236:1,1
**earlier** 27:5 59:4 65:17,20 88:11 102:2,3 103:19 109:16 128:1 130:3 139:23 140:1 143:8 148:21 149:2 149:22 150:17 153:2 164:16 173:15 181:13 197:11 205:10 232:21
**early** 24:2 89:22 99:19 201:15 215:5
**easier** 19:3 87:6 178:1
**easy** 82:5 97:8 97:10
**echogenic** 153:7 198:2 199:7,10 199:21,22 200:10,16 205:14,20 206:9 207:2 209:5,23 210:6 210:13 211:2 217:18,22 219:13 222:13 223:22 229:12 229:13
**echogenicity** 189:10 193:20 213:1
**ED** 214:19
**edge** 190:12
**edges** 146:2
**edited** 128:21 138:19,23 143:21 151:19 152:6 198:8
**editing** 129:1,8 129:10
**editors** 18:17
**education** 17:19 33:12,22 37:22 56:20
**effect** 81:18 82:20 129:2,20 154:18 201:20 202:5
**effort** 130:3
**either** 17:10 18:4 24:16 26:5 41:21 60:14 65:16 68:8 72:6 73:19 74:12 78:1 79:23 83:7 92:15 101:23 103:3 114:1 126:4 135:18 136:20 184:2 193:5 202:13 219:6 231:2,18
**elected** 15:9 91:18
**elective** 20:15,16 20:17
**electives** 20:20
**electronic** 67:18 68:6 102:16 124:6,16 217:11 222:8 233:14
**electronically** 118:6
**element** 90:7
**Elm** 2:3
**else's** 25:4
**email** 83:13 102:20
**emails** 83:17
**emergency** 70:16 73:3 86:2 87:18,19 88:17 94:6 95:1,18 96:2 97:6 99:15 100:7 101:10 102:4 103:3,16 104:22 124:14 127:21 166:7 226:8
**employed** 236:13,17
**employee** 236:16
**enables** 160:12
**encounter** 232:23
**endeavor** 31:15
**ended** 152:20
**endurance** 10:12
**energy** 111:13 149:15
**enforcement** 31:21
**engage** 176:5
**enhance** 113:15
**enhances** 113:13
**enlarged** 145:2
**enlargements** 208:5
**enormously** 223:5
**entails** 20:13
**enter** 122:23
**entered** 96:1 223:3,15
**entering** 233:13
**entire** 50:22 85:13 118:3 123:11
**entirely** 67:20 98:23 126:1
**entitled** 6:7 29:13
**entries** 64:23 123:22 128:9 130:13 131:20
**entry** 85:15 86:15,16 89:12 95:8,16 100:14 123:9 125:2,8

125:19
**ER** 94:11
**erroneous** 54:2 54:6 221:15
**error** 54:22 89:5 94:8 95:13 103:9 139:1,14
**errors** 101:8 203:20
**Esquire** 2:2,2,7
**essentially** 32:12 63:20 82:22 104:2 123:11 129:14 153:16 170:22 171:9 202:18 220:12
**Estate** 1:7 2:5 6:10
**estimate** 21:19 187:3 188:3
**estimates** 173:23
**et** 97:10 117:3 124:12 146:21 154:12 172:15 173:6 214:9
**evaluate** 34:9 39:6 131:10 214:23
**evaluating** 90:22 203:20
**evaluation** 37:11 37:16 227:8 229:4 230:8
**evaluations** 4:10 34:12,14 37:15 40:8
**evaluative** 40:12
**evening** 36:1 44:7 45:1,12 45:22 46:11 47:6,19 48:18 48:20 49:3 58:6 68:8 70:17 73:1,3,5 86:2,8 88:16 89:22 92:4 99:20 100:9 101:20 102:20 104:21 105:17 105:18 113:1 123:7 126:14 180:16
**event** 80:6
**events** 46:10 72:13 226:20
**eventually** 223:13
**everybody** 10:2
**evidence** 136:22 156:23 220:18
**exact** 92:11 93:10 212:9 213:5,6 224:13
**exactly** 52:10 68:23 130:6 140:13 152:11 186:19 192:6 204:16 210:5 214:4
**exam** 3:12,13 4:12 35:9 39:16 80:11,21 81:8 82:18 84:19 85:2 108:22 109:10 110:8,19 111:2 111:5,7,8,23 112:2,10,13,17 112:18,21 113:20 119:15 121:8 122:13 122:17,19 123:1,9,11 130:6,7 134:16 137:23 138:15 139:18 146:13 154:19 156:13 156:17,19 161:8 164:20 208:2 209:7 214:6 216:6,11 229:22
**examination** 3:2 6:23 19:16 45:13 57:18 64:23 78:1 86:19 112:23 121:1 155:20 156:10 182:2 192:5 220:8 234:8
**examinations** 42:1 84:17 90:1 204:11
**examine** 175:23 214:16
**examined** 76:14 130:23 195:6
**Examiner** 172:7
**examines** 36:8
**examining** 47:20
**example** 33:18 70:7 71:7 82:1 96:5 115:3 121:19
**examples** 40:19 84:6
**exams** 35:5 58:12,13 109:16 110:2 130:12 139:23 140:1 166:13
**exam's** 109:13
**excellent** 52:18 52:19,20
**exceptionally** 167:12
**exchanged** 158:5
**exchanges** 29:10
**excuse** 60:11 122:14 187:11 198:16
**execution** 111:2
**exhibit** 12:5 22:10,16,18 23:4 27:3,9,10 29:1 56:1 57:2 57:8 80:9,16 85:21 108:12 108:16 141:17 144:23 150:10 150:14,15 159:17 172:4,5 234:2
**exhibits** 3:3 5:15 208:19
**exist** 25:22 119:7 219:19
**existence** 76:12 81:11
**existing** 65:7 84:23
**exists** 28:21
**expect** 127:1 139:10
**expensive** 214:9
**experience** 181:19
**experienced** 8:23 37:8 110:16
**experiences** 36:11 109:21 181:14
**experiencing** 188:14
**expert** 108:5 173:5
**expertise** 67:21 219:22
**experts** 196:21
**explain** 151:1 152:10 177:8
**explaining** 174:19
**explains** 182:8
**explanation** 107:20 183:1 187:4 188:19 194:18 213:15 233:7
**explanations** 166:3
**exposed** 103:1
**exposure** 24:17
**extending** 172:20
**extension** 191:8
**extent** 17:15 31:17 39:9 61:9 171:21
**eyeball** 184:13 185:23 186:3
**eyeballing** 184:6 186:10

**F**

**F** 2:2 236:1
**facilities** 6:12
**fact** 29:20 46:23 58:1 59:5,16 63:11 78:15 81:7 89:15 93:12 95:23 97:9 98:16,23 104:23 135:14 156:15 188:1 195:5 200:6 202:20 219:3 224:12 228:13
**factoring** 202:19
**faculty** 20:19 34:15 39:14 55:14 58:14 59:13
**fainting** 100:8
**fair** 77:20 90:3 210:3
**fairly** 39:20 57:4 161:11 197:8
**fall** 23:23
**falls** 28:18
**familiar** 56:3 67:20 78:22 79:13 125:4

142:2 209:19 233:5,8
**familiarity** 39:9 80:13
**family** 71:8 72:6 226:13
**Fantasia** 226:15 226:22 233:17
**far** 12:6 52:5 84:22 107:19 118:18 158:21 160:19 165:4 191:7,15
**fashion** 9:5 194:7 201:22 202:2 232:19 232:21
**fast** 19:2 117:23 137:20 141:8
**faster** 84:7
**fastest** 19:1
**fat** 164:8 189:9 190:17 199:9 200:23 207:3
**February** 236:20
**fed** 202:12
**federally** 175:14
**feed** 10:21
**feedback** 120:19
**feel** 178:13 181:23 197:22
**feeling** 31:1
**feet** 161:23 162:14 163:6,7
**fellow** 52:12,20 52:21 128:13 128:14,15
**fellows** 24:21
**fellowship** 38:20 38:23 41:16 52:23
**Felmly** 2:2 3:2 6:3,4,23 28:14 28:20 29:13,20 30:1,22 31:5 31:10 32:15 40:10 57:9 60:19 61:1,4 63:2,6,8 66:10 72:1 76:12,17 77:4,8,13,17 77:21 79:1 81:1 100:20 136:18 141:5 141:20 171:4 175:18 176:2,4 176:9 177:21 178:4,5 182:10 208:16 209:1 215:17,21 220:21 221:20 225:2,5,9 226:1 234:3
**felt** 103:12 105:21 107:5 155:22 175:6 178:14 183:13 187:12 189:6
**fetal** 82:2
**fetus** 145:11
**figure** 30:22 145:17,20 206:11,17 225:8
**file** 109:7 197:1 233:14
**filed** 76:1
**filing** 5:8
**film** 119:10 184:15
**films** 50:18 72:16 93:16 134:10 160:1,7 160:8 183:4 196:10
**films/studies** 25:1
**final** 3:16 54:12 89:7 96:8,8,11 97:15 105:8 129:2,3,21,22 150:3,15 151:21 153:4 157:8 174:4,14 174:19 198:9
**finalize** 53:20
**finalized** 43:21 126:5 129:15 136:23 152:12 226:4
**finalizing** 129:14
**finally** 87:16
**financially** 236:17
**find** 26:8 28:21 55:20 65:13,14 76:19 85:9 95:12 121:2 135:5 147:1 196:2 221:12 225:5 231:12 231:13 234:10
**finding** 31:12 61:7 83:15,21 98:11 101:17
**findings** 81:10 82:18 83:1,2,4 83:7,22 84:21 93:4 170:23 172:8 202:3 205:10 228:5
**finds** 151:19
**fine** 178:4 225:2
**finger** 204:18
**finish** 10:19 34:3 121:8 136:15 157:16
**finished** 221:19
**finishing** 38:10 52:8
**first** 3:7,9 5:4 8:13,18 11:20 23:17,19 28:21 33:9 34:7 40:14 51:12,20 51:21 57:12 61:13 62:2,22 63:19 66:17 75:6,17 77:4 82:2 86:14 101:16,18 108:23 115:4 115:10,11 119:23 121:6 129:12 134:6 150:14 152:21 154:5 159:12 159:20,22 160:6 180:10 229:5 231:12 233:4 236:9
**firsthand** 110:16
**first-year** 144:12
**five** 33:7,8,9 41:3 186:16
**flagged** 83:8
**Fleury** 26:19,20 26:21 27:1
**flipping** 168:6
**Floor** 2:8
**flow** 202:11 226:19
**fluids** 100:6
**fluoroscopic** 58:13 134:13
**fluoroscopy** 134:17
**focus** 17:8 107:13 153:7 198:2 229:12 229:13
**focused** 57:4 151:7 209:20 210:22
**focusing** 13:18 55:22 212:3 227:20
**folks** 103:10
116:10 133:12
**follow** 40:11 56:21 91:12 98:17 135:7 142:11 182:11 205:9 211:4
**followed** 88:10 90:20 91:15 93:20 98:12 109:17 115:2 204:7 205:22 230:7
**following** 34:16 44:5 75:1 90:1 91:8 127:1 196:8 206:7 207:5,11 209:6 213:13,21
**follows** 160:11
**followup** 65:6 77:14 91:19 95:12 226:11
**force** 56:9
**forceful** 228:17
**forces** 201:9
**foregoing** 235:1 235:14 236:5
**forget** 121:6
**forgot** 211:22
**forgotten** 205:6
**form** 5:10 7:8 65:10 79:16 98:18 99:12,13 99:14,15 103:14,17 104:6 106:8 151:2 157:9 169:6 179:14 182:22 183:7 198:18 202:22 203:13 215:13 221:21 223:16 233:4
**formal** 21:17
**formalities** 5:9

**format** 25:6 28:1 66:17 100:18 159:8
**formed** 37:18 140:1
**forming** 211:1
**forth** 35:18 92:10
**Foster** 1:19 236:2,22
**found** 14:13 85:6 140:11
**four** 13:23 21:23 22:7 36:17 41:3 51:19,21 51:22 52:3 229:2
**fourth** 33:10,19 34:8 52:12
**four-week** 51:13
**four-year** 33:8
**frame** 125:21 160:3
**Francisco** 118:19
**free** 57:1 84:11 84:11
**freeze** 114:8 120:1,5 146:1 165:5,7
**freezes** 160:3 164:23
**friend** 73:20,20 73:21
**friends** 70:20
**front** 69:10 108:20 141:22 145:7 147:15 163:18
**fulfill** 33:13 34:12
**full** 212:12
**fully** 211:18
**further** 5:11,15 23:22 26:16 32:17 84:18 91:19 99:10 154:3 191:22 214:6,22 225:14 226:6 227:8 229:4 230:8,11 234:3 234:5,8 236:12 236:15

**G**

**gain** 233:20
**Gary** 1:5 2:4 6:8 72:7
**gas** 84:11 146:17 146:17 188:7 194:2,10 195:3 195:3
**gasses** 190:23
**gather** 43:11 210:2
**gathering** 108:10
**geared** 52:23 144:11,15,16
**gel** 113:12,15
**general** 28:5 32:10 36:6 42:2 47:10 57:6 100:23 115:7 147:21 149:10 185:17 207:15 210:2
**generally** 30:7 82:11 144:8 148:2
**generated** 111:20 117:8
**generates** 118:10
**generic** 28:5
**genitourinary** 172:12
**geography** 212:4
**getting** 77:19 84:7 104:3,15 111:14 146:12 149:16 176:18 202:1
**Girard** 24:4 38:6 39:8,17 40:6 41:12 44:14,14 45:20 45:22 47:21,22 47:23 48:15,22 49:3,7 51:3,6 58:20 60:1 68:19 70:8 85:5 87:22 88:22 90:14 94:6,12,15 96:2 97:7 102:19 103:18 104:22 105:2,5 105:20 112:15 112:18 113:21 113:22 123:16 124:1 125:14 127:2 128:3 130:8 132:4,7 136:22 138:3 138:17 152:18 153:17 157:1,5 164:21 168:4 169:3,23 174:2 175:3 176:22 179:2 183:6,13 189:22 216:11 217:18 220:6 222:17 233:17
**Girard's** 4:10 39:11 40:12 61:21 89:6 107:21 128:22 131:11 151:20 152:6,9 153:21 219:7 224:21
**give** 7:23 11:22 21:6,19,21 85:20 90:17 110:6,6 156:20 159:7,9,20 172:2,21 207:10 221:1 224:9,11 233:6
**given** 21:2 35:5 37:6,8 39:15 93:12 97:9 99:16 168:15 216:3 225:7 230:21
**gives** 28:16 147:3 149:9 172:14 188:11
**giving** 9:19 87:15
**glasses** 22:14
**gleaned** 214:19
**go** 7:4 8:11 9:10 9:15 10:14 28:22 32:4,5 37:12,13 50:6 58:10 59:3 66:21 68:13 71:17 77:7 85:23 90:12 95:19 96:7 109:12 112:5 113:4 115:8 117:10 120:6 120:16 122:6 122:12 123:21 125:5,6 126:22 131:1 133:12 133:18 138:9 141:9,13 145:21 151:23 153:5 159:5,18 168:13,18 176:6,7,20 178:17 181:8 181:10,21 195:19 198:17 202:22 203:13 215:17 222:2 225:19 229:8 233:23
**God** 8:3
**goes** 28:15 55:16 83:18 153:1 154:9 172:15 227:21
**going** 7:18 9:10 10:14 14:6,6 19:22 22:17 28:14 29:2 30:7,19 31:1 39:4 45:19 47:17 49:4 51:18 53:6 55:23 57:4 59:23 61:8 62:7,10,23 63:8 65:2 68:18 71:8,17 76:6,23 77:14 77:18 78:14,16 79:7 85:11,17 88:10 100:21 102:12 106:15 108:9 110:13 111:12 113:2,8 115:15 117:7 119:13,21 121:10 124:15 126:9 127:7,10 127:15 131:9 131:16 151:6 160:7,18 162:18 164:10 169:5 170:16 171:2 175:7,16 176:5 177:6,17 177:22 182:10 184:18 191:8 192:20,23 194:6 195:12 201:3 204:4 206:3,14 207:20 208:5

212:14 214:11 220:18 221:9 222:6 224:15 224:17,18,20 224:21 225:1 225:14 227:17 228:9 230:14 231:5 232:10 232:15,20
**good** 6:3,19 7:1 10:4 20:14 71:14 119:18 119:20,22 125:23 160:20 165:4 202:1 207:10 208:14 209:16
**gotten** 40:1
**graduate** 33:12 34:1 56:20
**graduated** 38:17 41:12 52:10
**graduating** 14:10
**grams** 172:14,17
**granted** 167:23
**Graves** 15:23
**grew** 170:10,12
**grocery** 231:11
**grossly** 153:9 198:5
**ground** 8:11
**grounds** 231:6
**group** 17:10 20:11 34:6
**Grow** 203:10
**growth** 173:6,6
**guess** 15:2 35:4 54:13 71:17 76:1 81:2 125:10 126:1 144:19 170:11 227:20
**guidelines** 3:14 56:13 57:22
116:10,12,13 141:22 142:1,8 142:9 146:9 169:19
**guy** 138:22 225:9
**gynecology** 16:13,15

**H**

**habit** 126:20
**habitus** 146:16
**half** 141:10
**half-days** 22:7
**Hampshire** 1:2 1:19,20 2:4 5:6 6:13 7:6,19 8:10 14:18 17:3 216:22 236:5,19
**hand** 7:20
**handbook** 3:14 143:21 145:3,4
**hands** 57:1
**Hanover** 216:22
**happen** 29:17 37:1 63:14 136:3 202:2 220:20 222:4
**happened** 20:21 48:10 62:4,22 99:18 137:5 216:15
**happening** 29:18 88:16 89:21 119:16 135:10 163:8 193:22 194:19 213:17
**happens** 135:12 160:4 228:4
**happy** 182:17
**hard** 140:5 189:14 197:12 197:14 198:21
**Harris** 74:18 75:4 230:17
**hash** 120:7
**Haven** 38:18
**Hawaii** 118:18
**haziness** 194:9
**hazy** 193:10 194:1
**head** 10:5 132:6 161:21 162:13 163:3 205:3
**heading** 152:13
**headings** 151:4
**hear** 97:7
**heard** 7:3 101:16
**heated** 136:17
**help** 8:2 24:8 77:5 233:20
**helpful** 11:3,23 109:4 140:12 172:21 216:3 227:7 228:8 229:4 230:8
**helping** 79:7
**helps** 136:10
**hematuria** 91:21 93:11 228:18
**he'll** 9:13
**hierarchy** 53:4
**high** 14:7
**highly** 53:22 219:18
**hindsight** 172:23
**historic** 64:1 69:20
**history** 47:13 88:13 92:20,21 93:8,10,13,14 127:21 130:4
**hit** 14:7
**Hitchcock** 3:5 25:16
**hold** 185:14
**holds** 107:1,2
**home** 44:12 45:16 46:5 47:9,19 48:6 58:7 59:5 68:9 73:5 98:9 101:20 102:10 102:16 126:10 127:13 133:12 180:11
**honesty** 52:9 211:16
**honor** 39:13
**honored** 20:10
**honors** 20:9
**hospital** 13:13 21:5 24:13 37:6 42:12 43:20 44:2,10 44:16,21,22 45:12,23 59:10 59:11 61:6 64:20 73:1 74:2,5,16 89:19 99:21 100:9 108:21 140:23
**hospitals** 17:2,4
**hospital's** 97:2
**hospital-based** 60:14
**Hospital/Malli...** 13:3
**hour** 134:6 141:10
**hours** 33:14 99:20 133:14 224:19
**how's** 212:22
**human** 31:15 122:16 165:20
**hundred** 133:10 135:12 137:11
**hundreds** 70:23
**hypoechogeni...** 194:2
**hypothetical** 98:1,7 99:1
**hypothetically** 97:16 99:5 201:11 215:12

**I**

**IAUM** 17:18
**icon** 124:17
**idea** 125:16 188:12 207:11
**ideal** 168:1
**identifiable** 37:3
**identification** 12:5 22:16 23:4 27:3,10 57:2 80:16 85:21 108:16 141:17 144:23 150:10 159:17 172:4 208:19 234:2
**identified** 125:8 153:7 198:2
**identifies** 64:8 129:16 135:8 135:14
**identify** 8:5 24:19 48:13 64:16 65:7 209:8
**identifying** 143:3
**ignore** 94:19,21
**illustrate** 181:3
**image** 3:19,19 3:20,20 64:11 67:10 69:9,20 114:7,8,9,13 114:21,22 117:17 118:11 119:20 120:1,3 120:5,5,10,16 121:5,6 124:3

126:8,11
127:16 146:6
147:2 154:20
154:22 156:10
160:18 161:3
161:15 162:1,4
162:22 164:23
165:5 166:15
166:19,21
167:5,22,23
168:5 169:7
170:1 175:1
178:6,10 179:4
182:13 184:1,8
184:17,19,21
185:2,10,18
186:7,11
188:13,23
191:12,15
193:7,16 197:7
197:12,15
198:21 199:8
199:18 200:7,7
204:9,21 206:2
206:11,13,22
207:8,21 210:5
213:4,5,7,11
214:4 217:19
218:11,14,15
222:9 230:2
**imagery** 11:6
57:13 159:5
216:1,18
**images** 4:14 11:2
15:22 42:12
43:14 45:1,15
45:19,21 46:12
46:14,14 47:10
47:12,13,15,16
47:20 48:3
49:18 50:4,6,8
51:10 53:7,10
55:4,12 59:6
59:22 60:3,6
61:17,22 62:3
62:9,12,15
63:22 64:1,5
64:10,17,22
65:1,17,23
66:21 67:6,7
67:19 68:9,12
75:20 84:20
87:9 88:6
92:15,19
101:20 102:7
102:11 106:3
106:15 107:7
109:6 111:20
115:10,12,13
115:14,19
117:6,16
118:12 119:5
120:8 123:14
123:15,19
124:1,5,14,18
126:17 127:4
127:10 128:2,2
133:3,4 134:5
134:21 135:1
135:20,22
139:4 140:2
142:11,14,19
142:23 147:6,8
151:17 155:2,3
155:7,12,14,16
155:22 156:2,8
156:9,15,20
157:4,6,13
159:3,13 160:2
160:9,14,17
168:4,8,15,16
168:23 169:17
173:18 174:1,5
174:13 178:12
178:16,20
179:3,15
182:12 184:15
186:12 187:5
187:12,20
188:11 189:20
189:23 192:7
196:13 197:5
197:13,20
198:10,12,22
199:4,12,15,16
202:6 203:1,17
205:17 207:9
210:9 212:10
212:11 213:9
213:11,21
214:20 216:5,8
218:2,4,8,20
219:1,16 220:2
222:20 223:5,9
224:14 228:15
229:22
**Images/Reports**
3:17
**imaging** 3:14
52:22 53:3
57:14,22 86:5
86:9 98:5
116:9 124:17
141:22 142:6
163:14 164:3
169:19 178:14
196:17 207:8
**immediate**
120:19
**immediately**
83:6 84:14
94:15
**implemented**
85:1 98:9
**important** 83:5
84:3 91:4
93:23 106:7
135:7 139:18
146:13,14
208:7,8
**importantly**
209:9
**impossible** 207:7
**impression**
83:11 89:4
139:2 172:22
227:6 229:2
**impressions**
139:23
**improperly**
189:4,5 192:1
**Improvement**
18:20
**inaccurate** 54:18
130:18 183:14
193:1
**inactive** 14:19
**include** 35:6
110:15 115:12
177:5
**included** 25:2
30:4 51:4
150:22 158:8
168:7,8
**includes** 7:8
159:14
**including** 24:4
25:19 42:1
178:2 205:13
**incorrect** 9:21
**increased**
202:11 210:9
**incumbent**
106:16
**INDEX** 3:1
**indicate** 12:13
94:13,17 96:5
97:19 218:20
**indicated** 18:10
26:11 37:11
93:7 94:3
100:10 105:20
105:22 106:6
132:22 150:17
236:10
**indicates** 9:12
12:9 46:13
95:1 100:2
124:20 142:14
145:9 153:4
172:13
**indication** 92:8
92:9 93:7 95:9
98:5 137:15
207:14 233:12
**indicative** 122:7
195:10
**individual**
110:21
**individually**
34:6
**individuals**
53:22
**infancy** 74:17
**inferior** 115:16
118:9 162:3
167:7,20 180:2
183:22 187:10
191:10 192:10
192:17,18,21
193:11,12,13
200:2 205:4
**information**
22:20 24:6
45:15 64:13,19
65:5,8,15
67:15 72:4
84:8 100:15
101:6 103:2
104:3,12
105:16 106:7
106:17,23
107:3,5,8,10
109:2,23 110:6
111:9 114:5
117:14 127:17
127:19 140:11
158:5 160:7
170:20 171:6
171:18,19
172:21 214:18
222:10 224:12
227:12 230:19
231:7 233:1,2
**informed** 92:23

98:12,14 101:12 103:2,5 131:20
**inherent** 195:1 208:2
**initial** 68:2 152:6
**initially** 15:10 176:23
**initials** 110:22
**initiate** 48:7
**injuries** 109:18
**input** 137:16,22 139:19 144:2
**inquiry** 108:4 128:19
**inside** 201:13
**insight** 110:7 140:18 195:14 216:3
**insights** 195:7
**inspect** 67:10
**inspections** 66:5
**instance** 5:4
**Institute** 13:4 17:8 116:11 142:10 143:15
**institution** 115:8
**institutions** 35:17
**instruct** 29:2 30:19 31:6 62:7,23 76:6 76:23 231:5 232:10
**instruction** 31:13 42:22 63:3
**instructions** 4:1 29:10 30:13,21 82:10 99:16 100:13 142:4
**insult** 148:20
**intends** 25:16
**intention** 14:2 31:20
**intentional** 60:12,13
**interact** 21:16 110:8
**interacted** 73:6
**interacting** 21:5 21:8 22:2 42:17 135:16
**interaction** 26:4 28:12 41:23 58:6 61:16
**interacts** 64:11
**interested** 161:2 211:1 236:18
**interests** 53:3
**interface** 16:16 111:18,19 114:3 122:15 123:6
**internal** 13:12 13:16,20
**internet** 22:19 216:20
**interns** 24:21
**internship** 13:13 13:17,23
**interposes** 9:7
**interpret** 74:6 83:20 138:13 181:16
**interpretation** 15:21 25:1 53:20 54:7 68:2 84:20 85:2 87:6,7,23 96:9,11 103:5 127:13 129:22 130:5 136:23 139:20 140:3 151:9 173:19 174:5 189:21 197:19 203:3 227:13
**interpretations** 44:16
**interpreted** 86:21 87:3,14 111:15 131:22 133:20 134:15 175:5 181:17 204:12 230:12
**interpreting** 53:10,16 58:22 59:23 123:10 174:14 205:5
**Interrogatories** 3:8 23:8,15 27:1 66:15 100:11
**interrupt** 43:4
**interruption** 56:18
**interval** 86:12
**interventional** 39:18
**intimated** 224:6
**intrigued** 140:8
**introduce** 6:17
**invasive** 57:16 57:19
**investigate** 234:5
**involve** 31:4 214:11
**involved** 19:15 37:21 38:4 41:9 70:13,17 72:15 75:1 89:1 110:5,20 111:21 194:18 233:2,16
**involvement** 72:12,21 110:3
**involving** 60:16 77:10 78:13 125:9
**in-house** 59:15
**ionizing** 111:21
**IR** 39:17
**Israel** 13:13
**issuance** 226:9
**issue** 122:7 196:6 207:2 209:5
**issued** 53:18 105:5,7 155:16
**issues** 19:14 27:20 70:2 195:22

**J**

**January** 1:19 6:11 24:3 150:5 236:9
**job** 9:3,5 19:3 21:12 22:8 54:13 93:3 155:1
**John** 41:10 52:5 70:10 128:8 132:16
**join** 45:6
**joined** 18:12 39:19
**jointly** 50:18
**journal** 17:22
**journals** 17:17 17:18 195:20
**July** 56:1,2 170:22 172:8
**jumping** 90:16
**jumps** 83:10
**June** 38:17 41:12 62:1 75:7 173:2
**Justice** 7:19
**Justin** 41:13,15 70:10 128:8 132:16

**K**

**Kaveh** 2:7 6:19 9:8 40:10 57:8 57:10 63:8 81:2 85:18 141:5 159:9,15 225:11
**keep** 30:22 178:1 179:6
**keeps** 46:18
**kept** 153:13
**key** 57:17 215:10
**kid** 47:7
**kidney** 19:15 113:5,8 114:20 114:20 115:4,5 115:10,11,13 117:12,18,19 117:19,21 118:2,3,7,9 119:3,19 121:2 121:3,18,23 122:1,2 139:5 143:4 146:12 147:2,15,16 148:1,4,16,19 149:20 153:8 154:8,8,12,14 155:4,19 156:11 157:23 159:4,4 161:10 162:9,14 164:5 164:7,9 165:2 165:12 166:8 166:17,21 167:2,7,12,14 167:15,21 169:19,22 170:7,9,11,13 170:23 171:12 171:19 172:13 172:14,16,17 172:23 173:1 173:17,21,22 174:17,20 176:19 178:9 180:18 181:7 183:3,21,23 184:5,12,14,16

184:17,22
185:1,5,18,19
185:23 186:1
187:10,11,23
188:2,6,10,12
188:18 189:7,8
189:12 190:7,9
190:12,18,20
191:2,13
192:13,17,19
192:21,22,23
193:12,21
194:4,6,8,11
194:13,22
195:2 197:7
198:1,3 199:23
200:3,14
202:19 203:5,7
204:10,13,17
205:2,18 206:4
206:4,6,13
207:18,20,23
208:10 212:9
212:13 214:2
214:22 215:4
215:13 216:4
219:8,12,14
223:21,23
228:14 229:6
**kidneys** 36:8
115:14,18,22
116:1,14,16
117:13 142:7
142:16 143:11
147:3 148:10
158:6 173:9,11
174:7 181:20
181:22 182:4
195:9
**kids** 113:7
**kid's** 214:2
215:13
**Kimberly** 26:19
26:20,21,23
**kind** 19:14 42:22
48:7 57:18
99:12 131:2
147:12 196:3
214:5 216:10
228:11
**kinds** 91:13
151:5
**knew** 45:18
59:23 170:16
205:9
**know** 12:7 19:16
20:7 22:1 25:5
26:19 28:6
37:1,2 38:14
38:22 42:2
46:17 47:23
49:5 50:9 59:5
64:7 68:18
72:10,20 73:21
74:5,7,9,20,21
79:22 81:2,5
81:20 84:16,22
85:6 86:18
89:1 94:10
97:9,11 99:13
99:13 103:22
107:19 117:11
120:20 122:20
123:18 124:2
126:18 128:19
128:20 130:11
130:11,21
131:5,7 133:6
135:10 137:5
139:21 140:9
141:5,11
156:16 157:1
157:15 158:16
158:21 161:8
162:13,15,20
166:6,10
167:13 168:3
168:20 170:20
170:23 175:16
175:18,21,22
177:19 178:20
184:7 185:20
186:19 188:8
191:15 195:22
196:19 197:12
197:17,19
200:1 204:22
207:7,19 208:8
209:17,20
212:11,11
214:1,16,17,17
215:1 217:2,2
217:17 218:17
219:5 220:5,6
222:20 223:6
224:10 225:11
226:16 227:13
227:17,17
228:8,13 231:9
231:10,11
232:5 233:6,14
233:15,22
**knowing** 43:10
60:2 189:15
**knowledge** 34:1
72:14 80:3
81:20 93:6
106:17 202:20
224:11
**known** 41:10
72:7 73:19
74:4,19 101:19

**L**

**labeled** 200:3
**lack** 193:10
**language** 144:15
**laptop** 46:3,5,8
47:20 68:10
69:14,15
180:11
**large** 153:6
167:12 187:4,6
215:12
**larger** 122:5,6
184:6 185:23
214:2
**late** 62:1 112:11
**lateral** 142:15
187:19
**laterally** 191:15
**lawsuit** 61:23
62:6,9,12,14
62:20 65:8
76:1
**lawyer** 78:16
144:17
**lawyers** 9:8 26:5
**LCR** 1:19
236:22
**leader** 18:6
**leadership** 17:11
39:15
**learned** 62:5
**leash** 185:15
**leave** 32:19 97:8
100:9 227:14
**leaving** 46:23
77:22 166:3
231:15
**Lebanon** 1:19
6:13 8:10
236:19
**lectures** 21:7,20
21:22
**lecture-type**
21:1
**left** 6:16 86:11
88:12,20 89:8
90:23 94:7,18
95:22 96:12
97:20 100:1
101:14 103:7
104:1 105:13
106:4,14
107:22 108:2
113:4 115:5,11
116:19 119:19
121:2 122:2
139:3,5 153:8
154:12,14
155:3,7 156:11
157:23 159:4
161:22,23
169:18,21
170:13 172:16
173:1,21,22
174:17 176:19
178:9 183:3
184:5,16
185:19,22
187:10,23
188:2,5,9
190:8 191:13
197:7 198:1,3
200:13 202:19
203:5,7 204:17
206:3 207:23
214:21 215:4
219:8,12,14
223:21,23
228:14,21
229:6
**leftover** 44:3
**left-hand** 188:18
**legal** 231:22
**length** 143:10
154:9,16
173:22 175:8
177:7,9 184:22
192:16,19,20
194:17
**lengths** 122:4
**lesion** 203:10
205:5,8 210:6
213:13,20
217:18,22
218:3 219:13
222:13 223:22
229:12
**lesions** 15:15
**letter** 40:11
83:18 182:11
**let's** 19:8 28:21
56:22 79:17

89:11 97:16,21 110:10 119:19 136:20 141:13 144:22 145:16 159:11 160:6 166:14,16 172:1,3 176:1 176:6 177:18 200:15 216:13
**level** 52:16 210:10
**Lewis** 41:13,15 41:21 42:10 49:16 51:8 52:9,14,19 70:10 128:8,14 132:16 136:5 140:18 141:3 143:21 212:16
**lexicon** 227:21
**license** 3:6 60:16
**licensed** 1:19 14:17 236:3
**licenses** 14:19
**licensing** 60:16 61:4
**licensure** 22:20 22:23 60:20
**life** 15:7 84:4
**light** 205:9
**lighter** 210:1 211:2
**likelihood** 127:9 224:19
**limitations** 149:4 187:15 208:2
**limited** 25:2,20
**limiting** 79:14
**limits** 167:17 169:16
**line** 4:2,3,4,5,6,7 4:8,10,11,14 55:17 72:3 188:10 194:5 218:7
**linear** 161:17 205:20
**lines** 149:6 201:1 201:3,5
**list** 81:21,23 83:10,11 126:20 230:15
**literature** 195:7
**litigation** 23:6 32:11 63:17 72:19 79:19
**litigative** 108:3
**little** 11:15 19:8 20:12 46:22 55:2 60:10 85:10 113:7 119:6,7 140:16 141:23 145:3 164:14 180:1,3 186:6,7,17 209:4,22 212:1 212:1,3 216:7 227:3
**liver** 114:19
**location** 50:7 192:14 206:18 207:15 210:5
**log** 35:22 36:17 45:11
**log-in** 220:21
**long** 9:2 115:5 115:11 137:10 141:9 154:10 185:1,5,18,19 185:23 196:9 203:11 217:20
**longer** 73:13 80:19 187:17
**longest** 184:22
**longitudinal** 115:13,18 116:14 117:11 142:14 162:1 174:17 183:3 184:19 185:4 185:18 210:15 210:18 212:4
**longitudinally** 114:21
**look** 22:22 24:10 29:11 32:12 43:14 44:4 45:21 46:13 50:18 64:21 66:22 68:13 69:18 80:14,22 82:5 86:4 89:3 92:7 96:9 99:10 105:6 110:10 119:5 121:8,9,21 123:14,19,21 124:18 126:1 126:17 127:3,6 127:16 130:11 133:3 140:23 150:6 156:8,20 159:3 166:16 168:2,8 170:8 170:14 172:10 177:15 178:17 179:2 181:8 182:17,18 184:1 186:22 187:17 188:4 188:10 189:7 195:19 196:20 197:13 199:2 199:17 200:15 202:3,5 205:16 207:12 209:21 213:2,9,17 214:4 217:21 222:11 227:22 228:1 229:16
**looked** 21:11 46:16 51:9 62:2,8 64:16 65:16,20 67:2 67:3,14 69:1 72:10 78:8 88:7 92:19 93:16 106:13 107:17 130:2 130:15 131:2,4 134:23 139:22 140:10 154:4 169:10 180:10 189:14,18,20 195:6 196:10 197:8 209:3,7 209:8,10,11,11 209:12,13,15 210:12 212:1,6 212:21 216:2 218:1 222:15 225:7
**looking** 11:2 31:12 46:11,14 46:16 47:12,16 66:21 67:6,17 68:9,12 72:16 80:8 81:14 93:1,9,17,18 102:6,11,11 112:11 114:19 115:17 122:4 124:1,5,14 126:11 128:1 131:9 132:21 133:2 137:7,13 140:1,19 143:2 144:4 147:12 147:13 150:11 155:21 160:21 162:7,20 163:17,22 164:4,10 167:22,23 169:11,11 178:19 180:17 183:21 184:4 184:11,20 185:3,7 188:12 192:12 196:1 197:10 200:20 201:3,16 202:4 204:9 205:8 206:13 209:7 209:19,21 211:19 212:15 212:17,23 217:10 229:1
**looks** 20:9 22:14 80:17 81:15 126:12 127:16 152:15 153:23 161:6 173:7 179:14 186:11 186:14,14 189:8 216:9
**loop** 83:16
**lose** 185:10
**lot** 19:3 39:21 116:23 121:10 130:17 138:13 142:21 146:21 227:11
**lots** 150:12
**Louis** 13:2
**lower** 117:21 118:8 162:15 188:17
**luminescent** 190:13 199:7 199:19,20 205:13
**lumped** 36:16
**lunch** 141:7
**lung** 84:10

**M**

**M** 76:3,3
**machine** 117:8 118:16,20 120:12 168:9 168:14,19 179:23
**madam** 27:16

**magnification** 186:13
**magnified** 186:8
**making** 71:3 88:18 104:2 128:23 151:18 156:4 178:2 185:22
**male** 166:5
**malignant** 201:9 215:3,12
**mammography** 53:2
**man** 75:18 88:9 90:20 167:12
**manage** 98:21
**Manager** 2:11
**managing** 25:17
**Manchester** 2:4
**mandated** 43:19 56:20
**manipulator** 111:23
**March** 206:2
**margin** 119:2,9 129:16 164:10 164:11 189:2 190:2,6 191:8 192:13 193:11 194:3,6
**margins** 142:15 143:4 146:3 164:17 165:2
**mark** 27:8 56:22 74:18 80:9 85:10,19 114:1 116:8 119:22 120:7 144:22 150:6,9 159:12 164:17 172:3 208:5,12 233:23
**marked** 12:5 22:16 23:4 27:3,10 32:20 57:2 80:16 85:21 108:16 141:17 144:23 150:10 159:17 172:4,5 189:4 189:5 208:19 234:2
**marker** 164:14 188:15 191:7 209:23 210:13
**markers** 119:13 146:2 191:23 199:18
**marking** 119:3 189:4 191:5 195:22,22 209:5
**markings** 114:4 166:23
**mass** 154:12 172:18,20 173:14,16,20 189:3,13,22 201:20,20,23 202:4,5,8 203:4,7 215:8 228:15
**masses** 145:12
**Match** 3:6
**materials** 23:18 30:6 41:6 234:6
**matter** 30:1 31:4 95:5 108:4 115:11 180:19 180:21 236:10
**Maureen** 110:22 112:1,3
**ma'am** 97:1
**McLane** 2:3 6:4
**McNulty** 143:22
**mean** 32:3 55:15 59:7 60:22 63:8 65:2 68:16 74:10 85:4 86:23 87:4,8 88:5,8 90:16 94:23 95:16 100:20 102:15,15 105:4,9 107:7 124:4 125:1,18 125:20 128:22 133:13 140:2 140:21 142:17 144:10 147:20 148:19,22 150:19 151:5 153:20 167:23 168:13 170:14 176:21 180:23 181:2 183:9,9 183:16,17 184:8 185:1,8 186:14 187:8 190:11,14,15 191:19 192:4,8 196:14,22,23 198:19,19 199:20 203:17 205:15 207:21 207:23 211:12 211:13 213:15 217:3 218:8,13 218:18 223:18 224:2 226:7 227:10 229:1 229:16 231:10 231:22,22 232:3,5
**meaning** 128:5
**means** 7:7 9:20 56:19 60:8 67:9 86:20 87:3,5 106:12 123:10 124:5 149:6 163:15 210:17 222:8
**measure** 114:1 114:10 115:23 119:22 164:20 191:14 199:13 199:19 229:14
**measured** 149:16 154:8 157:15 159:4 169:14 172:18 191:18 199:15 200:11 217:18 223:21
**measurement** 114:10 116:23 117:12 118:10 119:2,21 120:19 121:7 146:5,10 147:4 155:4,13 156:19 158:7 158:15,17,20 164:17 167:2 167:22 169:14 173:22 175:1 175:10 177:7 177:12 178:7 180:7,18,23 181:12 182:19 186:9 187:3 188:4 189:7 192:23 200:5 206:5 211:13 218:18 219:12 221:15 222:3 222:12,12 230:4
**measurements** 115:21 116:3,7 116:14 117:4,4 121:9 122:10 143:10 145:8 145:10,11,12 146:12 149:2,4 149:12 154:7 154:17,22 158:13 174:16 174:21 178:13 181:3,5,10,23 182:1 183:14 187:14,21,23 188:3 220:10 223:10 224:1,4 224:13
**measures** 153:8 154:15 155:6 198:4 218:3 219:8 229:20
**measuring** 118:18 121:15 157:22 188:16 192:17,18 195:23 200:6 211:6 229:23
**medial** 142:15 187:19
**medially** 191:16
**medical** 1:11 2:9 3:7,8,10,13 6:12,22 8:9,9 9:21 12:11,16 14:3 16:8,10 16:21 17:19 20:11,16 21:7 21:21 22:2 23:14 24:2,20 26:18 27:6 33:12 38:15 41:20 56:20 60:15,16,20 67:18,23 68:1 68:6 70:21 76:22 78:11 79:22 80:3 85:13 89:16 91:3 94:23 97:4 102:16 104:21 124:6 124:16 144:11 144:16 150:12 151:5 158:22 168:11 172:7 176:16 177:4

196:23 217:11 226:14,22 230:18 231:4 231:22,23 232:7
**medically** 91:9 91:10
**medicine** 13:13 13:16,20 14:9 14:9 15:10,13 15:19 16:5 17:9 18:13,19 78:19 79:18 116:12 142:10 143:15
**medium** 113:13
**meet** 34:5,6 35:12 50:16 55:7 73:14,17 105:23
**meetings** 18:4
**member** 17:12 17:17 18:18 20:19 71:8
**members** 37:19
**membership** 18:3
**memberships** 17:7
**memory** 26:23 61:19 70:12 82:7 103:1 135:9 137:4,5 137:6 140:2 157:11,19 158:3 174:8 226:20
**mention** 8:22 10:16 20:8 98:15 148:23
**mentioned** 9:1 51:9 101:7 130:8
**mentor** 22:4
**mentoring** 21:15
**mentors** 70:20
**Merchants** 2:8
**met** 19:1,2 63:19 231:10
**metadata** 168:20
**microphone** 185:11
**mid** 86:5 192:18 193:12 200:4
**middle** 43:22 55:9 153:5
**Middleton** 2:3 6:5
**midline** 117:19
**midnight** 99:19 102:2
**migrating** 207:17
**millimeter** 211:9 211:15 229:13
**millimeters** 153:8 198:4 200:12 211:8,9 211:16 219:15 222:13 223:22 229:21
**mind** 146:8 169:7 227:1
**mine** 79:5
**minimum** 33:16 116:3 143:9
**minus** 147:18 149:7
**minute** 230:15
**minutes** 32:22 71:16 82:12,13 123:17 127:18 141:10 225:16
**miscommunic...** 139:14
**misinterpretat...** 54:22
**misled** 79:6
**mispronounce** 9:22
**missed** 54:17
**misses** 106:20
**missing** 90:10 215:10 222:22 234:10
**Missouri** 13:2
**mistake** 54:7,8 90:11 220:23
**mistakenly** 54:21
**modalities** 116:23
**modules** 18:21
**Mom** 72:7
**moment** 32:19 140:23
**monitor** 33:20 34:9 35:3 69:14 82:5 90:2 113:19 135:20,22 136:7 137:7 168:2 197:21
**monitors** 46:4,6 50:13 124:12 127:12 136:6
**month** 34:5
**months** 34:8,10 170:22 171:20 172:9 173:4,5 173:15 202:16 203:12
**morning** 6:3,19 7:1,2 42:11,16 43:9 44:2,5,20 45:21 47:17 49:4,7 50:5 51:10 53:6,15 53:19 58:8,23 59:2 60:1,3 68:10 73:11,12 98:13 99:19 102:23 105:23 127:1,7,11,23 128:18 132:4 132:14 133:14 133:16 135:4 135:15 137:1 138:3,18 150:5 156:22 180:12 180:15 212:14 225:11 226:5
**move** 111:12 216:21
**moved** 113:17 180:1
**movie** 216:8
**moving** 88:3 119:17 141:8 207:16,18 216:1
**MRI** 53:3 134:22 214:7
**multinodular** 172:18
**multiple** 142:19 151:1 153:10 153:22 196:16 198:6 210:9
**mystery** 11:1
**M.D** 1:18 3:4,6 3:15 40:1 235:5,14 236:8

**N**

**name** 6:3 8:6 41:14 47:14 55:16 74:21 75:15 110:23 123:5 130:14 132:15 205:6 232:22
**named** 26:19 74:2,18 110:21
**names** 109:2 230:21
**narrative** 10:9
**Nashville** 12:21
**nature** 42:21 45:18 92:16 99:11 189:2,3 189:15 195:2,9 233:11
**near** 207:6
**nearly** 225:12
**necessarily** 148:11 157:14 162:7 177:8
**necessary** 34:1
**need** 7:15 9:19 9:20 10:13,16 17:20 28:3 33:13,15 34:9 35:19 56:21 82:13 83:5 84:5,13 96:7 98:17 99:3 102:17 132:18 137:16,21,22 138:11 157:14 158:14 196:20 196:21 224:16 225:15
**needed** 44:6 97:23 192:1
**needs** 35:12 36:12 87:3 122:22 228:2
**neighborhood** 134:2 205:23 210:3,4 212:5
**neither** 236:12
**neuroradiolog...** 134:23
**neuroradiology** 38:19 39:1
**never** 86:16 175:13 220:20 222:4 233:10
**new** 1:2,19,20 2:4 5:6 6:13 7:6,19 8:10 14:18 17:3 38:18 100:8 169:3 179:16

182:8 216:13 216:22 236:5 236:19
**news** 93:23
**Nicholas** 2:2 6:6
**Nick** 11:23 22:10 56:1 225:16
**night** 43:11,23 45:20 51:5 55:9 59:17 61:18 62:18 65:19 85:6 95:1 126:15 128:3 134:4 141:1 151:13 152:5 166:7 179:11 180:11 218:6 222:17
**nighttime** 133:20
**nod** 10:5
**nonclinical** 22:6
**noninvasive** 58:11
**nonrecorded** 10:1
**nontranscribed** 10:1
**non-IT** 223:19
**normal** 147:16 148:5 154:10 167:16 169:16 190:8 199:9
**normally** 114:18 120:1 148:22 150:21
**North** 14:20
**Notary** 235:20
**notation** 107:20
**note** 41:18,19,22 87:18,20 88:18 94:6 113:23 114:1 143:5 157:9 177:21 198:15 199:11
**notebook** 3:17 159:16
**noted** 84:19 112:13 144:20 146:8
**notes** 236:7
**notice** 5:8 121:11 153:21
**noticed** 119:6
**notification** 85:1
**notify** 82:21
**nuclear** 15:5,8 15:10,13,19 16:5 18:13,21
**number** 17:2,6 19:17 23:3 24:18 25:15 26:10 33:14,17 33:18,18 35:4 35:6,18 37:2,7 40:23 48:6 57:9,10 64:9 75:1 88:11 108:8,14,18 109:9,10,12,14 109:20 130:12 142:1 148:5 160:10,11 165:14 166:4 166:20 172:12 182:8 185:21 208:18,22 220:16 229:11 232:18 234:17
**numbered** 110:1 160:18 229:5 236:6
**numbers** 33:20 35:22 36:19 64:21 109:13 145:14 147:10 183:11 187:6 191:18
**numerical** 36:10 160:11

**O**

**oath** 7:19 26:17 137:4 235:14
**OBGYN** 144:2
**object** 30:23 65:10 77:14 104:6 141:9 169:5 175:16 177:17 182:22 203:13 221:9
**objecting** 198:17
**objection** 9:7,15 29:6,7 31:21 65:6 94:20,22 95:4 98:18 100:19 103:14 157:9 159:1 176:20 177:21 183:7 189:17 198:15 202:22 203:16 221:21 223:16 232:13
**objections** 5:9 7:7 24:14 172:2
**objectively** 223:14
**oblique** 192:22
**obscure** 194:1
**observation** 45:14
**observations** 52:15
**observed** 49:18 87:12 101:11 204:11
**obstetrics** 16:13 16:15
**obtain** 28:23 187:14 234:6
**obtained** 154:22 177:9 178:13 182:1
**obviously** 9:6 12:9 22:11 64:19 65:13 85:5 150:12 153:3 166:11 169:21 170:14 190:1 194:17 207:1 224:15
**occasion** 8:15 73:14,16
**occasions** 181:13
**occupying** 202:18
**occur** 139:14
**occurred** 48:4 93:22 94:1,2 193:17 219:21
**occurring** 196:4
**occurs** 49:19 165:9 172:11
**October** 12:18 16:22
**offense** 10:7
**offer** 20:16
**offered** 20:15
**officer** 17:12
**officerships** 17:11
**offsite** 59:8
**oftentimes** 102:10 121:7 227:14
**oh** 48:13 145:16
**okay** 7:22 11:14 11:21 14:2,6 19:5,9,10 20:6 22:17 23:20 25:14 26:3,17 27:4 28:3 30:13 32:14 50:12 53:21 59:3,12,16 61:3 66:12 89:11 96:4 99:14 101:19 102:18 106:19 106:23 107:16 107:19 108:13 117:22 122:5 123:9 126:6 132:13 134:1,1 134:19 144:4 149:11 150:20 152:14 155:10 158:1,3 160:21 162:23 163:21 165:23 166:14 168:17 179:10 185:6,15 190:6 191:4 199:23 204:18 205:5 207:1 210:8,19 211:1,6 214:9 217:4 218:7 221:9 223:7 225:9 230:6 233:12
**old** 123:1
**omitting** 225:17
**once** 34:3,5 105:11 120:4 165:6,9 226:4 234:9
**oncologists** 16:2
**oncology** 173:7
**ones** 36:22 70:23 79:4 84:9 196:15 208:3 228:7
**online** 59:6 126:7 195:19
**open** 132:17 135:23 157:7
**operative** 82:10
**operator** 117:2 147:1
**opinion** 44:6 178:2 187:5 232:2
**opinions** 55:11

**opportunity** 7:12,16 8:19 24:7
**opposed** 30:9 177:14
**optics** 46:8
**optimize** 43:20
**option** 83:19
**options** 78:5 83:15
**oral** 11:4
**oranges** 184:23
**order** 21:23 74:6 85:10 164:16 199:1 208:8 214:22
**ordered** 91:20 92:3 110:19 175:14 236:11
**ordering** 92:12
**organ** 114:18 145:10 146:3 164:11
**organization** 61:5
**organizations** 17:7
**organized** 109:8
**organs** 36:5 148:18 184:4
**orient** 151:14 160:6
**orientation** 161:2
**original** 209:14 224:16
**Osteopathy** 40:3
**outreach** 17:4
**outside** 28:11 29:9 31:21 32:11 34:3 54:3 75:10,21 149:20 165:19 166:9 171:7 201:9,19
**outweigh** 227:17
**overall** 212:1 227:19
**overestimated** 155:18,23 187:12
**overnight** 42:7 43:5 53:16 58:22 122:21
**overseeing** 21:16
**oversight** 21:3 35:4 37:14 39:6
**Oxford** 3:14 143:20
**o'clock** 112:12 112:12 133:15 133:22 151:16 224:3

**P**

**P** 3:6,15 66:2,3 128:5
**PA** 40:4
**packet** 85:11 99:11
**PACS** 64:14 65:18,21,22 69:5,6 120:17 123:1 124:7,7 127:20 155:8 155:14 168:9 168:14,19 175:12 182:14 183:19 216:2 219:2
**page** 4:2,10 14:6 25:2 57:5,11 85:23 86:4,6 99:10 109:12 110:10 125:6 132:21 142:13 144:21 145:6 145:14,17 147:13,14 150:12,14 152:1,3,9,10 152:11 162:2,5 172:16
**paged** 48:1
**pages** 108:23 145:6,20 236:6
**pagination** 147:10
**pain** 100:8
**pale** 172:15
**Panel** 18:19
**paper** 75:12 160:8 168:1 196:13 197:5 197:16 198:23
**paradigm** 43:15 43:17 44:20
**paragraph** 57:11,12 58:10 86:5 143:7 149:1 153:6 229:5
**paragraphs** 229:3
**paralegal** 26:19
**parallel** 201:1
**parameters** 18:12 29:6
**parens** 86:9,10 147:17
**parents** 1:5 2:5 6:8 73:9 96:6 98:12 101:12 131:23
**part** 13:21 16:4 16:7 18:8,10 18:15,16 20:15 23:5 24:13 43:2 45:6 56:14 87:1 93:2 112:12 115:15,16 116:6 118:7,8 119:17 126:19 131:6 133:17 146:13,23 162:2,3,4,10 162:11,12 163:10,11,18 163:18 164:6,7 179:7 182:7 183:21 189:9 189:11 190:8 190:14,15,20 191:12 192:17 196:23 197:1 197:11 199:5 204:13 205:2 215:10 216:5 220:8 221:7,17 224:16 227:6
**participant** 26:14 76:17
**participants** 41:22
**participate** 18:6 76:2,3,16,20
**participated** 28:6
**participating** 128:11
**participation** 17:15 24:17 26:12 42:3,15
**particular** 16:1 17:10,20 19:19 47:3 49:13 56:16 64:11 78:13 85:15 86:8 90:19 100:14 112:20 118:4 140:8 146:18 163:16 164:2 199:8 232:16
**particularly** 11:1 14:20 15:23 17:8 40:6 45:11 51:15 93:4 99:4 113:6 122:6 134:11 154:13 170:6 173:21 181:6 229:7
**parties** 89:1 236:14
**partly** 188:16
**passed** 87:9
**pathology** 145:13 148:18 173:7
**patience** 234:11
**patient** 43:20 53:9 68:7 83:14,18 84:12 84:14 95:7 112:21,22 113:2 121:1,19 146:16 147:5 147:23,23 148:11 162:2,4 163:10,11 214:10,12,14 214:16 216:13 228:2
**patients** 15:22 16:5 21:17 47:11 75:19 121:18 217:3
**patient's** 67:17 87:9 95:17 111:13 113:17 138:9 146:16 161:21 162:12 162:14 163:3 165:21 232:22
**pattern** 210:23
**Paul** 108:11 162:21 185:9
**pause** 9:14
**pauses** 10:3
**Peace** 7:20
**pediatric** 100:4

121:19 230:22
**pediatrician** 74:15
**peer** 75:22 76:3 76:9,11,18,21 77:2,9,22 78:3 78:12,15 231:6 231:9,14,16 232:4,13
**peer-review** 75:10
**pelvi** 229:8
**pelvic** 36:2
**Pelvicaliectasis** 229:9
**pelvis** 35:13
**pen** 191:5
**penalize** 35:15
**pending** 10:18 62:1
**penetrate** 146:19 161:11 161:13 190:23 191:1
**penetrated** 164:1
**penetration** 161:10,19
**people** 21:5 46:18 71:1 110:4 204:12
**percent** 133:10 137:11
**perfectly** 19:6
**perform** 58:11 112:10 123:16
**performed** 40:8 58:9 59:14 134:12 139:16 143:10
**performing** 113:20 119:15 134:16
**performs** 139:18
**period** 40:12
**periodic** 90:1
**permutations** 81:22
**person** 59:8,18 113:20 123:5 134:16 139:9 217:1
**personal** 74:10 137:3,5,6
**personally** 55:13 73:6 74:8,22 97:12 137:15 183:10,12 213:20 220:6 235:13
**personnel** 70:16 88:17
**perspective** 223:19
**peruse** 82:15
**perused** 61:21
**phone** 74:10 102:20 132:7 134:21 135:1 137:13 139:8
**phoning** 48:2
**photocopied** 145:1
**physical** 135:3
**physically** 27:16 44:17,22 45:12 45:23 55:10 137:12
**physician** 3:5,5 39:17 57:16 58:17,19 59:1 60:5 83:9,13 92:10 93:15 127:22 222:2
**physicians** 24:22 57:7,12 58:3 80:4 231:18
**physician's** 39:23
**pick** 215:14
**picture** 45:9 48:22 175:13 177:15 179:13
**pie** 161:6,15,20
**pie-shaped** 163:12
**PL** 3:18
**place** 19:16 31:6 50:15 71:14 77:10 78:13 162:9,9 172:8 176:22 179:17 193:6 207:18
**placed** 113:13 165:17 166:2 167:19 180:5 187:8 192:1 193:10
**placement** 170:2 179:19 196:1
**places** 119:1,8
**plain** 222:4
**plainly** 211:1
**Plaintiff** 6:7
**Plaintiffs** 1:9 2:4 3:7,9
**Plaintiff's** 23:15 27:7
**plan** 15:11
**plane** 212:9
**played** 216:8
**playing** 216:7
**please** 8:7 24:19 25:15,20 28:3 79:11 104:8 172:3 229:17
**pleasure** 141:6
**plenty** 100:6
**plug** 141:11
**plus** 133:9 147:18 149:7
**PL000295** 86:1
**pneumothorax** 84:11
**point** 9:9 38:8 53:11 54:10 60:23 73:14 86:6 90:8 91:3 91:17 131:19 133:12 134:7 137:3 164:3,23 169:13 177:9 195:2 198:21 222:22 224:20
**pointed** 66:19
**points** 14:7 120:13 223:2
**pole** 115:16 118:8,9 153:8 154:14 162:13 162:15 167:3,7 167:21 173:20 180:2,3 183:22 183:22 184:12 187:10 188:1,9 190:8 191:10 192:7,9,10,11 192:18 193:13 193:13,14,20 198:1,3 200:2 200:2,4 202:9 203:5,19,23 204:17,22,23 205:4 206:1,6 207:17,20,22 213:10 214:21 217:19 219:14 223:23 228:14 229:7
**poles** 117:21 165:11
**policies** 25:17,21 55:19 56:8,21
**policy** 3:11,12 4:13 55:23 80:12,18,22 81:8,10,11 82:19 83:3,12 84:23 135:6
**policy's** 135:7
**portion** 27:13 85:13 93:8 181:6 188:16 192:20,21 194:22
**portions** 57:17 109:7 201:23
**position** 14:4 16:7 28:15 33:5 112:22 113:10 117:3 147:5 234:14
**positioned** 112:23 190:10 195:5
**positions** 17:11 109:3 113:6
**positive** 40:2 49:2 135:2,6 137:13 138:16
**positively** 49:8
**possibilities** 213:16
**possibility** 93:12 139:13
**possible** 42:9 136:8 147:7 202:4 220:19
**possibly** 228:19
**posterior** 162:12 163:11
**postulate** 201:12
**post-graduate** 12:23
**post-medical** 12:23
**potential** 196:8
**potentially** 84:4
**pounds** 166:6
**practice** 5:7 12:21 16:3,7 18:12 43:6,7,8 46:1 49:9 131:6 132:8 133:1,8 134:1

134:3 135:11 137:5 144:14 182:3 233:9 236:4
**practices** 16:3
**preceding** 134:4
**precise** 46:8 185:20 209:4
**precisely** 219:20
**prefer** 168:1
**preliminarily** 87:4
**preliminary** 3:16 53:18 54:11 68:19 85:8 86:21 87:5,5,7,22 88:5 89:3 90:14 94:12 95:18,20,20 96:10,10 97:14 105:4,6,7,10 105:21 106:9 107:21,23 124:20,22 125:8 126:4 128:6,7,23 131:11 137:17 138:5,10,13 150:2,8,19 151:13 152:2,4 152:9,13,19 153:16,18,21 155:17 158:8 174:3,18 175:6 180:9 219:7 222:11,15 223:20 224:10 224:14 225:10
**preparation** 63:17 66:12 70:3 189:20 218:6
**prepare** 23:7 45:20 61:15
**prepared** 25:12 126:23
**Presbyterian** 216:16
**presence** 61:17 62:18
**present** 2:11 9:4 44:1,10,22 45:23 55:10 57:17 93:2,4 94:10 103:2 135:15 137:12 138:14 146:17 157:1 172:19 173:17 197:3 202:16
**presentation** 92:5 147:2
**presentations** 151:1
**presented** 25:5 80:2 91:21 160:21 174:21
**presenting** 199:9
**preserved** 7:9
**presumably** 105:23
**presume** 215:11
**pretty** 27:15 167:7 191:18 201:1 226:23 227:2
**previewing** 72:16
**previous** 93:3 148:12 166:13 201:17 204:14 205:17 208:3
**previously** 8:13 100:15 141:23 153:6 198:2 204:10 207:4
**primarily** 17:22 228:22
**primary** 228:22
**print** 22:21 120:15 175:22
**printed** 7:13 119:10 168:13 197:15 198:23
**printing** 27:13
**printout** 168:1
**prior** 12:20 13:12 14:13 24:16 56:11 64:1,5 68:16 72:13,16 75:2 93:2,5 130:2 131:7,8,10 141:2 149:21 153:10,22 181:14,17 197:9 198:6
**privilege** 7:8 28:19 61:6 63:16 76:11 79:5
**privileged** 26:2 28:11,15 29:21 60:18 76:13
**privileges** 100:3
**privy** 95:15 227:12
**probable** 42:9 173:13
**probably** 21:19 21:20,21,23 36:15 42:13,14 42:14 47:17 52:2,11 69:22 87:20 99:6 127:23 130:7 132:9 142:20 144:17 156:3 164:8 171:10 179:5 180:4 187:9 188:8 191:2,10 192:9 192:10 193:13 193:14 205:15 209:16 210:18 210:20 211:18 233:6
**probe** 87:8 88:3 111:12,22 113:9,14 117:3 119:17
**problem** 122:8 171:15 187:13 195:10 196:3
**problems** 11:12 130:17
**procedural** 39:21
**procedure** 37:12 50:15 57:20 59:6 76:4 117:13 145:23 220:21
**procedures** 16:17 21:1,18 25:17,19,21 57:14,16 86:19 110:15 138:2 139:7
**proceeding** 108:3
**proceedings** 21:2
**process** 24:6,17 26:7 37:14 45:9 76:9,13 76:18,21 77:2 77:9,19,22 78:4,12,17,23 79:14,19 87:10 120:19 123:12 129:5,8,13 145:22 158:23 165:9 196:19
**processes** 23:5
**Produce** 27:11
**produced** 17:18 23:13 236:15
**producing** 18:20
**product** 28:19 63:5,10
**Production** 3:9 23:9 27:7 66:15
**Productions** 23:11
**professional** 2:3 6:5 17:7 18:1 18:20 24:5 143:14 236:2
**professionally** 21:13 22:12
**professionals** 109:3 110:4
**professors** 70:21
**program** 3:11 18:14 21:15 22:4,5,8 32:23 33:1,2,8,23 34:2,4,12,21 34:23 37:18 38:21 39:19,20 40:15,15 41:1 41:15 50:22 52:10 53:23 56:9,11,12,15 95:6 133:17 146:6 221:16 221:23
**programs** 35:15 39:2,3
**progress** 34:9
**progressed** 90:3
**progressing** 34:11
**progression** 121:20
**project** 146:5
**prone** 112:21 113:6
**proper** 181:12
**properly** 225:7
**protect** 9:9 221:13,18

**protected** 63:12
**protocol** 44:20 115:1
**protocols** 24:23 142:5
**prove** 79:5
**provide** 24:23 43:20 142:4,7
**provided** 12:2 24:15,20 41:6 41:20 55:4,18 66:13 87:22 92:13 93:14,15 96:11 127:21 150:4 168:12 168:22 171:7 173:18,22 174:5 175:2,14 177:14,19,19 181:22 183:11 186:12 189:23 192:8 203:1,18 214:20 219:17 228:16 232:14
**provider** 64:10 112:16,18 129:17 227:15 230:10
**providers** 41:22 89:23 110:4 217:3,8 226:7 226:7 228:22 230:17 233:1 233:13,15
**providing** 12:2 44:15 68:1 140:18 181:5
**provision** 82:20
**provisions** 84:22
**prudent** 91:12
**public** 60:22,22 61:10 235:20
**publication** 80:1
**publications** 18:3 195:13,20
**pulled** 135:20 167:10,14 219:9 222:18
**pulling** 67:17 124:15
**purely** 47:16
**purpose** 11:8 62:3 121:15
**purposes** 5:5 61:6 75:19 97:18 98:6 164:17 174:19
**pursuant** 28:10
**pursue** 28:20 31:20 32:16 191:22
**pursuing** 29:5
**put** 11:20 48:16 56:8 57:10 92:9 95:19 113:15 114:18 118:5 119:12 120:6,9 155:23 156:14 159:16 164:18,19,21 164:22 165:1,6 169:23 176:1 180:6 183:17 190:1,3,3,11 193:15,18 194:16,20 222:18 223:11
**puts** 80:14 111:5 164:16
**putting** 90:18 130:18 183:19 184:3
**P.C** 2:7
**P.F** 1:18 8:8 235:5,14 236:8
**p.m** 110:20 122:14 152:4 224:3
**P.O** 2:3,8

**Q**

**quality** 39:10,16 50:12 95:7
**quarterly** 34:7
**question** 9:11,16 10:18 18:18 23:17,17 24:18 25:3,5,10,11 25:15 26:3 27:15,22,23 29:3,14 32:2,8 32:13 39:7 46:23 48:4 58:13,21 60:17 61:9 62:11 63:1 75:9,23 76:15 77:3,6,6 77:11 78:17 79:10,11,15 86:14 91:23 95:11 97:18 98:19,22 101:1 101:3 104:8 106:11 125:11 131:21 157:10 157:16,17,18 171:22 174:10 175:17 180:20 195:12 198:18 213:19 215:11 220:4 221:10 225:3 226:18 232:11
**questioning** 72:3
**questions** 9:3,6 23:10 24:3,5,8 26:15 27:21 30:10 66:19 77:14 79:8,8 79:12 110:13 171:13 177:22 178:3 234:4
**quick** 87:15 127:6
**quickly** 12:14 151:14 168:6
**quite** 224:6
**quoted** 171:10
**quote/unquote** 201:11

**R**

**R** 236:1
**RadExam** 18:17
**radiation** 16:2 111:21 214:15 227:16,18,18
**radioactivity** 15:19,23
**radiologic** 53:11 68:11 70:12
**radiological** 16:16 35:5 44:15 66:22 80:10 81:6 82:18 109:20 159:13 160:1 186:21
**radiologist** 13:18 16:19 34:3 43:22 44:1 54:9 55:16 58:23 59:15 68:14 82:21 87:11 88:3 103:20 104:4,14,15 105:12 111:5 111:11,22 112:9,14 118:23 119:12 119:16 120:18 133:21 143:2 144:14 147:1 160:3 164:9,16 164:19 222:1 227:10,22 231:1
**radiologists** 16:4 18:9 24:22 43:18 83:20 114:14 146:1 211:14
**radiologist's** 98:8 131:6
**radiology** 3:10 3:11,14 4:11 12:10,17,20 13:4,8,22 14:4 15:2,4,4,5,6,8 15:14 16:12,20 18:11,15,16,21 20:11,15 24:22 25:1 33:1,7,13 33:22 35:9,11 38:2 39:18 41:1 42:4 53:14 56:9 64:15 65:22 86:10,17 87:19 88:18,23 92:13 93:8 94:5 97:6 103:16 108:5 109:16 111:4,6 112:4,9 116:23 122:22 124:7 124:11,12 143:21 197:1 215:14
**raise** 7:20
**raised** 27:21
**range** 147:17 149:7,20 165:20 166:9
**rate** 132:21 152:17 209:18
**rationalization** 183:1
**reach** 33:15
**reaching** 35:21
**read** 17:4 35:19 43:23 73:23 75:12 86:10,15 86:17,22 87:5 87:5,7,13,15

87:16 88:5 91:17 95:17 96:20 100:18 103:20 104:23 105:1,3 111:9 175:6 181:19 235:1
**reading** 50:3,11 56:6 69:16 110:17 126:19 132:10,13 176:18 177:2 202:1
**readings** 33:16 174:16 176:23
**readjust** 185:14
**ready** 108:12
**real** 10:4
**realize** 47:11 60:10 102:1 160:8 206:12
**really** 8:18 9:18 11:8 24:15 46:22 57:3 68:21 73:21 89:9 102:13 127:9 129:20 136:9,15 137:9 137:9 151:6 166:5,8 167:6 185:16,21 186:8 188:1 197:4 210:22 212:7 227:20
**realm** 67:21 211:12 219:22
**realtime** 87:11 113:18 155:19 156:13 178:14 179:22 182:2 192:6 196:17 198:11 216:1 216:10
**reason** 9:12 10:16 91:19 135:21 139:11 156:16 158:14 161:6 163:12 167:10 174:23 190:22
**reasonably** 12:6
**reasoning** 92:11
**reasons** 95:14 175:9
**reassurance** 221:1
**reassure** 220:19
**reassured** 149:19 183:2
**reassuring** 140:12 148:15
**recall** 26:21 40:20 42:8,20 46:15 49:12 50:1,2,22 51:2 62:2 72:18 75:6 84:16 85:8 93:9 102:19 128:14 129:10 130:6 132:6,12 133:10 140:5 140:21 141:2 158:2 174:11 205:16 230:6,9
**receive** 17:17 24:7
**received** 3:17 14:9 66:23 85:17 100:13 108:21 152:18 234:7
**receiving** 18:2
**recertified** 15:11
**recertify** 15:12
**Recess** 71:21 208:20 225:21
**recognition** 97:11,12
**recognize** 60:4 75:13 99:11
**recollection** 27:16 42:16 46:10 48:20 49:20 72:6,11 75:3 129:7 130:1 218:14
**recommend** 143:12 227:9 227:14
**recommendati...** 99:7
**recommended** 227:4 228:6,16
**recommending** 228:17
**record** 6:2 8:6 9:9 10:4,8,23 41:20 47:1 65:9 67:18,18 67:23 68:1,6 71:18,20,23 79:1 85:13 86:8 89:17 95:1 97:4 102:16 108:15 108:19 124:6 124:16 131:20 135:8,13 136:10,21,21 141:13,14,16 141:19 158:4 166:7 174:14 176:7,8,11,12 176:14 177:4 182:7 196:23 208:18,23 209:2 215:18 217:11 223:3 224:9,16 225:20,20,23 234:18
**recorded** 10:22 174:20
**records** 3:13 32:5 40:7 45:10 46:19,20 68:12 72:10 85:12,15 86:1 88:12 89:19 101:10 103:3 104:9 124:16 124:16 150:13 158:22 160:12 176:16 207:13 223:11 226:17
**recreate** 222:3
**rectangular** 161:16
**redacted** 65:5
**redoing** 221:14
**redone** 220:11
**redraw** 156:1
**refer** 88:2
**reference** 41:7 104:2 108:1 123:2 125:17 158:21
**referenced** 80:1 103:20 107:21 143:19
**references** 83:23 233:19
**referencing** 27:5 104:11 158:23
**referred** 25:23 89:7 99:5 189:13
**referring** 29:22 82:21 83:9,13 84:8 92:10 93:15 103:16 205:19 224:7
**refers** 128:20 184:7
**reflect** 174:16
**reflected** 41:21 48:10
**reflecting** 64:23
**reflections** 111:14
**reflects** 30:21 49:17 63:4 111:19 172:7
**refresh** 61:19 226:20
**regard** 30:13 196:6
**regarding** 25:15 30:4,8 48:2 139:4 152:8 157:22 181:20 230:10
**regardless** 92:19 92:21,22 94:12
**region** 154:14 202:9 213:6 229:7
**Regional** 17:2
**Registered** 236:2
**regular** 200:22
**regulatory** 79:18
**relate** 22:20 226:17
**related** 30:15 45:16 64:10 236:13
**relates** 110:1
**relating** 4:14 59:6 182:12
**relation** 170:7
**relationship** 19:20
**relative** 62:8,10 232:12 236:16
**relevance** 63:18
**reliability** 101:6
**reluctant** 20:7
**remain** 82:9,11
**remains** 144:9
**remeasure** 154:21 155:17 156:1 157:15 158:18 181:21

214:3 220:2
**remeasured** 155:4 156:11 158:19 173:23 178:11,21,23 179:1,2,5 183:12 219:16 220:3,11
**remeasurement** 168:7 174:9,13 193:8,16 217:14 218:12 218:15 219:21
**remeasuring** 155:20 157:2 157:12,20,22 158:6,23 179:7 183:15
**remember** 26:3 29:18 46:14,15 47:5,7,12,13 47:14,14,15 48:1 49:8,13 52:9 129:7,9 139:23 140:7 140:13,17 141:2 193:7 204:4 225:9
**remote** 67:4 68:22 130:20
**remotely** 17:5
**removed** 125:1 125:10,12 223:4
**renal** 3:14 36:3 36:21 37:7 44:8 67:1 86:9 86:12 88:12,20 89:8 90:23 94:8,18 95:22 96:12 97:20 99:23 100:1 101:13,14 103:7,23 104:1 104:4,11,20 105:14 106:5 106:14 107:22 108:2 109:18 111:8 114:23 115:21 116:9 123:17 130:9 131:21 141:22 142:5 143:10 146:11 147:21 147:22 153:10 153:23 154:11 175:8 177:6 192:19,19 196:8 198:6
**render** 55:14 127:13 139:19
**renew** 15:9
**repeat** 8:23 79:11 104:8 121:5 180:20
**report** 3:18,21 48:16 53:18 54:11,12 55:15 55:17 61:20,21 66:8 68:19,19 69:9,19 80:8 80:12 83:8,8 83:23 85:8 89:3,6,7,8 90:13,14,14 93:8,9 94:3,13 94:14 95:18,20 95:21 96:7,8 96:10,10 97:14 97:15,21 98:10 98:15 105:4,6 105:7,10,21 106:9 107:21 107:23 124:19 124:22 125:2,8 125:10,12,16 125:18,19,20 128:6,21,23 129:1,3,8,9,15 129:21,22 130:2,21 131:11,12 137:1,18,21 138:5,10,19 150:2,3,8 151:10,14,20 151:21 152:6 152:10,11,12 152:19 153:2,3 153:4,13,16,19 155:17 158:9 159:23,23 170:21 171:5 171:10,15,16 171:17 172:2,6 172:7 173:2 174:3,18,19 175:7 177:6,11 180:9 182:20 183:6,12 198:9 209:7 219:7,8 219:11,13 220:17 222:11 222:15,19 223:19,20 224:10,14 225:10 226:5,9 227:7 229:1,15 229:17,19 232:14,17,22
**reported** 73:2 95:2 158:20 170:12 174:2 175:4 180:8 222:14 224:1,4
**reporter** 1:20 11:18,21 56:18 117:22 118:1 188:21 236:3,3
**reporting** 3:11 4:11 80:11 81:7 236:4
**reports** 3:16 43:21 57:15 60:6 66:22 67:3 68:11,14 68:16 69:2,6 92:8 97:10 138:14 150:20 159:13 176:16 207:13 224:12
**report's** 158:8
**represent** 6:21 23:23 61:23 72:23 226:11
**represented** 38:1
**representing** 49:17 74:23 205:21
**reproducible** 181:5
**reputation** 73:20
**request** 3:9 27:7 28:22 40:10 108:22 182:10 182:17
**requests** 4:9 23:8,11 27:11 66:15 178:19 182:16
**require** 169:19 174:15 234:8
**required** 13:21 33:14,16 133:18
**requirement** 36:10 116:2
**requirements** 33:11
**requisition** 92:13
**requisitions** 74:21
**research** 80:1 195:6,16,17
**reservation** 225:13
**reserved** 5:10
**reserving** 234:5
**residency** 3:10 13:7,22 14:1 22:5 32:23 33:8 34:4,11 34:22 35:9,20 38:9,11,14 39:5,19 40:13 41:1 52:6 56:9 56:15 133:17 221:17
**resident** 35:11 35:19 36:12 37:7 38:3 39:12 41:11,15 43:11 44:15 45:5 51:12,13 53:17 54:10,23 55:5,6,14 58:6 86:10,18,22,23 87:19 88:19,22 88:23 94:5,11 95:9,19 96:2 96:19,20,21,23 97:6,19 103:12 103:16,17 105:12 111:6 112:9,15 122:22 126:22 128:13,16 134:3,12 138:13,14
**residents** 21:16 21:22 22:2,4 24:21 33:1,7,9 33:10,14,23 34:5,10,15,16 35:5,21 37:13 37:22 38:4 39:12,14,15,22 40:5,23 41:8 42:10,23 43:23 45:4 49:9 50:17,19,22,23 52:19 54:1 55:8 58:11

95:6 98:4 115:9 118:12 120:3 132:8 133:2,8,18 142:8,21 144:12
**residents/fello...** 128:17
**resident's** 137:16,21 138:10
**resides** 217:15
**resolution** 46:8 161:10,18
**respect** 19:11 29:4 30:5 39:8 40:5 43:9 52:14 64:9 76:4 77:15 82:17 84:16 111:1 125:7 144:8 146:10 154:7 164:9 182:21 230:7 232:6
**respond** 26:15 32:4 98:22 182:17 183:8 225:1
**responding** 29:16
**response** 10:5 25:4,5 26:12 27:5,13 28:6 28:10 32:13 108:21
**Responses** 66:14
**responsibilities** 33:4 34:18 53:5
**responsibility** 53:19 54:9,19 57:6
**responsible** 53:8 53:10,13,16
54:4,5,20,23 57:13 60:8 103:17 106:19 106:21 129:17
**rest** 95:23 100:3 189:11
**restrict** 78:16 171:2
**result** 32:4 81:9 82:14 84:15 150:15 152:2,4
**resulted** 167:1 170:2
**results** 3:6,12 4:13 25:18 80:12,21 81:8 84:1,5,19 85:7 85:9 128:19
**resume** 17:6 71:16 225:15
**retained** 5:16
**retook** 175:3
**retroperitoneal** 36:4,12,21 37:7 44:8 67:1 111:8 114:23 115:17,20 127:16 146:11
**retroperitone...** 36:5
**Return** 100:6
**reveals** 97:15
**review** 7:12 24:8 34:14 42:4,6 42:13 44:23 45:14 49:10 50:6 53:7 54:14 61:22 62:3,12 75:22 76:3,9,11,18 76:21 77:2,9 77:22 78:1,4,6 78:12,15,17,23 79:14,15,20 108:1 126:15
131:6 132:19 134:9 135:22 139:3 155:12 157:8 196:12 199:12 218:4 231:6,9,14,16 232:4,13
**reviewed** 23:18 42:5,13 50:4 57:15,23 59:5 59:17,22 61:17 61:18,20 62:14 62:19 64:3,5 67:14 68:7,11 84:18 107:7 127:17 131:7 134:21 151:17 157:6
**reviewing** 27:17 43:4 45:6,19 58:9 60:3,5 63:22 64:20 75:20 78:6 85:5 101:20 106:3 128:12 132:11,15,19 136:2 155:3,16 175:2 187:11 196:11 197:20
**revision** 81:16 81:18 151:20
**revisions** 55:21
**revisit** 131:18 224:20
**reword** 177:22
**rewriting** 183:6
**right** 7:20 8:20 12:21 16:10 19:7 20:4 24:18 32:16 68:18 73:14 77:19 89:7 109:13 113:4 115:4,10 116:17 119:15
120:15 121:2 121:13 122:1,2 123:8 126:8 128:3 130:15 132:23 139:1,6 144:5,18 145:7 145:21 146:6 148:19 149:8 149:14 150:13 154:8 160:14 161:5 162:9 164:6,7,12 165:3 166:17 166:18,21 167:4 168:12 169:17,20 170:7,9,17 172:13,14,23 176:1 179:21 180:19 184:9 184:12,13,14 185:1,4,5,18 185:21 186:11 187:10 188:7 189:16 190:3 193:4,15,21 194:4,11 203:8 206:8,10 208:9 211:11 212:22 214:6 215:6 216:17 218:21 219:21 221:5 225:19 228:4 229:19 234:3,5
**right-hand** 147:14
**risk** 161:18 214:10,11,14 227:17
**road** 13:17 232:3
**role** 42:2 110:23
**room** 50:3,7,9 50:11 69:16 70:16 73:3
86:2 88:17 94:6 95:2,18 100:7 102:4 104:22 124:14 127:22 132:11 132:14 136:4,6 166:7 226:8
**roots** 14:13
**rotation** 34:17 50:20 51:1,7 51:11
**rotations** 21:9 34:16 51:13,17
**roughly** 21:14 206:12
**round** 201:5
**routine** 126:20
**routinely** 95:16
**Row** 2:8
**ruler** 118:6
**rules** 7:5 8:11
**run-through** 212:13
**ruptured** 92:1 93:12
**rushing** 215:21 215:22
**Rutland** 2:9

**S**

**S** 2:7 66:3
**sake** 161:21
**San** 118:19
**Sargent** 231:3 232:9
**save** 114:9 118:11,12 120:16
**saved** 156:15 157:4,7
**savvy** 39:21 122:18
**saw** 47:11 66:17 84:21 106:6 137:23 140:14

149:21 180:14 180:16 190:1 232:21
**saying** 9:21 41:18 44:19 54:13 61:4 63:14 71:8 73:4 83:7 88:1 90:18 96:22 97:3,5 99:5 100:12 102:5 103:6 107:9 111:11 129:20 136:9 140:10 151:2 153:2 155:11,12 157:2 158:11 165:1 168:18 169:2,4 173:12 176:22 177:13 177:15 178:6 179:6,13 180:13 183:10 192:8,12 197:17 202:20 203:15,17 211:20 213:2 217:13,16 218:18 220:3 220:13
**says** 18:23 24:18 56:16 57:12 58:11 67:6 86:9,17 89:8 90:15 96:19 97:16 99:15 103:23 106:13 124:3 125:9,19 128:21 129:15 147:16 150:19 153:22 154:14 156:12 200:1 217:20 219:8 219:10
**scale** 186:14
**scan** 99:7 117:6 119:4 159:15 162:17 201:15 203:19 204:1 209:13 227:5,7
**scanning** 117:18 196:18
**scans** 33:19 52:23 134:14
**scene** 125:6
**schedule** 141:6 141:12
**scheduled** 226:12
**scheduling** 111:1
**school** 12:23 14:3,8 16:10 70:21 112:6
**science** 79:22
**screen** 113:19 114:4,6 120:22 143:3 146:1
**Sean** 1:6,7 2:5,6 3:13,17,18 4:14 6:8,10 19:15 34:19 36:1 38:4 41:9 41:19 42:3,18 44:7 47:3 53:7 57:18 62:3 64:2 66:23 67:22 70:17 72:5,6,23 74:3 74:16 75:1,4,7 76:4,21 79:22 84:17 86:2 89:22 104:20 110:12 126:17 158:22 168:16 176:15 182:12 226:12 231:3 231:18,21 232:6,12
**Sean's** 70:13
77:10 78:2,10 89:16 109:11 130:3 170:21 172:9 206:4 226:6
**searching** 32:1,3
**seated** 6:15
**second** 34:8 38:10 42:17 44:6 51:14,20 51:22 52:8 70:6 80:10 86:3 142:13 176:8 229:17 232:20
**section** 58:10 133:21 162:16
**sectioned** 172:17
**sector** 161:12 163:13
**see** 11:7 22:22 47:16 54:8 63:18 64:19,23 68:6 90:3 92:6 92:8,20,22 95:8,15,17 98:14 102:2,4 102:11 105:6 106:4,13 107:11 113:8 117:20,21 118:2,22 120:22 124:19 126:21 127:6 127:20 128:8 135:18,19 138:10 145:14 145:16,16 148:13 150:19 155:2 156:5,8 159:19 162:21 166:12 167:5,6 168:5 169:9,12 173:20 174:6 174:12 177:7
178:18 180:2,7 181:6,11 188:1 189:9,10,19,22 190:20,21 191:11 193:9 193:14,19 194:8,11 196:20,21 197:6 198:20 199:14 200:12 202:10 203:18 203:21 208:4 210:8,23 214:21 215:8 216:17,18,21 217:12 219:5 223:14 224:16 225:6 227:22 228:5,13,15,20 233:19
**seeing** 26:3 27:17 74:3 88:3 91:14 101:9 114:5 120:8 131:11 163:23 200:23 209:23 213:7
**seek** 31:21
**seen** 23:18,19 26:13 27:23 28:2 31:8 72:19,21 73:2 73:6 74:21 86:16 89:13 99:22 100:14 101:18 116:8 131:19 135:7 135:13 136:20 151:13 170:3 171:9,14,16,17 176:4,6,6 178:6 180:13 182:20 183:4 188:17 204:14 219:10 226:14
233:5,10
**sees** 88:19 95:9 113:23 169:7
**selected** 37:20 161:7
**send** 114:8 216:18,20 217:2
**sending** 111:12
**senior** 51:15,16 116:5
**sense** 36:7 42:2 47:10 100:23 107:4 131:1 149:10 174:10 174:11,23 202:7 209:16 210:23 220:1 228:12
**sent** 83:13 111:17 155:14 217:7,7,9,16 219:2
**sentence** 153:5
**sentences** 55:22 142:13
**separate** 101:10 109:20 229:2
**September** 153:11 154:1 198:7
**sequentially** 208:13
**Sergeant** 230:23
**serial** 168:23
**serially** 160:17
**series** 27:11 109:5 123:22 128:9 184:8 197:3
**serious** 148:7
**serve** 23:7
**served** 23:15,23 108:3
**service** 42:11

128:17
**set** 3:8 85:19,19 98:1 100:5
**sets** 55:18
**setting** 21:5 54:19 61:10 228:18
**severe** 84:2
**shadowing** 118:4 190:22
**Shahi** 2:7,7 6:19 6:20,20 11:22 26:1,5 27:18 28:9,18 29:2,9 29:15,19,22 30:7,19 31:2,6 31:17,22 32:8 32:18 56:23 60:17,21 61:3 61:8,14 62:7 62:17,23 63:4 63:7,15 64:4 65:10 71:15 75:9,21 76:6,9 76:11,15,23 77:11,16,20 78:14 79:13 94:20,22 95:4 98:18,21 100:19,23 103:14 104:6 136:14,17,19 141:13 150:5 157:9 159:1 169:5 171:2,6 171:13,21 175:16,21 176:3,5,20 177:17,23 182:16,22 183:7 189:17 198:15,17 202:22 203:13 203:16 204:2 208:14 221:4,6 221:9,19,21 223:16 224:23 225:3,6 231:5 231:20 232:10 234:14
**Shahi's** 32:13
**shape** 79:16 140:8 161:15 161:16,20
**sharing** 231:17
**sharper** 46:7
**sheet** 236:10
**Shepard** 70:18
**she'll** 12:4 56:23
**shift** 43:9 133:14 134:4
**shoot** 119:23
**shoots** 160:4
**short** 71:14 141:7 185:15 208:15 225:12
**shortening** 194:17
**shorter** 194:15
**shortest** 184:20
**Shorthand** 236:4
**shortly** 71:17
**shot** 169:3 188:4
**show** 22:9 39:15 80:8 105:5 110:1 123:16 141:21 148:12 150:1 156:19 159:3 162:18 171:4 172:17 196:13 197:3 198:13 206:3 218:2 223:20 232:20
**showed** 99:23 101:13 103:23 104:5 208:12 211:23
**showing** 23:13 131:22 147:11 174:1 212:10
**shown** 110:14 117:14 181:13 224:13
**shows** 41:23 90:13 97:14 98:5 169:3,8 217:13
**side** 23:7 97:6 113:4 147:14 163:3 166:11 166:15 167:3 174:17 188:5
**Side-by-side** 69:12
**sign** 125:15 126:4,5 132:18 135:21 136:4,5 136:7
**signage** 132:20
**signature** 5:13 99:17 125:22
**signed** 5:12 26:17 99:22 100:12 125:19 129:12,17 226:4
**significant** 39:5 40:19,20 86:12 131:13 174:6 180:19,22 181:2 197:23 211:17 213:14
**significantly** 184:6
**signing** 99:18 133:4
**similar** 181:15 189:9,11 232:19,21
**similarly** 149:22
**simply** 31:15 56:6 125:21 138:4 142:22
**simulates** 196:16 196:16
**single** 35:14 188:13 197:15 207:7,22 213:4
**sit** 87:16 139:21 157:11 216:22
**sitting** 140:19 155:21 212:16
**six** 34:7,10
**sizable** 173:8,10
**size** 86:13 99:6 121:18,20 122:9 145:10 146:2,12,16 147:16,22 148:3,5,6,16 148:17 149:20 155:18 165:22 167:14 170:7 170:15 171:12 171:19 173:8 174:6 176:19 183:3 184:4,14 184:16 185:17 187:1,4 195:9 197:8,23 199:19 210:13 211:11,17 215:4 216:3 218:3 223:10
**sized** 149:22
**sizes** 121:23 147:12
**sizing** 174:20
**skill** 52:16 146:23
**skills** 39:21
**skin** 113:13,15 161:3,4
**skip** 152:14
**sleep** 126:22
**slice** 162:8 163:16
**sliced** 184:19
**slide** 204:9 217:14
**Slightly** 193:3
**slow** 19:4
**slower** 19:8
**slowly** 136:20
**small** 22:21 128:12 173:16
**smaller** 147:23 148:2,20,21,22 173:1,15
**smattering** 37:23
**societies** 18:1 19:12
**society** 17:6 78:8
**soft** 172:18 173:14
**software** 118:13 119:9 120:9 146:4 154:19 165:10 167:1 174:22
**somebody** 25:4 39:4 59:9 61:1 73:19 74:18 75:13,18 95:5 98:3 112:1 123:4,23 166:4 216:12,16 220:15,17,22 221:14
**somewhat** 43:19 83:23 149:12 173:14 179:14 211:21 232:19
**son** 99:18
**sonic** 149:15
**sonographer** 112:3,10 181:22
**sonographers** 116:5,5 142:9 142:21 211:15
**son's** 230:19

**soon** 12:3
**sooner** 43:21
**sophisticated** 35:16
**sorry** 39:7 43:3 117:23 126:10 136:14 145:14 145:16 180:20 184:7 188:21 221:4
**sort** 13:1 21:3 35:14 36:6 37:22 53:2 59:8 73:11 78:6 83:16 87:10 90:6 98:10 108:4 109:1 113:10 113:12,12 115:4,7 121:5 122:7 126:14 127:6 144:13 151:14 152:14 160:13,22,23 164:14 176:21 189:10 190:16 193:12 195:13 200:16 215:23 216:7,9 224:22 226:19 230:14
**sought** 28:7
**sound** 111:17 113:16 122:15
**sounds** 20:14 50:6 84:2 228:11
**so-called** 105:8
**space** 194:20 202:18
**spacial** 161:18
**span** 224:5
**spans** 232:18
**speak** 31:23 48:5 49:2 138:12 169:11 223:17
**speaking** 43:1 48:21 61:14 70:1 148:2
**speaks** 153:3
**special** 15:2,4,8 20:22
**specialize** 52:22
**specialties** 33:15 33:17
**specialty** 51:18
**specific** 19:13 24:3 29:23 30:9,10 33:10 35:8 38:23 49:21 55:2 56:17 110:1 112:6 117:6 140:18 142:7 157:21 195:17 198:21 230:9
**specifically** 19:17 36:14 49:12 50:2 55:7 67:17 75:16 82:12 92:23 95:21 103:19 116:13 126:17 127:3 130:8 144:10 144:11,14,15 182:13 214:15 228:6
**specify** 142:11
**speculate** 94:1 98:2 104:17 137:9 173:9 215:7
**speculation** 107:3 183:9
**spell** 10:4
**spend** 53:1
**spending** 11:14
**spent** 99:20
**Spiegel** 80:19
**spleen** 114:20
164:6
**split** 52:3
**spoke** 48:18 128:10 143:8
**spoken** 70:7 71:7,10,11 231:12,17 232:8
**sports** 100:3 109:18
**spot** 179:21 206:9
**spots** 200:9,10
**spotted** 215:6
**spread** 41:3
**spring** 34:19
**SS** 235:9
**St** 13:2
**stable** 91:7 92:18 229:13
**staff** 16:19 17:1 41:17 43:22 44:1 135:23
**staffing** 134:22
**stamp** 123:14,20 125:3
**stamped** 85:23 219:23 220:1 223:6
**stamps** 219:19
**stand** 189:21 203:2
**standard** 36:10 43:8 46:1 115:9,12 134:18 135:11 137:4 142:11 143:14 169:18 232:2
**standards** 18:13 54:3 56:13 116:6 139:7 174:15
**standing** 120:20
**standpoint** 53:14
**start** 8:5 11:14 39:22 63:16 113:3,11
**started** 14:14 188:8
**starting** 115:15 160:18
**starts** 111:5 216:7
**state** 1:20 14:17 14:18 25:15 61:5 175:9 224:13 235:8 236:4
**stated** 183:4,6
**statement** 89:10 90:4,10,19 94:4,9 96:1,3 96:18 97:13 99:3 147:21 152:8 198:8 199:1 210:3 225:1,4 227:6
**statements** 156:4
**states** 1:1 14:20 89:4 95:21
**state-based** 60:15
**static** 88:5 117:15 142:22 155:2,7 160:2 178:11,15 197:5 198:22 199:3 216:8 219:1
**stating** 83:13 105:9 177:20
**station** 13:17 22:3 82:4,16 197:14
**status** 23:1 127:19 128:6,7
**stay** 148:22
177:18
**stayed** 41:16
**staying** 51:7 211:21
**stellar** 39:11
**stenographer** 7:14 11:16
**stenographic** 10:23 141:14 236:7
**stenotype** 5:4
**Stentor** 122:15 123:1,5
**step** 23:22 60:21 81:5 99:8 203:20 214:7,8
**Stephanie** 1:18 2:11 3:4,6,15 6:14,21 8:8 27:18 235:5,13 236:8
**Steven** 230:23
**sticker** 11:20 12:3 80:14
**stickers** 11:17 159:20
**stills** 117:15
**stipulate** 92:11
**STIPULATION** 5:1
**stipulations** 7:6
**Stone** 2:11 6:21 215:19
**stones** 145:12 228:19
**stop** 12:4 108:10 132:9,10 133:8 133:23
**stopped** 91:8 134:2
**store** 231:11
**Street** 2:3
**structural** 145:13
**structure** 61:5

143:2 186:23
**structures** 146:20,20
**student** 20:11 226:14,22
**students** 20:16 20:18,23 21:7 21:21 22:3 24:21 144:11 144:16
**studies** 35:7 42:6 57:14,14 58:9 64:2 66:23 67:2,4 68:16 68:22 74:20 80:2 90:22 91:10 93:2,3,5 109:21 122:21 130:19 131:7,8 131:10 133:19 141:1 142:5,6 148:12 149:21 149:22 161:14 170:8 197:9 209:10
**study** 57:22 69:20 83:20 88:6 92:16 93:7 95:17 110:21 112:20 117:16 127:22 129:23 132:17 134:11,13 140:20 157:7 160:11,22 161:23 169:1 170:9,22 175:5 208:10,11 209:12,14 217:11 221:14
**stuff** 122:19 151:6 160:9 219:19
**subject** 31:3 225:13
**submission** 5:13
**submitted** 34:15 155:8
**subscribed** 235:15
**subsequent** 7:13
**subspecialties** 38:1
**subspecialty** 21:9 35:11
**substance** 49:14
**substantial** 173:14,16
**substantially** 185:23
**substantiate** 199:1
**substantive** 28:4 30:6
**succeed** 77:18
**successful** 31:1
**succession** 218:10
**successive** 142:19
**sufficient** 127:12
**suggest** 67:14 95:5 116:4,7 148:17 203:6 221:11
**suggested** 99:8 203:19 214:23 227:10
**suggesting** 84:13
**suggestion** 230:11
**suggests** 72:20 229:14
**summarizes** 110:3
**summary** 7:7
**SUP** 210:17
**superficial** 161:14
**superior** 39:15 115:16 118:8 153:7 167:20 183:22 184:11 192:20 198:3 210:17,17 217:20
**supervises** 95:6 98:4
**supervising** 57:6 57:12,16 58:3 59:1 60:5
**supervision** 3:11 55:18 56:8 58:14 59:8 138:1 139:7
**supervisory** 134:9
**supine** 112:22 113:3,11 210:16
**suppose** 45:3
**supposed** 134:5
**sure** 8:22 21:4 24:11 40:3 56:23 59:21 65:2 67:15 68:20 71:15 82:12 87:19 89:2 92:7 95:11 105:4 106:2 122:16 123:13 125:15 126:1 130:19 135:11 137:11 151:8,10 152:12 158:12 167:8,19,21 173:23 176:9 179:3 180:15 183:15 185:13 186:5 189:5,6 190:15 199:8 199:23 200:4 200:22 201:6 205:17,20 206:20 208:16 208:16 213:4 213:12 214:3,3 217:5 219:3 222:10 225:17 226:23 227:2
**surface** 161:4
**surgery** 84:13
**surmise** 125:23 170:18
**surprise** 140:7
**suspicion** 82:1
**suspicious** 227:15
**swear** 7:21,23 232:16
**sworn** 236:9
**syntax** 89:5
**system** 64:15,15 65:22 66:1,4 67:9,16,19 69:4 111:7 114:8,9 120:17 122:23 124:2,3 124:7,8 127:20 130:18 133:5 172:12 174:22 175:3,12 177:13 178:7 182:14 183:19 205:7 216:2 217:16 219:2 219:19 221:13 221:17 223:5 223:15 229:10

**T**

**T** 236:1,1
**tab** 159:18
**tabbed** 85:16
**tailored** 53:2
**take** 6:14 9:1 10:7,19 12:13 28:14 29:7 32:20 57:3,5 65:5 71:14,16 80:14 81:5,19 85:19,22 89:11 99:10 110:10 115:18,21 116:2,6,13 120:3,5 133:15 136:20 145:18 146:9 149:12 150:6 166:16 174:15 181:8 184:1 185:10 187:20 199:17 204:18 208:14 213:8 220:5 221:2 225:12 234:15,15
**taken** 1:19 5:4 5:10 7:18 22:11 44:9 45:1 60:22 64:22 71:21 85:16 88:6 117:1 122:10 142:6,12,19 154:7,21 155:13 156:2 156:13,18 157:5 160:2 168:21 169:17 169:20,20,21 179:22 191:16 195:11 196:15 207:9 208:20 215:5 223:7 225:21
**takes** 81:15
**talk** 19:8 32:22 58:3 63:22 138:22 157:14 182:6 225:16
**talked** 141:23 145:22 231:2
**talker** 19:2
**talkers** 19:1

**talking** 12:4 19:22 21:3 55:3 63:23 68:18,22 82:23 98:23 137:20 157:12 163:2 170:16 198:12 212:17 223:1 227:4 232:1
**talks** 147:15 159:23 229:5
**tan** 172:15
**tape** 108:11
**targeted** 126:16
**Task** 81:9
**taught** 115:7 222:2
**teach** 22:1
**teaching** 20:11 20:20 21:12 42:12,22 45:7 45:8 82:11 140:22,22,23
**team** 18:17 43:12 45:5 104:22 128:12
**Technical** 18:13
**technically** 208:3
**technicians** 24:23
**technologist** 112:1,4,4,7 122:22
**technologists** 111:4
**technology** 111:15 114:3 123:2 165:10
**telephone** 48:14 135:4
**telephoning** 48:2
**tell** 20:12 28:3 29:17 30:16 59:17 62:21 64:12 88:23 100:20,21 112:14 115:9 118:12 120:3 130:14 138:7 150:23 156:12 160:16 173:12 181:18 186:5 187:20,21 192:5 194:3,5 194:21 199:6 200:19 204:19 204:21 209:15 210:20 212:8 214:20
**telling** 31:22 42:21 66:9 71:3 98:3 106:12 127:14 168:20 179:19 182:15 186:13 220:7 223:8
**ten** 148:1,4 186:16,16
**tend** 10:2,3
**Tennessee** 12:21 14:20
**tension** 84:10,10
**tenure** 14:19 38:9
**ten-year** 15:7,7
**term** 46:6 58:4 59:18 87:13 88:2
**terminal** 216:22
**terminology** 9:17,22 125:4
**terms** 13:19 14:23 15:21 17:14 20:9 30:16 31:11 32:2 33:13,17 34:10 38:8 40:14 45:9 46:2,6 47:17 52:2,5,15 53:4 55:2 61:12,22 66:16 67:16,22 69:16,17 79:22 87:15 89:21 90:11 95:23 101:5 103:22 112:20 113:2 114:16 115:3 122:19 126:23 129:9 130:19 131:4 137:17 137:22 141:6 144:4 151:18 173:5,6 179:14 180:5 181:1,9 185:17 189:1 192:6 195:5,17 200:5 203:20 206:22 208:4 210:4 214:9,10 217:10 218:7 222:1,6 223:1 224:7,10 227:3 227:15,16,18
**terrible** 228:1
**terribly** 191:7
**test** 81:21,23
**tested** 72:11
**testify** 8:15
**testifying** 137:4
**testimony** 7:18 7:23 10:1 11:4 81:16
**tests** 25:19 82:3
**text** 125:2,10,13 128:21
**Thank** 11:14 72:2 136:19 234:12,13,15
**theirs** 54:2
**theoretically** 88:8
**thereabouts** 204:8
**they'd** 99:20 120:1
**thickness** 154:11
**thing** 10:17 22:22 125:23 137:19,19 148:23 153:20 153:20 159:22 169:13 170:19 188:15 218:12
**things** 8:22,23 15:16 19:22 22:9 23:12 24:14 27:12 31:22 43:1 63:9 87:12 89:11 91:13 98:16 101:7 110:5 112:5 121:21 139:4 144:20 146:15 146:19 148:15 164:14 195:13 202:15 209:3 228:19
**think** 15:17 19:21 20:6,19 21:12 28:18 29:13 30:20 31:2,10 38:23 49:1 55:13 57:9 62:22 63:4,15 71:6 72:15 75:12 79:4 81:17,23 82:3 85:11 87:14,16 94:4 104:1,9 107:6 108:7,10 116:8 116:9 122:17 125:18,23 132:9 137:10 138:11 140:6 144:8 154:21 155:1 165:2 166:1 169:6 171:10 178:1 179:3,4,15,23 181:2,9 183:20 186:3 187:7,8 188:5,14 191:16,23 192:4 198:14 199:3 204:2,8 205:17 208:6 209:9,15 210:16 214:13 215:19 216:2 218:14 219:9 222:7,22 223:18 231:20 232:11
**thinking** 47:5 51:18 79:6 101:6
**thinks** 119:18
**third** 51:23 52:1 52:11 57:5 86:3 175:1,1
**thirty** 5:12
**thought** 11:1 140:11 146:13 155:5,18 156:3 180:5,23 187:9 189:14 190:2 204:3,5 207:5 207:14 214:1 217:14 219:23
**thoughts** 71:11 90:17
**thousands** 47:11
**threatening** 84:4
**three** 17:21 18:22 78:22 79:20 123:17 127:18 136:6
**three-minute** 123:11
**three-page**

150:15
**thumb** 200:18
**thyroid** 15:22 16:1,5
**tie** 11:4
**tied** 101:14
**Tillotson** 1:5,6,6 1:8 2:4,5,5,6 3:13,17,18 4:15 6:8,9,9,10 34:19 36:1 41:20 47:3 57:19 66:23 72:5 84:17 99:17 110:12 182:12 230:12 230:16 232:6
**Tillotson's** 19:15 38:5 41:9 42:3 42:18 44:8 53:7 62:3 67:22 75:4 76:4,21 79:23 104:20 124:15 126:17 158:22 168:16 176:15 228:22 231:4 231:19,21 232:12
**time** 5:16 6:1 7:9 9:14 10:13 11:15 13:18 22:6 23:19 28:22 34:20 37:9 42:9 43:16 44:14 46:1,15,19 49:12 50:21 51:10 52:6,13 53:1 61:19 68:3,4 71:1,1 71:19,22 73:16 76:1 84:7 91:17 93:10 97:23 101:16 101:18 103:4 108:13,17 110:2 121:13 123:14,20 125:3,21 127:9 128:15 129:11 129:18 130:5 130:10 133:18 140:3,13 141:15,18 142:20 150:16 154:23 155:15 155:19 156:9 156:13,17,18 164:3,19 165:6 173:7,11 174:4 175:2 176:10 176:13 178:13 180:6,10 182:1 187:9 190:2 195:11 196:9 196:16,17 197:19 203:1 206:4 208:14 208:17,21 209:17 214:19 218:1 219:19 220:12,14 222:9,14 223:6 224:5 225:20 225:22 227:12 233:2,13 234:4 234:16
**times** 20:17 110:8 135:11 136:14
**time-stamped** 218:22
**timing** 62:21 63:11,16 144:4
**tiny** 145:3
**tissue** 111:19 189:3 190:16
**title** 56:6 236:10
**today** 10:15 11:7 19:22 43:17 61:16 66:17,18 71:9 101:15 153:10 170:17 198:5 226:3 234:12
**told** 31:16 49:18 66:16 97:17 100:10,22 102:18 105:19 131:23 168:15 174:9 183:2 226:15
**tomorrow** 100:5
**tool** 114:10
**toolbox** 160:13
**top** 39:12 83:10 115:15 118:7 132:6 150:13 160:14,23 161:3,5 162:1 162:5 163:8 183:21 205:2 205:18
**topic** 234:8
**topics** 30:4,8,11
**total** 36:17 40:23 51:22 52:3
**totally** 122:18
**touched** 27:20
**Towel** 49:16
**Towle** 41:10,21 42:10 51:8 52:5,5,14 70:10 128:8 132:16 136:5 140:17 141:4 212:16
**to-do** 83:11
**track** 46:18 122:19 169:2 201:3
**tradeoff** 161:9
**tragedy** 228:1
**tragic** 232:7
**tragically** 75:7
**trail** 3:13 46:13 46:18 48:11 49:17 64:8,18 65:4,8,15 67:5 68:5 105:5 108:7,23 109:2 112:11 131:3,4 131:5 139:22
**trails** 41:7 109:5
**trained** 53:22
**training** 13:1 24:20 37:12
**tram** 201:3
**transcribed** 5:5 105:11 124:20
**transcribing** 97:9
**transcript** 7:12 126:13 236:11 236:15
**transcription** 90:12 236:7
**transducer** 111:18 161:5,7 161:13,17 163:13,13 164:1 187:17
**transmission** 113:16
**transverse** 114:22 115:6 115:14,19 184:17,21 197:7 200:1,13 201:5 210:20 210:21
**treat** 15:20,22 16:5
**treated** 16:2 74:16,17
**treating** 15:15 104:22
**treatment** 78:2 231:4,23 232:7 232:12
**tremendously** 122:1
**trial** 5:10,16 7:10 8:16 41:23 132:22
**triangle** 160:23
**tried** 130:23 133:22
**tries** 110:6
**trimester** 82:2
**trip** 216:14
**trouble** 35:21 185:11
**true** 45:17,18 73:7,9 88:14 91:1 97:18 98:16 111:3 137:1,2 153:17 164:5 166:21 192:16 235:2 235:15 236:6
**truly** 191:17
**trusted** 70:20
**truth** 8:1,2,2
**try** 9:4,6 19:8 24:8 37:20 92:16 117:17 130:3 145:20 147:1,3,5 195:7 196:2 206:10,11 209:3 210:13 220:23 226:2
**trying** 10:7 12:13 24:15 26:15 30:22 32:4 63:19 76:19 121:5 135:5 181:9 185:19,20 189:18 195:11 202:15 206:17 206:18 210:8 210:23 221:11

221:12 231:11
**tumor** 173:6 188:17,22 201:9 202:11 202:17 215:3,4 215:13
**tumors** 15:15 202:10
**turn** 84:7 85:18 147:9
**turns** 54:17
**two** 22:6 26:10 38:12 39:1,2 51:13,16 52:1 55:18 66:19 83:17 101:9 115:21 116:3,7 116:13,16,16 116:18,19,21 119:21 120:12 133:9,9 143:10 146:9 149:12 154:17 156:9 165:11 169:17 169:19,21 170:22 171:19 172:9 173:4,5 173:15 174:15 174:20 187:4 187:20,20,21 187:22 191:17 191:21,23 200:9 201:3 202:6,16 203:11 208:8 212:5 223:8 230:17
**two-page** 150:14
**two-week** 51:16 52:1
**type** 7:15 35:23 99:2 111:8,23 114:12 117:7 181:11 187:2 194:1
**types** 35:4
**typical** 195:4
**typically** 69:17 84:9 102:6,8 113:3,11 126:19 133:22 135:23 140:21 161:12 175:8 177:5 196:4
**typographical** 7:15 139:1

**U**

**ultimately** 54:23 55:15 57:13 60:8
**ultrasonic** 35:6 44:23 50:7 65:17 86:19 87:8 90:21 91:10 106:15 111:2 130:4 146:23 168:23 204:11
**ultrasonically** 91:11
**ultrasound** 3:15 3:17,19,19,20 3:20 16:18 17:9,20,23 19:14 34:20 35:12,13,14,23 36:2,3,4,7,16 38:5 42:5,7,8 42:11 44:4,8 47:4,8 49:10 50:3,11,20 51:1,5,14,16 53:1,1,15 55:3 58:12,18,20,21 59:14 64:6 68:2 75:14 82:1 86:9 87:21 91:20,23 92:3,9,12 94:16 99:23 101:13 103:23 104:4,11,20 109:11 110:11 111:21 112:3,6 114:15 115:1 115:17,21 116:11,22 117:5 122:21 123:15,17 126:18,20 128:17 131:21 132:10,13 134:13,17 137:16 138:16 139:16,17,17 139:18 142:10 143:15,23 145:8 146:11 146:18 149:2,5 149:18 154:5 154:23 159:19 161:9 172:9 173:11 181:4 181:18 186:22 187:13,16 191:1 195:21 197:21 202:4 203:21 206:19 207:10,19 208:1 211:12 213:9 215:8 218:23 228:5 228:21 230:13 230:20
**ultrasounds** 11:3 25:2,20 33:17 35:15,16 35:19 36:12,21 37:8 43:10 44:3 53:17 55:8 63:23 64:1 67:1 74:6 74:7 126:21 145:9 153:11 153:23 154:4 159:14 181:17 181:20 198:6 201:17 204:15
**um-hum** 10:6 67:8 69:13 86:7 112:8 120:2 129:6 163:1 191:6 228:3
**um-hums** 10:3
**Um-um** 13:9
**unable** 76:14
**unaware** 132:2,3
**uncertain** 214:7
**uncertainty** 194:19 213:23 214:5
**unchanged** 153:9,22 198:5 219:14
**uncommon** 182:3
**uncommonly** 42:23 80:4
**undated** 80:17
**undergraduate** 14:15
**understand** 9:4 9:16,20 10:8 15:1 19:23 26:6,22 32:15 38:18 39:7 44:9,19 48:17 73:4 77:13 79:9 88:1 90:9 91:3,9,12 92:14 95:11 98:22 106:2 110:11 111:10 136:1 144:18 152:5 155:9 171:18 179:6 194:15 211:18 221:5,7 224:6 234:14
**understanding** 9:19 22:23 24:16 109:4 143:22 201:4 233:20
**understandings** 7:4
**understood** 11:9 100:12
**undetectable** 203:11
**unexpected** 3:12 4:12 25:18 80:11,21 81:8 81:10 82:17,23 83:1,2,4,7,14 83:22 84:11,19 84:21 85:7,9 98:10
**unexplored** 107:16
**unique** 148:18
**UNITED** 1:1
**units** 223:21
**University** 14:8 18:8
**unprofessional** 222:4
**unvaryingly** 115:2
**updated** 144:6,7
**upper** 117:20 148:6 154:13 162:13 167:6 169:16 173:20 180:3 187:9 188:1,9 190:8 192:6,9,11 193:14,20 194:22 198:1 200:2 202:9 203:4,18,23 204:17,22,23 206:1,6 207:17

207:20,22 213:10 214:21 217:19 219:13 223:23 228:14 229:7
**upside** 160:23
**up-to-date** 4:11 80:23 81:3 82:8
**urgent** 87:4
**urine** 47:8 73:2 91:22 92:2,5 99:23
**urologist** 74:3,5 91:6 230:22
**urologists** 90:21
**urology** 100:4,5 226:7,12
**use** 9:21 10:3 11:7 15:14,20 17:22 59:18 65:20 87:11 97:11 103:11 114:11 149:6 161:12,17 163:14 227:21 233:9 236:9
**users** 109:4
**uses** 15:19
**usual** 7:6
**usually** 39:14 86:21 120:3,13 122:3 147:17

**V**

**V** 1:10
**validate** 96:3,4
**variabilities** 187:15
**variability** 117:1 211:14
**variable** 113:10
**variation** 37:23 149:13
**variations** 148:16
**various** 10:3 23:12 24:14 27:11 28:23 35:4 64:10 81:14 109:2 110:3,8 202:15
**vary** 121:23
**verify** 104:16
**Vermont** 2:9 14:17 17:3
**version** 80:23 82:8
**versus** 21:17 36:22 185:18 205:3
**vessels** 172:20 202:7,12
**Vice** 25:23 33:21
**vicinity** 206:23 207:6,23
**video** 10:21,22 10:23 11:5 19:6
**videographer** 6:1 11:6 71:19 71:22 108:13 108:17 141:15 141:18 162:19 163:1 176:10 176:13 208:17 208:21 225:19 225:22 234:16
**VIDEOTAPED** 1:17
**view** 53:11 67:19 91:4 107:1,2 115:6,6 134:8 137:3 140:18 147:3,19 174:3 193:3 197:5 210:15,16 212:4
**viewed** 67:6 124:1,4
**viewing** 126:7 178:15 183:18
**views** 115:3 149:11
**virtually** 186:15
**visit** 214:19
**visits** 226:17
**visualization** 113:18 119:19
**visualize** 113:5 118:3 173:19 189:13 193:23 194:21,22 196:9 202:9 203:3 228:12
**visualized** 88:4 115:4 153:9 154:13 180:4 188:22 198:5 229:6
**visualizing** 203:23
**visually** 67:10 69:10 87:10 186:23
**vitae** 3:4 12:1
**voice** 97:10,11
**voice-actuated** 101:8
**volition** 127:5
**vote** 20:18

**W**

**W** 2:2
**wait** 12:4 120:23 121:4
**waived** 5:9,14
**waiving** 31:20 32:16 77:5
**wall** 201:15
**want** 63:6 72:4 77:1 79:6 85:14 117:11 117:17 121:23 138:12 141:7 141:10 147:11 148:13 150:8 151:9 158:12 164:22 165:1 167:13 171:14 176:7 215:17 215:21 216:17 220:4 225:12 225:18
**wanted** 48:5 169:13
**wants** 113:23
**wasn't** 59:22 85:3 106:11 136:15 156:13 203:9 214:17
**watch** 73:12
**watching** 91:13
**waves** 111:17 113:16 146:18
**wavy** 149:6
**way** 7:9 11:19 13:17 19:14 30:23 31:3 32:16 33:9 36:19 46:2,17 48:11,17 50:5 54:13 64:7 69:8,17 77:18 98:14 115:7 124:18 136:3 141:9 142:20 143:1 151:19 152:17 158:4 165:19 166:9 166:10 181:15 184:20 185:5 187:18 201:14 204:21 212:11 219:11,20 220:5,22 222:8 227:5 231:16
**website** 3:5 22:11
**wedge** 161:6
**wee** 133:13
**week** 22:7 59:20
**weeks** 51:19,20 51:22 52:3 62:5
**weighing** 166:5
**weighs** 172:13 172:16
**Weinstein** 230:21 231:3 232:8
**well-being** 91:4
**went** 14:8 64:18 65:19 67:9,22 129:13 130:2,7 130:14 131:18 139:22 140:10 149:21 154:3 177:2 209:2,6 226:13
**weren't** 59:21 73:12 102:3 156:16 183:2 220:14
**West** 236:19
**wet** 86:10,17 87:1,5,6,12 96:20 103:20 104:23 105:1,3
**we'll** 9:15 10:10 10:17 11:6,19 12:2 28:20 32:19,20 77:7 80:9 85:19 116:8 123:21 134:6 159:9,9 182:11,18 223:12 224:22 225:5,19 226:2 233:23 234:15
**we're** 6:13 7:3 10:14 14:6 19:22 47:1 55:3 57:3 61:12 68:18

71:17,19,22 80:8 98:23 108:9,9 111:16 114:18 122:3 126:9 140:22 156:16 162:20 163:17,21,23 164:4 176:10 178:15 183:4 184:3,3 186:19 195:8 200:20 200:23 206:12 207:11 208:18 209:18,23 212:8 213:13 213:21 214:2,3 215:21 222:23 224:15,17,18 224:19,21 225:17,20,22
**we've** 32:20 41:6 55:18 78:20 110:12 161:7 168:22,23 172:5,10 197:10 209:19 212:6 215:1 224:19 232:14
**whatsoever** 158:22
**white** 164:7 189:9 190:14 190:15 200:9 206:9
**wife** 18:23
**win** 20:21
**window** 163:21 163:23 164:2,4 166:20 200:17
**witness** 6:15 8:16,19 31:7 31:11 108:5
**wonder** 202:20
**wondering** 47:2
**word** 154:10 193:11 213:2 221:2 227:9
**words** 19:19 29:9 48:12 68:13 78:3,5 104:14 119:2 151:2 182:23 185:9 195:11
**word-checked** 152:16
**word-searched** 55:20
**work** 8:8 12:9 16:18 19:11,20 20:1 22:3 23:6 28:10,19 32:9 33:21 39:6,10 39:11 40:12,17 42:22 50:8 52:17 62:10 63:5,9 78:20 79:3 82:4,15 113:14 134:8 151:18 156:22 159:9 197:14
**worked** 152:7,17
**working** 12:17 13:1 26:6 51:4 152:21 168:10
**works** 45:10 64:8 123:13 234:9
**worry** 186:1
**worsening** 100:7
**wouldn't** 73:13 93:23 107:16 132:15 167:11 190:3 194:23 197:4
**write** 25:6
**writers** 18:18
**writing** 104:12
**written** 11:5 23:9,10 25:17 79:23 87:17 96:15,15,17,21 144:10
**wrong** 9:17 12:15 54:3 138:7 193:6 220:5,16,17
**wrongdoing** 221:12
**wrote** 25:8 68:15 87:20 143:22

**X**

**X** 66:2
**xrays** 33:18

**Y**

**Yale** 38:20
**Yanofsky** 70:18 233:17
**Yeah** 13:11 195:19
**year** 13:22 20:17 20:18,21 21:20 21:23 33:7,9 33:10,19 34:7 34:8 35:18 38:10,21 39:13 41:3,11,17 51:13,14,20,20 51:21,22,23 52:1,7,8,12 85:16
**years** 13:23 17:21 18:22,22 19:17 36:18 38:12 39:1,18 41:4 51:21 53:23 75:1 80:20 88:10 89:22 90:21 91:7 92:18 93:20 133:9 204:12
**Yen** 1:18 3:4,6 3:15 6:14,15 8:8 48:14 78:16 107:11 108:20 125:9 141:21 150:23 159:8 209:2 235:5,14 236:8
**York** 216:14
**young** 74:17 75:17 88:9 90:20 167:12
**Youth** 18:19

**Z**

**zoom** 11:6 162:19 185:9

**0**

**03105-0326** 2:4
**04** 16:22
**05702-6740** 2:9
**07** 209:16
**08** 209:16
**09** 209:15

**1**

**1** 3:4 12:5 19:18 34:20 36:1 38:5 42:1 44:7 45:13 46:11 58:7 63:23 65:16 68:9 72:8,13,17 73:4 74:12 84:17 86:9 89:23 92:3,15 108:14 109:11 160:17 166:19 170:22 172:9 219:6 229:22 230:20
**1st** 64:6 75:2 88:16 101:21 126:9 130:13 159:19 181:18 203:2 209:9 224:3
**1.15** 211:7
**1.5** 191:20
**1/36** 160:18
**1:27** 141:18
**10** 3:14 4:10,14 112:12 141:17 147:17 186:17
**10th** 236:19
**10/23** 3:20 206:2
**10:17** 122:14
**10:20** 112:13 123:10
**10:29** 125:7,19 128:21 129:12 129:15 150:16 151:10
**10:31** 123:22
**10:57** 123:22 124:19 152:3
**1010** 172:16
**108** 3:13
**11** 3:14 24:18 25:10,11 26:11 122:14 144:23 153:8 172:19 173:15 198:4 200:11 202:17 211:20 219:14 222:13 223:22 224:3 229:13 229:20
**11th** 12:12
**11.7** 154:8 155:11 167:4 170:11
**11.9** 154:15 155:5,13 156:3 156:12 158:8,9 159:4 168:7 169:4,8 170:10 174:1 177:10 177:11,16 180:8,14 182:19 218:2 218:18 219:8 219:10,12

220:17 222:12 223:21
**11:04** 71:19
**11:19** 71:22
**11:44** 126:7
**110** 2:8
**12** 3:4,11,16 25:15 26:10 150:10 211:8,9 211:20
**12:03** 108:13
**12:08** 108:17
**12:44** 141:15
**13** 3:17 147:17 148:4 159:17
**13.5** 169:15 170:3 177:10 178:22 179:4 179:16 180:13 182:21 187:5 191:20 193:2 208:9 217:15
**14** 1:19 3:18 148:10 170:1 172:4,5 183:5 184:2
**14/36** 3:19
**141** 3:14
**144** 3:15
**15** 3:19 85:11 148:10 162:22 177:9 178:21 183:4 184:2 185:8 186:17 197:10 200:21 204:9,9 208:19
**15.8** 165:17 166:4,8 167:11 169:23 170:5 178:21 180:13 180:17,21 182:21 185:21 187:5 188:4 190:11 191:17 208:9
**15/36** 3:19
**150** 3:16
**159** 3:17
**16** 3:19 85:11
**16th** 153:11 154:1 198:7
**16-296-LM** 1:10
**17** 3:20
**17-year-old** 47:4 166:5
**172** 3:18
**18** 3:20 4:7 208:19
**180** 166:6
**182** 4:14 166:6
**19** 3:11,21 4:3 33:6 234:2
**19th** 150:5 225:11
**1966** 12:12
**1992** 14:11
**1998** 15:11

**2**

**2** 3:4 4:2,11 14:6 22:10,16 58:8 60:4 74:12 84:18 108:18 152:10,11 208:18 219:6 229:11
**2nd** 42:6 49:7 50:5 53:6 58:23 60:7 64:19 65:1 68:10 73:12 92:15 99:20 106:1 125:5 130:13 132:14 137:1 156:23 180:12 203:2,2 209:9 212:15 226:5 233:16
**2.2** 170:10
**2:08** 176:10
**2:10** 176:13
**2:46** 208:17
**2:57** 208:21
**20** 3:12 33:6 41:1 50:21
**2004** 12:18 88:10 91:16 130:7,20 153:11 154:1 198:7 204:8 209:14
**2006** 206:2 208:11 209:13 209:22 213:3
**2008** 15:9,11 81:16,19
**2009** 181:19
**2010** 64:22 209:12 210:11 213:3
**2011** 35:1 56:1
**2012** 35:2 64:22 91:8,16 170:9 209:10
**2013** 144:5
**2014** 34:19 38:3 42:1 43:7,15 44:7 46:11 50:21 53:14 59:13,14 72:8 72:17 75:2,8 81:12,18 82:20 83:12 159:19 160:17 166:19 172:9 206:11
**2016** 20:12 38:17 41:12 56:2 62:1
**2017** 1:19 6:11 235:13 236:9 236:20
**2018** 15:12
**208** 3:19,19,20 3:20
**21** 172:18 173:15 202:17 203:11
**22** 3:5
**23** 3:6 4:4,6 230:5
**231** 4:8
**234** 3:21 236:6
**24** 3:12
**24/7** 43:19
**240** 172:13
**245** 145:6
**25-72** 3:13
**251** 147:13
**254** 232:18
**255-257** 3:16
**258** 3:14 142:1
**27** 3:8,9
**29** 4:2
**295** 85:23

**3**

**3** 3:5 22:18 23:3 23:4 57:11 186:18 208:22 234:17
**3rd** 2:8
**3.5** 176:23
**3/1/2006** 3:20
**3:16** 225:20
**3:26** 225:22
**3:37** 234:16
**30** 4:3 5:12 17:21 82:12
**31** 1:19 6:11 199:17,18 236:9
**32** 200:15 217:20
**32/36** 200:8
**326** 2:3
**350** 35:19 36:17
**36** 162:22 166:16 168:23 170:2 178:21 183:5,5 184:1 184:2,2 185:4 185:10 197:10 199:17,18 200:16,21 204:9,9 217:20 230:5
**37th** 178:10
**375** 99:10

**4**

**4** 3:7 20:16 21:19 27:3 58:10 224:19
**40** 4:10 141:10
**404-411** 3:18
**409** 172:12

**5**

**5** 3:8,15 4:8 27:10 57:11 143:23 186:6 186:17
**5.8** 176:23
**5/1** 218:18
**5/1/2004** 152:3
**5/1/2014** 3:19,19 3:20 220:3
**5/2** 138:3 150:16
**5/2/2014** 151:10
**57** 3:11
**5769872** 109:14
**59** 215:2

**6**

**6** 3:2,10 4:5 20:17 21:20 25:3 56:1 57:2 57:9 236:6
**60** 82:13
**62** 4:4
**64** 109:12 110:10 132:21
**65** 125:7 132:21
**6500** 181:20
**6740** 2:8

**7**

**7** 3:11 71:16 80:9,16 224:19
**76** 4:5,6
**78** 4:7

**8**

**8** 3:13 37:19 51:20 85:21 108:8 133:15 151:16 177:9 204:8
**8:04** 127:23 128:1 135:15
**80** 3:12
**81** 4:11
**85** 3:13

**9**

**9** 3:13 108:16 112:12 133:22 166:16 184:1,7 185:4,10
**9th** 184:8,11 226:13
**9.87** 206:5
**9/36** 3:20
**9:37** 110:20
**9:48** 6:1
**900** 2:3
**92** 13:14
**93** 13:8,14
**96** 232:18
**96-254** 3:21
**97** 13:4,8
**98** 13:5
**99** 135:11